IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUKEN WASHINGTON GORDON<br>Reg No: 05373-088 UNIT 1-A.<br>ALLENWOOD U.S. PENNITENTIARY<br>P.O.BOX 3000. WHITE DEER, PA. 17887.<br>**Name of Plaintiff(s)**<br><br>v.<br><br>N. GONZALEZ LIEUTENANT FEDERAL<br>CORRECTIONAL INSTITUTION LEWIS-<br>BURG). P.O BOX -1000,<br><br>**Name of Defendant(s)** | 1: CV 01-0331<br><br>Civil Case No.<br><br>Judge<br>(Number and Judge to be<br>assigned by court)<br><br>RECEIVED<br>SCRANTON<br>FEB 21 2001<br>MARY E. D'ANDREA, CLERK<br>PER _____<br>DEPUTY CLERK<br><br>FILED<br>SCRANTON<br>FEB 22 2001<br>PER _____<br>DEPUTY CLERK |

### APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. __yes__    I am willing to pursue my claims in this action under the ne
              provisions of The Prison Litigation Reform Act, understandin
              that pursuing my claim requires payment of a partial filing
              and deduction of sums from my prison account when funds exis
              until the filing fee of $150.00 has been paid in full.

2. __yes__    I have enclosed an executed Authorization form which author:
              the Institution holding me in custody to transmit to the Cle
              a certified copy of my trust account for the past six (6)
              months as well as payments from the account in the amounts
              specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and wh
   a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought
   more actions or appeals in a court of the United States that were
   dismissed as frivolous, malicious, or for failure to state a claim u
   which relief may be granted?    Yes ____    No __✓__

   (a) If the answer is "yes," are you now seeking relief because you
       are under imminent danger of serious physical injury?
       Yes ____    No __✓__

    (b)    Please explain in detail why you are under imminent danger of serious physical injury:

plaintiff was in danger at USP Lewisburg because of brutal physical force and injurys he suffered due to officers. also plaintiff was in fear for his life, when the officers stated we are going to kill you Nigga.

4.   (a)  Are you presently employed at the Institution? Yes ✓ No __

    (b)  If yes, what is your monthly compensation? $ 5.25

5. Do you own any cash or other property; have a bank account; or receive money from any source?

If the answer is "yes" to any of the above, describe each source and the amount involved.

_____
_____
_____
_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 19, 2001        _____
          (Date)                        (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2