# ORIGINAL

(6)
3-7-01

JUKEN WASHINGTON GORDON
REG NO: 05373-088 UNIT 1A.
U.S.P. ALLENWOOD
POST OFFICE BOX - 3000
WHITE DEER, PENNSYLVANIA 17887.

FILED
HARRISBURG FEBRUARY 3, 2001.

CLERK OF THE COURT
U.S. DISTRICT COURT
228 WALNUT STREET
POST OFFICE BOX 983
HARRISBURG, PA. 17108.

MAR 0 6 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**RE: U.S. MARSHAL FORM 285.**   Civil Action
No. 1:01-cv-00331.

Dear Clerk,

Please accept this letter, in reference to my civil complaint that your office had just received. Which I executed on february 19, 2001 and filed by Mary E. D'Andera, Deputy Clerk february, 22, 2001.

Please be advised that in same package which your office received I have enclosed nine (9) marshal form upon your office's in same package.

I was hoping that your office executed same package to U.S. marshal office, to be served on each defendant's at the cost of plaintiff. Please bill plaintiff at same address if such order is carried out at the cost of plaintiff. Please inform Plaintiff in a timely manner. Thank you for your time effort and attention in the above mention.

Respectfully Submitted
By _Juken Gordon_
Juken Washington Gordon
Pro-se.

cc: J.W. Gordon Filed.