

4/2/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHIINGTON GORDON, :    CIVIL NO. 1:CV-01-0331
:
        **Plaintiff**          :
:
    v.                          :
:
N. GONZALEZ, et al.,            :    (Judge Rambo)
:
        **Defendants**          :               **FILED**
                                          HARRISBURG, PA

**O R D E R**                              APR 0 2 2001

                                   MARY E. D'ANDREA, CLERK
                                   Per _____
                                              Deputy Clerk

**IT IS HEREBY ORDERED THAT:**

    1.    Plaintiff's motion to proceed in forma pauperis is

construed as a motion to proceed without full prepayment of fees and

costs and the motion is granted.[1]

------------------------

1. Gordon completed this court's form application to proceed in forma pauperis and
authorization to have funds deducted from his prison account.  The court then issued
an Administrative Order directing the warden at his present place of confinement to
commence deducting the full filing fee from Plaintiff's prison trust fund account.

2.   The United States Marshal is directed to serve plaintiff's complaint on the defendants named therein.

SYLVIA H. RAMBO
United States District Judge

Dated:   April   2   , 2001.

SR:dlb

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

**\* \* MAILING CERTIFICATE OF CLERK \* \***

April 2, 2001

Re:  1:01-cv-00331    Gordon v. Gonzalez

True and correct copies of the attached were mailed by the clerk
to the following:

```
Juken Washington Gordon
USP-ALLENWOOD
Maximum Security Correct. Inst.
05373-088
P.O. Box 3000
White Deer, PA  17887
```

cc:

| | | | |
|---|---|---|---|
| Judge | (X ) | (X ) | Pro Se Law Clerk |
| Magistrate Judge | ( ) | ( ) | INS |
| U.S. Marshal | ( ) | ( ) | Jury Clerk |
| Probation | ( ) | | |
| U.S. Attorney | ( ) | | |
| Atty. for Deft. | ( ) | | |
| Defendant | ( ) | | |
| Warden | ( ) | | |
| Bureau of Prisons | ( ) | | |
| Ct Reporter | ( ) | | |
| Ctroom Deputy | ( ) | | |
| Orig-Security | ( ) | | |
| Federal Public Defender | ( ) | | |

Summons Issued            (X ) with N/C attached to complt. and served by:
                               U.S. Marshal (X )     Pltf's Attorney ( )

Standard Order 93-5       ( )
Order to Show Cause       ( ) with Petition attached & mailed certified mail
                             to:  US Atty Gen   ( )   PA Atty Gen ( )
                                  DA of County  ( )   Respondents ( )

Bankruptcy Court          ( )
Other_____    ( )

                                        MARY E. D'ANDREA, Clerk

DATE: April 2nd, 2001                   BY: _____
                                             Deputy Clerk