IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**FILED
HARRISBURG**

APR 1 7 2001

**MARY E. D'ANDREA, CLERK**
Per_____
**DEPUTY CLERK**

JUKEN WASHINGTON GORDON
      Plaintiff,

Vs.,

CIVIL NO, 1:cv-01-0331

(JUDGE RAMBO)

N. GONZALEZ, Set al.,
      Defendants,

## MOTION FOR PRODUCTION OF EVIDENCE.

I Juken Wsahington Gordon hereby respectfully asking this Honorable Court, to **ordered** the defendants to produce the serva- lance vedio tape of the september 9, 2000, tape at the institu- tion at USP Lewisburg, which was taken on that day infrount the messhall and along the hall way, This servalance vedio tape is to plaintiff defense and is very important to plaintiff civil complaint in this action, of this incident at USP lewisburg in- stitution. Thank you in advance for your time effort and atten- tion.

Respectfully Submitted

By _____
      Juken Washington Gordon

cc: J.W.Gordon Filed

CERTIFICATE OF SERVICE AND PRISONER MAILING

I. _Juken Washington Gordon_____ ,being duly sworn according to law, hereby depose and say:

1.  I am a prisoner at USP Allenwood, White Deer, PA.

2.  On the __10th__ day of __April_____ , 2001, I placed _four(4)_copies of the attached pleading(s) in an envelope addressed to the following party/ parties:  U.S. District Court 228 Walnut Street P.O. Box 983 Harrisburg, PA. 17108. and James J. West U.S. Attorney P.O. Box 309 Scranton, PA. 18501.

3.  I then affixed sufficient postage to cover first-class U.S. Mail delivery, and placed the package in the box reserved for inmate Legal Mail here at USP Allenwood on _April 10th_____ , 2001.

SIGN UNDER THE PAIN OF PERJURY ON THIS _10th_____DAY

OF __April_____ ,2001.

ss/ _Juke— Gord_

Reg. No._05373-088_____
USP Allenwood
P.O. Box 3000
White Deer,PA 17887