```
Fri Apr 27 10:50:13 2001

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.  333 83503
Cashier      tanya

M.O. Number: 06-260789824

DA Code   Div No
 4667      3

Sub Acct  Type Tender    Amount
1:510000   N    3         90.00
2:086900   N    3         60.00

Total Amount          $  150.00

ANGELA COPELAND 4 ROSE ST. BROOKLYN,
NY 11236

FILING FEE 01-CV-331
```

4 Rose Street (apt) 9/24/9
Brooklyn NY 11236 112
April 18, 2001

**FILED**
**SCRANTON**
APR 3 0 2001
PER _____
DEPUTY CLERK

money order of $150 for Juken Washington Gordon Civil Action No:

Yours truly,
Angela Copeland (Ms)