⑪
5-7-01
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,                :    CIVIL ACTION NO. 1:CV-01-0331
                                        :
          Plaintiff                     :
                                        :
     v.                                 :
                                        :
N. GONZALEZ, ET AL.,                    :    (Judge Rambo)   **FILED**
                                        :                    HARRISBURG, PA
          Defendants                    :
                                                            MAY 07 2001

          **O R D E R**                          MARY E. D'ANDREA, CLERK
                                                 Per _____
                                                            Deputy Clerk

     AND NOW, upon consideration of Defendants' motion for an

enlargement of time in which to respond to Plaintiff's Motion to

Stop the Defendants from Destroying Surveillance Video Tape

Taken on September 9, 2000 at USP-Lewisburg, IT IS HEREBY

ORDERED THAT said motion (Doc. No. 10) is granted.  Defendants

may respond to Plaintiff's motion on or before May 10, 2001.



                                   _____
                                   SYLVIA H. RAMBO
                                   United States District Judge

Dated:  May  7  , 2001.

SR:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 7, 2001

Re:  1:01-cv-00331   Gordon v. Gonzalez

True and correct copies of the attached were mailed by the clerk
to the following:

        Juken Washington Gordon
        USP-ALLENWOOD
        Maximum Security Correct. Inst.
        05373-088
        P.O. Box 3000
        White Deer, PA  17887

        Anne K. Fiorenza, Esq.
        Assistant U.S. Attorney
        U.S. Attorney's Office
        228 Walnut Street
        Suite 217
        Harrisburg, PA  17108

cc:
Judge                        (X )            (X ) Pro Se Law Clerk
Magistrate Judge             ( )             ( ) INS
U.S. Marshal                 ( )             ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to:  US Atty Gen   ( )   PA Atty Gen ( )
                                      DA of County  ( )   Respondents ( )

Bankruptcy Court             ( )
Other_____ ( )

                                      MARY E. D'ANDREA, Clerk

5-7-01