# ORIGINAL

Juken W. Gordon
Reg. No. 05373-088
U.S.P. Allenwood
Post Office Box - 3000
White Deer, PA. 17887.

May 3, 2001.

Mary E. D'Andrea, Clerk.
U.S. District Court
Middle District of Pennsylvania
228 Walnut Street
Post Office Box - 983
Harrisburg, Pennsylvania 17108.

**FILED**
**HARRISBURG**

MAY 0 7 2001

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

### RE: CIVIL ACTION NO. 1:01-CV-0331.

Dear Ms. D'Andera:

Please accept this letter, in reference to civil action, I am asking you, had this Court received any payment toward this action, from (Mrs. Angela Copeland) paid on my behalf.

I realize that this institution is not following the Court Order, of taking twenty (20) percent of the greater: even when money is in my prison account.

Please include this letter as part of the records. Just to note, up to this date, of May 3,2001., Money is in Plaintiff prison account at this institution, and they are not being sent to the Court as requested by me, and by Court Order, thereby in an attempt to sabotage my civil complaint before the Court.

Thank you in advance for your time effort and attention in this matter.

Respectfully Submitted

By ___Juken Gord___
Juken W. Gordon Pro-se

CC: File Juken W. Gordon.,

T. Hubler, Case Manager,
Authorized by the Act of July 7,
1955, as amended to administer
oaths ( 18 USC 4004).

5-3-01