Law Clerk's Copy

MCC:AKF:all/2001V00334

FILED
HARRISBURG

MAY 10 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,  :
    Plaintiff  :
        : Civil No. 1:CV-01-0331
v.  :
        : (Judge Rambo)
N. GONZALEZ, et al.,  :
    Defendants  :

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STOP THE DEFENDANTS FROM DESTROYING SURVEILLANCE VIDEO TAPE TAKEN ON SEPTEMBER 9, 2000 AT USP LEWISBURG**

On February 22, 2001, plaintiff Juken Washington Gordon filed this Bivens action against eight employees of the Bureau of Prisons ("BOP") at the United States Penitentiary at Lewisburg, Pennsylvania ("USP Lewisburg"). On or about April 10, 2001, Gordon filed a Motion to Stop the Defendants from Destroying Surveillance Video Tape Taken on September 9, 2000 at USP Lewisburg. Following an enlargement of time, this brief is filed in opposition to that motion.

On April 30, 2001, the United States Attorney's Office contacted legal counsel at USP Lewisburg regarding the existence of the tape referenced in Gordon's motion. At that time, legal counsel at USP Lewisburg informed the undersigned that the tape i

question is still in existence, and that the Special Investigative Services ("SIS") staff at USP Lewisburg has been instructed not to destroy the tape. Therefore, undersigned believes that Gordon's motion is moot. In the alternative, the undersigned would agree to the entry of an order directing that the SIS office retain custody of the tape during the pendency of this litigation, as it has agreed to do.

        Respectfully submitted,

        MARTIN C. CARLSON
        United States Attorney

        ANNE K. FIORENZA
        Assistant U.S. Attorney
        ANITA L. LIGHTNER
        Paralegal Specialist
        228 Walnut Street
        P.O. Box 11754
        Harrisburg, PA 17108-1754
        (717)221-4482

Dated: May 10, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,
        Plaintiff

        v.

N. GONZALEZ, et al.,
        Defendants

Civil No. 1:CV-01-0331

(Judge Rambo)

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 10th day of May, 2001, she served a copy of the attached

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STOP THE DEFENDANTS FROM DESTROYING SURVEILLANCE VIDEO TAPE TAKEN ON SEPTEMBER 9, 2000 AT USP LEWISBURG**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

Juken Washington Gordon
Reg. No. 05373-088
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

*Rebecca A. Plesic*
REBECCA A. PLESIC
Legal Secretary