## WAIVER OF SERVICE OF SUMMONS

TO: _Quken Washington Gordon_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Gordon_ VS _Gonzalez_, which is case number _CV-01-331_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _4-6-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_4/28/01_
Date

_[signature]_
Signature

Printed/typed name: N. Gonzalez, L

Title if any: Lieutenant

Address of person signing: USP Lewisburg, PA

Representing defendant(s) if any: _____

FILED
SCRANTON

MAY 16 2001

PER _____
DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

TO: _Quken Washington Gordon_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Gordon_ VS _Gonzalez_, which is case number _CV-01-331_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _4-6-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_5-09-01_                                          _Stacey L. Puckey_
Date                                               Signature

Printed/typed name:         S. Puckey

Title if any:               Correctional Officer

Address of person           USP Lewisburg, PA
signing:

Representing                                       **FILED**
defendant(s) if any:                               **SCRANTON**

                                                   MAY 16 2001

                                                   PER _____
                                                   DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

TO: __Quken Washington Gordon__
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of __Gordon__ VS __Gonzales__, which is case number __CV-01-331__ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __4-6-01__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__5-9-01__
Date

Signature

Printed/typed name: B. Shuman

Title if any: Correctional Officer

Address of person signing: USP Lewisburg, PA

Representing defendant(s) if any:

FILED
SCRANTON

MAY 16 2001

PER __/s/__
DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

TO: __Juben Washington Gordon__
   (Name of plaintiff's attorney or pro se plaintiff)

   I acknowledge receipt of your request that I waive service of a summons in the action of __Gordon__ VS __Gonzales__, which is case number __CV-01-331__ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __4-6-01__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__4-30-01__                                __[signature]__
Date                                       Signature

Printed/typed name:        J. Candelora

Title if any:              Correctional Officer

Address of person          USP Lewisburg, PA
signing:

Representing
defendant(s) if any:

FILED
SCRANTON

MAY 16 2001

PER __^__
DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

TO: __Queken Washington Gordon__
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of __Gordon__ VS __Gonzalez__, which is case number __CV-01-331__ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __4-6-01__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__4-30-2001__                                        __[signature]__
Date                                                  Signature

Printed/typed name:        G. Shuck

Title if any:              Correctional Officer

Address of person          USP Lewisburg, PA
signing:

Representing
defendant(s) if any:

FILED
SCRANTON

MAY 16 2001

PER _____
       DEPUTY CLERK

# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Gordon | COURT CASE NUMBER: 01-331 |
| DEFENDANT: Gonzalez | TYPE OF PROCESS: S&C |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: The Attorney General, DOJ

AT ADDRESS: Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The Attorney General
DOJ
Washington, DC 20530

2. Article Number (Copy from service label): 7520 0022 3037 3938

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)    B. Date of Delivery
C. Signature
X [signature]
   DEPARTMENT OF JUSTICE
   APR 10 2001
   Ernest J. Parker
   SUPERVISOR

D. Is delivery address different from item 1?  ☐ Yes  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

01-331

---

TELEPHONE NUMBER | DATE

**DO NOT WRITE BELOW THIS LINE**

Signed USMS Deputy or Clerk: [signature] | Date: 4/6/01

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 4-10-01 | Time: ___ am/pm

Signature of U.S. Marshal or Deputy: Andrea Lavelle

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | |

REMARKS:

FILED
SCRANTON

MAY 16 2001

_____ PER _____ DEPUTY CLERK

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Gordon | CV-01-331 |
| DEFENDANT | TYPE OF PROCESS |
| Gonzalez | S+C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Attorney
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Williamsport, PA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk  Q. Lanelle | Date 4/6/01 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
U.S. Attorney's Office

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
US Courthouse
Williamsport PA

Date of Service: 4/9/01   Time: 1305 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | 0 | | 45.00 | | |

REMARKS:

FILED
SCRANTON

MAY 16 2001

PER _____
DEPUTY CLERK

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>Gordon | COURT CASE NUMBER<br>CV-01-331 |
| DEFENDANT<br>Gonzalez | TYPE OF PROCESS<br>S&C |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Attorney

AT   ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Williamsport, PA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk<br>Q. Lavelle | Date<br>4/6/01 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
U.S. Attorney's Office

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
US Courthouse
Williamsport PA

Date of Service: 4/9/01    Time: 1305 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | ∅ | | 45.00 | | FILED SCRANTON | |

REMARKS:

MAY 16 2001

PER _____ DEPUTY CLERK

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)