ORIGINAL

FILED 5/18/0
HARRISBURG
MAY 17 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON
      Plaintiff,

Vs.,

CIVIL NO. 1:CV-01-0331

(Judge Rambo)

N. GONZALEZ, et al.,
      Defendants,

## MOTION FOR APPOINTMENT OF COUNSEL.

**COMES NOW,** (Juken Washington Gordon), respectfully request on move's this Honorable Court, to appoint counsel for indigent, pursuant to Civil Litigants and Federal Statute.

Reason for appointment of counsel, is to investigate facts surrounding an indigent case. Critical evidence in which a indigent ability to investigate, for cross-examination will be major proof presented to fact finder.

The indigent's ability to present the case, and the complexity of legal issues of the indigent case.

WHEREFORE, for the reasons stated above, Plaintiff (Juken Washington Gordon) respectfully request that this Honorable Court's grant's plaintiff motion for appointment of counsel, purusuant to 28 U.S.C.A. § 1915(e)(1).

Respectfully Submitted

By _____
Juken Washington Gordon
Pro-se

CC:File J.W.Gordon.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON
        Plaintiff,

Vs.,

N. GONZALEZ, et al.,
        Defendants,

CIVIL NO. 1:CV-01-0331

(Judge Rambo)

## CRETIFICATE OF SERVICE AND PRISONER MAILING.

I, Juken Washington Gordon being duly sworn under the penalty of perjury and according to law, hereby depose and say:

1. I am a prisoner at USP Allenwood, White Deer, Pennsylvania.

2. On this 14th day of May 2001, I placed three (3) copies of the attached pleading(s) in an envelop addressed to the following party/parties: Mary E. D'Andrea, Deputy Clerk, for United States District Court, Middle District of Pennsylvania 228 Walnut Street Post Office Box 983, Harrisburg, PA. 17108. And Martin C. Carlson U.S. Attorney, 228 Walnut Street, 2nd Floor P.O. Box 11754 Harrisburg, PA. 17108-1754.

3. I then affixed sufficient postage to cover first-class U.S. mail delivery, and placed the package in the box reserved for inmate Legal Mail here at USP Allenwood on this 14th day of May 2001.

SIGN UNDER THE PAIN OF PERJURY ON THIS 14th DAY OF MAY 2001.

s/ [signature]
Reg No. 05373-088 Unit 1A.
USP Allenwood, P.O. Box
3000, White Deer, PA. 17887.