ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON
        Plaintiff,

Vs.,

N. GONZALEZ, el al.,
        Defendants,

CIVIL NO. 1:CV-01-0331

(JUDGE RAMBO)

## SWORN AFFIDAVIT BY JUKEN W. GORDON IN SUPPORT OF MOTION FOR APPOINTMENT OOFCOCOUNSEL.

    I, Juken Washington Gordon, hereby certify as follow and states:

1. That I am without sufficient funds or money to obtain, and/or hired a (Lawyer) to repersent me in this matter, my monthly wages is $5.25 per-month.

2. I am a lay individual without formal training in numerous facts of the law.

3. I am not in the possession and does not have the ability to investigate into critical peices of evidence for the use of cross examination, and present the case to the best defense.

4. I, Juken W. Gordon, avers under the penalty of perjury pursuant to 1746 and according to law that the statement herein is true and correct.

5. WHEREFORE, Plaintiff's Juken W. Gordon, respectfully request this Honorable Court to grant this motion for appointment of counsel as this court deems just proper.

Respectfully Submitted

By /s/ Juken Gordon
Juken Washington Gordon
Pro-se. Reg No#05373-088
USP Allenwood
Post Office Box 3000
White Deer, PA. 17887.

CC: File J.W.Gordon.

## CERTIFICATE OF SERVICE

I, Juken Washington Gordon being duly sworn under the penalty of prejury and to law, hereby depose and say:

1. I am the prisoner at USP Allenwood, White Deer, Pennsylvania.
2. On this <u>14th</u> day of May 2001, I Placed three (3) copies of the attached pleading(s) in an envelop addressed to the following party/parties: Mary E. D'Andrea, Clerk for United States District Court, Middle District of Pennsylvania 228 Walnut Street Post office Box 983, Harrisburg, PA. 17108. And Martin C. Carlson U.S. Attorney, Walnut Street, 2nd Floor P.O. Box 11754 Harrisburg, PA. 17108-1754.
3. I then affixed sufficient postage to cover first-class U.S. mail delivery, and placed the package in the box reserved for inmate Legal Mail here at USP Allenwood on this 14th day of May 2001.

SIGN UNDER THE PAIN OF PERJURY ON THIS 14TH DAY OF MAY 2001.

s/ Juken Gordon
Reg No. 05373-088 Unit 1A.
USP Allenwood
Post Office Box 3000
White Deer, PA. 17887.