MCC:AKF:all/2001V00334

**ORIGINAL**

FILED
JUN 0 5 2001
PER ___
HARRISBURG, PA. — DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,  :
    Plaintiff  :
                                :  Civil No. 1:CV-01-0331
    v.  :
                                :  (Judge Rambo)
N. GONZALEZ, et al.,  :
    Defendants  :

### DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendants, by and through undersigned legal counsel, move this Court to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b) or, in the alternative, to grant summary judgment in their favor pursuant to Fed. R. Civ. P. 56(b). A brief in support of this Motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that she has not sought the concurrence of plaintiff's attorney because plaintiff is a prisoner proceeding pro se. M.D. Pa. Local Rule 7.1.

                                      Respectfully submitted,

                                      MARTIN C. CARLSON
                                      United States Attorney

                                      *Anne K. Fiorenza* (signature)

                                      ANNE K. FIORENZA
                                      Assistant U.S. Attorney
                                      ANITA L. LIGHTNER
                                      Paralegal Specialist
                                      228 Walnut Street, 2nd Floor
                                      P.O. Box 11754
                                      Harrisburg, PA 17108-1754
                                      (717) 221-4482

Dated:    June 5, 2001

MCC:AKF:all/2001V00334

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,  :
      Plaintiff  :
                                       : Civil No. 1:CV-01-0331
   v.                             :
                                       : (Judge Rambo)
N. GONZALEZ, et al.,  :
      Defendants  :

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

    That this 5th day of June, 2001, she served a copy of the attached

### DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

Juken Washington Gordon
Reg. No. 05373-088
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

                                                                  */s/ Anita L. Lightner*
                                                              ANITA L. LIGHTNER
                                                              Paralegal Specialist