Law Clerk's Copy

MCC:AKF:all/2001V00334

FILED
HARRISBURG, PA
JUN 1 3 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON, :
    Plaintiff :
: Civil No. 1:CV-01-0331
v. :
: (Judge Rambo)
N. GONZALEZ, et al., :
    Defendants :

### DEFENDANTS' MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES

Defendants hereby request the Court to permit them to exceed the fifteen-page limit as provided in M.D. Pa. Local Rule 7.8 in filing their brief in support of defendants' motion to dismiss or in the alternative, for summary judgment. A brief in support of this motion has been filed in accordance with Local Rule 7.5. Counsel certifies that she has not obtained Gordon's concurrence pursuant to Local Rule 7.1 because Gordon is a prisoner proceeding pro se.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

ANNE K. FIORENZA
Assistant U.S. Attorney
ANITA L. LIGHTNER
Paralegal Specialist
228 Walnut Street
Harrisburg, PA 17108
(717)221-4482

Dated: June 13, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,
        Plaintiff

        v.

N. GONZALEZ, et al.,
        Defendants

Civil No. 1:CV-01-0331

(Judge Rambo)

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 13th day of June, 2001, she served a copy of the attached

**DEFENDANTS' MOTION FOR LEAVE TO FILE
A BRIEF IN EXCESS OF FIFTEEN PAGES**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

Juken Washington Gordon
Reg. No. 05373-088
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

ANITA L. LIGHTNER
Paralegal Specialist