(25)
6/21/01
MH

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,      :   CIVIL ACTION NO. 1:CV-01-0331
                              :
        Plaintiff             :
                              :
    v.                        :
                              :                **FILED**
N. GONZALEZ, et al.,          :   (Judge Rambo)   HARRISBURG, PA
                              :
        Defendants            :                **JUN 21 2001**

                              MARY E. D'ANDREA, CLERK
                              Per _____
                                    Deputy Clerk

                    <u>ORDER</u>

        AND NOW, THIS  21st  DAY OF JUNE, 2001, upon consideration

of defendants' motion for leave to file a brief in excess of

fifteen (15) pages, said motion (Doc. 20) is hereby granted.

Defendants shall file a brief no greater than twenty (20) pages

excluding attachments and/or exhibits.

                    _____
                    SYLVIA H. RAMBO
                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

June 21, 2001

Re:  1:01-cv-00331   Gordon v. Gonzalez

True and correct copies of the attached were mailed by the clerk
to the following:

    Juken Washington Gordon 05373-088
    USP-ALLENWOOD
    Maximum Security Correct. Inst.
    P.O. Box 3000
    White Deer, PA  17887

    Anne K. Fiorenza, Esq.
    Assistant U.S. Attorney
    228 Walnut Street Suite 217
    Harrisburg, PA  17108

cc:
Judge                      (X )              (X ) Pro Se Law Clerk
Magistrate Judge           (  )              (  ) INS
U.S. Marshal               (  )              (  ) Jury Clerk
Probation                  (  )
U.S. Attorney              (  )
Atty. for Deft.            (  )
Defendant                  (  )
Warden                     (  )
Bureau of Prisons          (  )
Ct Reporter                (  )
Ctroom Deputy              (  )
Orig-Security              (  )
Federal Public Defender    (  )
Summons Issued             (  ) with N/C attached to complt. and served by:
                               U.S. Marshal (  )    Pltf's Attorney (  )

Standard Order 93-5        (  )
Order to Show Cause        (  ) with Petition attached & mailed certified mail
                               to:  US Atty Gen  (  )  PA Atty Gen (  )
                                    DA of County (  )  Respondents (  )

Bankruptcy Court           (  )
Other_____   (  )
                                          MARY E. D'ANDREA, Clerk

DATE: June 21st, 2001                    BY: _____
                                             Deputy Clerk