ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,
    Plaintiff

Vs.,

N. GONZALEZ, el al.,
    Defendants

CIVIL NO. 1:CV-01-0331.

(Judge Rambo)

FILED
HARRISBURG
JUN 2 5 2001
MARY E. D'ANDREA, CL
By _____
DEPUTY CLERK

MOTION FOR EXTENSION OF TIME TO FILED RESPONSE TO DEFENDANTS MOTION TO DISMISS OR SUMMARY JUDGMENT.

    COMES NOW, Juken Washington Gordon (Plaintiff) and respectfully move's this Honorable Court to grant this motion for an extension to file response to the defendants motion. Plaintiff is a Pro-se litigant's and just received the defendants motion yesterday (June 19, 2001) through regular mail call. Even doe this mail is legal mail, post marked (June 15, 2001).

    Plaintiff is Pro-se without formal train in, numerous facts of law. Plaintiff respectfully asked this Honorable Court to grant this motion so he can review the defendants motion, also because of limitted legal books in prison library and typewriter, I respectfully this Honorable Court to take these situation into consideration and grant this motion in the amount of of (30) days.

Respectfully Submitted
By _____
Juken Washington Gordon

cc:Filed J.W.Gordon.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,
    Plaintiff

Vs.,

N. GONZALEZ, el al.,
    Defendants

CIVIL NO. 1:CV-01-0331.

(Judge Rambo)

## CERTIFICATE OF SERVICE AND PRISONER MAILING.

I, Juken Washington Gordon being duly sworn under the penalty of perjury and according to law, hereby depose and say:

1. I am a prisoner at USP Allenwood, White Deer, Pennsylvania.

2. On this 20th day of June 2001 I placed two (2) Copies of the attached plaeding(s) in an envelop addressed to the following party/parties: Mary E. D'Andrea, Clerk for U.S. District Court, Middle District of Pennsylvania 228 Walnut Street Post Office Box 983, Harrisburg, PA. 17108. And Martin C. Carlson U.S. Attorney, 228 Walnut Street, 2nd Floor P.O. box 11754 Harrisburg, PA. 17108-1754.

3. I then affixed sufficient postage to cover first-class U.S. mail delivery, and placed the package in the box reserved for inmate Legal Mail here at USP Allenwood on this 20th day of June 2001.

SIGN UNDER THE PAIN OF PERJURY ON THIS 20th DAY OF JUNE 2001.

s/ *Juken Gordon*
Juken W. Gordon Pro-se
Reg No.05373-088 Unit
USP Allenwood
P.O. Box 3000
White Deer, Pa. 17887.