**ORIGINAL**

IN THE UNITED STATES DISRTICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


7/2/01

FILED
HARRISBURG, PA

JUN 29 2001

MARY E. D'ANDREA, CLERK
Per _____
   Deputy Clerk

JUKEN WASHINGTON GORDON,
    Plaintiff

Vs.,

N. GONZALEZ, el al.,
    Defendants

CIVIL NO. 1: CV-01-0331

(JUDGE RAMBO)

### PLAINTIFF'S MOTION REQUESTING THE COURT TO GRANT PLAINTIFF ORTHOPEDIC BACK SPECIALIST TO PERSENT EXPERT TESTMONY.

**COMES NOW,** Juken Washington Gordon (Plaintiff's) respectfully request and moves this Honorable court to grant the appointment of an orthopedic back specialist to allow plaintiff, to present his case. (indipendant back specialist).

Plaintiff respectfully request that the court grant his motion to present expret evidence, or testmont in the interest of justice and the benefit of plaintiff to present his case in an effective way. Plaintiff respectfully pray that this honorable court to grant this motion for plaintiff.

Respectfully Submitted

By _____
Juken Washington Gordon
Pro-se. Reg No. 05373-088
U.S.P. ALLENWOOD
Post Office Box 3000
White Deer, PA. 17887.

cc: Filed J.W. Gordon
Clerk, M.D.C. Pa.