ORIGINAL


7/2/01
sc

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,
   Plaintiff

Vs.,

N. GONZALEZ, el al.,
   Defendants

CIVIL NO. 1:CV-01-0331.

(Judge Rambo)

FILED
HARRISBURG, PA

JUN 29 2001

MARY E. D'ANDREA, C
Per: 𝒢𝒦
Deputy Clerk

PLAINTIFF MOTION TO ORDER AND/OR COMPELING DR. REISH
TO PRODUCE AUDIO TAPE RECORDER OF DECEMBER 19, 2000
MEETING AND INTERVIEW AT USP ALLENWOOD.

**Comes Now,** Juken Washington Gordon (Plaintiff's) respectfully request and moves this Honorable Court to order Dr. Reish to Produce the "Audio Tape Recorder" of the december 19, 2000 meeting and interviewed examination, record at (USP Allenwood).

For the best interest and justice of this honorable court and the benefit of both parties.

Plaintiff respectfully pray that this honorable court grant this motion to order Dr. Reish produce audio tape.

              Respectfully Submitted

              By _____
              Juken Washington Gordon
              Pro-se Reg No. 05373-088
              USP Allenwood
              Post Office Box 3000
              White Deer, PA. 17887.

CC:Filed J.W.Gordon
Clerk, M.D.C. Pa.

## CERTIFICATE OF SERVICE

I, Juken Washington Gordon Hereby being duly sworn Pursuant to U.S.C. § 1746 and according to law, hereby depose and say:

1. I am a prisoner at USP Allenwood, White Deer, Pennsylvania.

2. On the 27th day of June 2001, I placed two (2) copies of the Pleading(s) in an envelope addressed to the following party/parties: Clerk's Office United States District Court 228 Walnut Street P.O. Box 983 Harrisburg, Pennsylvania 17108. And Martin C. Carlson U.S. Attorney 228 Walnut Street, 2nd Floor Harrisburg, Pennsylvania 17108.

3. I then affixed sufficient postage to cover first-class U.S. Mail delivery, and then give the package to prison officials at USP Allenwood to placed in Legal Mail Box sent to the parties addressed stated herein obvoe.

Sign under the penalty and pain of perjury on this 27th day of June 2001.

ss/ _Juken Gordon_
Pro-se Reg No. 05373-088
USP Allenwood
Post Office Box 3000
White Deer, PA. 17887.

J.W.Gordon
Clerk, M.D.C. Pa.