IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUKEN WASHINGTON GORDON,** | : CIVIL ACTION NO. 1:CV-01-0331 |
| Plaintiff | : |
| v. | : |
| **N. GONZALEZ, et al.,** | : (Judge Rambo) |
| Defendants | : |

FILED
HARRISBURG, PA
JUL 05 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ORDER

Juken Washington Gordon, an inmate currently incarcerated at the Allenwood United States Penitentiary at White Deer, Pennsylvania, filed a <u>Bivens</u>[1] complaint on February 22, 2001, against Bureau of Prisons (BOP) employees at the United States Penitentiary at Lewisburg, Pennsylvania. By order dated June 28, 2001, (Doc. No. 27), the court stayed discovery until thirty (30) days after the court resolves the dispositive motion (Doc. 19) which is not fully briefed at this time. Currently pending before the court are two discovery motions (Doc. No. 28 and 29) filed by Plaintiff. The motions will be dismissed as premature. Depending on the resolution of the dispositive motion, Plaintiff may file the motions at a later date.

**AND NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion regarding expert testimony (Doc. No. 28) is dismissed as premature.

2. Plaintiff's motion for the production of evidence (Doc. No. 29) is dismissed as premature.

---

[1] <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).

3.  Depending on the resolution of the dispositive motion, both motions may be considered upon a future motion properly filed by Plaintiff.

Dated: July 5, 2001

SYLVIA H. RAMBO
United States District Judge

Case 1:01-cv-00331-SHR    Document 33    Filed 07/05/2001    Page 2 of 4

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                            July 5, 2001


Re:   1:01-cv-00331    Gordon v. Gonzalez



True and correct copies of the attached were mailed by the clerk
to the following:


      Juken Washington Gordon #05375-088
      USP-ALLENWOOD
      P.O. Box 3000
      White Deer, PA  17887

      Anne K. Fiorenza, Esq.
      Assistant U.S. Attorney
      U.S. Attorney's Office
      228 Walnut Street
      Harrisburg, PA  17108




cc:
Judge                         (X )         (X ) Pro Se Law Clerk
Magistrate Judge              ( )          ( ) INS
U.S. Marshal                  ( )          ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen   ( )    PA Atty Gen ( )
                                      DA of County  ( )    Respondents ( )
Bankruptcy Court              ( )
Other_____      ( )
                                                  MARY E. D'ANDREA, Clerk
```

DATE: July 5th, 2001                                        BY: _____
                                                                 Deputy Clerk