MCC:AKF:all/2001V00334    **ORIGINAL**

FILED
HARRISBURG

JUL 13 2001

MARY E. D'ANDREA, CLERK
Per
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUKEN WASHINGTON GORDON, | : |
| Plaintiff | : Civil No. 1:CV-01-0331 |
| | : |
| v. | : (Judge Rambo) |
| | : |
| N. Gonzalez, et al., | : |
| Defendants | : |

### MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b), defendants request this Court to grant them an enlargement of time in which to file a reply brief in support of their motion to dismiss or, in the alternative for summary judgment. Defendants state the following in support thereof:

1.  Plaintiff Juken Washington Gordon is an inmate currently incarcerated at the Allenwood United States Penitentiary in White Deer, Pennsylvania.

2.  On February 22, 2001, plaintiff filed a Bivens[1] complaint against eight Bureau of Prisons ("BOP") employees at the United States Penitentiary at Lewisburg, Pennsylvania ("USP

---

[1] Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971).

Lewisburg"), alleging that he was assaulted by BOP employees and that BOP medical personnel failed to provide medical care for his injuries after the alleged assault. (Complaint, pp. 2-4).

3. On June 5, 2001, a motion to dismiss or, in the alternative for summary judgment was filed on behalf of all defendants. A supporting brief was filed on June 15, 2001.

4. On June 27, 2001, Gordon filed a brief in response to defendants' motion to dismiss or, in the alternative, for summary judgment. Defendants' reply brief is currently due July 13, 2001.

5. Because counsel for defendants currently is involved in other litigation matters, and because of the vacation schedules of the paralegal and Assistant United States Attorney assigned to this case, counsel for defendants is unable to prepare an adequate reply to Gordon's responsive brief by the July 13, 2001, due date.

6. Thus, on behalf of defendants, the undersigned requests an enlargement of time of 14 days within which to reply to Gordon's responsive brief.

7. Gordon will not be unduly prejudiced by this requested enlargement of time.

WHEREFORE, on behalf of defendants, the undersigned requests a 14-day enlargement of time until July 30, 2001, in which to reply to Gordon's responsive brief. Counsel certifies that she has not sought Gordon's concurrence because Gordon is a prisoner proceeding pro se. M.D. Pa. Local Rule 7.1.

          Respectfully submitted,

          MARTIN C. CARLSON
          United States Attorney

          ANNE K. FIORENZA
          Assistant U.S. Attorney
          ANITA L. LIGHTNER
          Paralegal Specialist
          228 Walnut Street
          P.O. Box 11754
          Harrisburg, PA 17108-1754

Date:    July 13, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,         :
      Plaintiff         :  Civil No. 1:CV-01-0331
                                 :
      v.               :  (Judge Rambo)
                                 :
N. Gonzalez, et al.,             :
      Defendants        :

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on July 13, 2001, she served a copy of the attached

### MOTION FOR ENLARGEMENT OF TIME

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.
Addressee:

Juken Wshington Gordon
Reg. No. 05373-088
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

ANITA L. LIGHTNER
Paralegal Specialist