36
7/19/01
mn

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUKEN WASHINGTON GORDON, | : | CIVIL ACTION NO. 1:CV-01-0331 |
| Plaintiff | : | |
| v. | : | |
| N. GONZALEZ, et al., | : | (Judge Rambo) |
| Defendants | : | |

FILED
HARRISBURG, PA

JUL 19 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### ORDER

AND NOW, THIS _19_ DAY OF JULY, 2001, upon consideration of defendants' motion for an enlargement of time in which to file a reply brief to plaintiff's opposition to defendants' motion to dismiss, **IT IS HEREBY ORDERED THAT** the motion (Doc. 34) is granted. Defendants are granted an enlargement of time until July 27, 2001 in which to file their reply brief.

SYLVIA H. RAMBO
United States District Judge

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                            July 19, 2001


Re:  1:01-cv-00331     Gordon v. Gonzalez



True and correct copies of the attached were mailed by the clerk
to the following:


     Juken Washington Gordon
     USP-ALLENWOOD
     Maximum Security Correct. Inst.
     05373-088
     P.O. Box 3000
     White Deer, PA  17887

     Anne K. Fiorenza, Esq.
     U.S. Attorney's Office
     228 Walnut Street
     Harrisburg, PA  17108




cc:
Judge                          (X )           (X ) Pro Se Law Clerk
Magistrate Judge               (  )           (  ) INS
U.S. Marshal                   (  )           (  ) Jury Clerk
Probation                      (  )
U.S. Attorney                  (  )
Atty. for Deft.                (  )
Defendant                      (  )
Warden                         (  )
Bureau of Prisons              (  )
Ct Reporter                    (  )
Ctroom Deputy                  (  )
Orig-Security                  (  )
Federal Public Defender        (  )
Summons Issued                 (  ) with N/C attached to complt. and served by:
                                    U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5            (  )
Order to Show Cause            (  ) with Petition attached & mailed certified mail
                                    to: US Atty Gen   (  )  PA Atty Gen (  )
                                        DA of County  (  )  Respondents (  )
Bankruptcy Court               (  )
Other_____      (  )
                                               MARY E. D'ANDREA, Clerk
```

DATE: July 19th, 2001                              BY: _____
                                                        Deputy Clerk