IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**JUKEN WASHINGTON GORDON,**

    **Plaintiff** : **CIVIL ACTION NO. 1:CV-01-0331**

v.

**N. GONZALEZ, et al.,** : (Judge Rambo)

    **Defendants**

FILED
HARRISBURG, PA
SEP 1 3 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**ORDER**

For the reasons set forth in the foregoing memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment (Doc. 19), as to the excessive use of force claim is **granted**. The Clerk of Court shall enter judgment on this issue in favor of defendants and against plaintiff.

2. Plaintiff's remaining claims are **dismissed** for failure to exhaust administrative remedies.

3. Plaintiff's motion for leave to file an amended complaint (Doc. 38) is **denied**.

4. The Clerk of Court shall close this case.

5. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

*(signature)*
SYLVIA H. RAMBO
United States District Judge

Dated: September *13*, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:  1:01-cv-00331   Gordon v. Gonzalez

True and correct copies of the attached were mailed by the clerk to the following:

```
Juken Washington Gordon 05373-088
USP-ALLENWOOD
Maximum Security Correct. Inst.
P.O. Box 3000
White Deer, PA  17887

Anne K. Fiorenza, Esq.
U.S. Attorney's Office
228 Walnut Street Suite 217
Harrisburg, PA  17108
```

```
cc:
Judge                       (X )        (X ) Pro Se Law Clerk
Magistrate Judge            ( )         ( ) INS
U.S. Marshal                ( )         ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               (X )
Federal Public Defender     ( )
Standard Order 93-5         ( )
Order to Show Cause         ( ) with Petition attached & mailed certified mail
                                 to: US Atty Gen   ( )   PA Atty Gen ( )
                                     DA of County  ( )   Respondents ( )

Bankruptcy Court            ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE: September 13th, 2001         BY: _____
                                       Deputy Clerk