(41)
9-14-0
MA

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

**MIDDLE DISTRICT OF PENNSYLVANIA**

## JUDGMENT IN A CIVIL CASE

Juken Washington Gordon
    Plaintiff

V.

N. Gonzalez; S. Puckey; B. Shuman;
J.A. Candelora; G. Shuck; Officer Messrs;
M. Peoria and the United States of America,
    Defendants

Case No: 1:01-CV-0331

Judge Sylvia H. Rambo

**FILED**
HARRISBURG, PA

SEP 13 2001

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the Defendants, N. Gonzalez; S. Puckey; B. Shuman; J.A. Candelora; G. Shuck; Officer Messrs; M. Peoria and the United States of America, and against the Plaintiff, Juken Washington Gordon, as to the excessive use of force claim.

Date: September 13, 2001

Mary E. D'Andrea, Clerk of Court

_(signature)_
(By) Mark J. Armbruster, Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:01-cv-00331   Gordon v. Gonzalez

True and correct copies of the attached were mailed by the clerk to the following:

    Juken Washington Gordon 05373-088
    USP-ALLENWOOD
    Maximum Security Correct. Inst.
    P.O. Box 3000
    White Deer, PA  17887

    Anne K. Fiorenza, Esq.
    U.S. Attorney's Office
    228 Walnut Street Suite 217
    Harrisburg, PA  17108

```
cc:
Judge                       (X )         (X ) Pro Se Law Clerk
Magistrate Judge            (  )         (  ) INS
U.S. Marshal                (  )         (  ) Jury Clerk
Probation                   (  )
U.S. Attorney               (  )
Atty. for Deft.             (  )
Defendant                   (  )
Warden                      (  )
Bureau of Prisons           (  )
Ct Reporter                 (  )
Ctroom Deputy               (  )
Orig-Security               (X )
Federal Public Defender     (  )
Standard Order 93-5         (  )
Order to Show Cause         (  ) with Petition attached & mailed certified mail
                                 to: US Atty Gen   (  )  PA Atty Gen (  )
                                     DA of County  (  )  Respondents (  )

Bankruptcy Court            (  )
Other_____    (  )
```

MARY E. D'ANDREA, Clerk

DATE: September 13th, 2001                BY: _____
                                              Deputy Clerk