INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

Juken Washington Gordon   Dist. Ct. Docket __1:CV-01-331__
          v.              Ct. of Appeals Docket # _____
N. Gonzalez, et al.

NOTICE OF APPEAL FILED _9/20/01_   COURT REPORTER: _____

**FILED HARRISBURG**
OCT 0 1 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

FILING FEE:
Notice of Appeal ____Paid __x__ Not Paid ____Seaman
Docket Fee       ____Paid __x__ Not Paid ____USA or Govt.

CJA Appointment: (Attach copy of order)

____Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending

Leave to proceed In Forma Pauperis status, if applicable _____

__x__ Motion Granted
____ Denied
____ Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order)

____Granted
____Denied
____Pending

**PENDING MOTIONS  NO**
COPIES TO:                          Deft. Address: _____
Judge Rambo
Anne Fiorenza, Esquire
Juken Washington Gordon
File Copy

Deputy Clerk

Please acknowledge receipt of these documents on the enclosed copy of this sheet.

Dana Moore 9-27-01