

*OFFICE OF THE CLERK*

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**

*U.S. Courthouse*
*228 Walnut Street, Rm. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

**MARY E. D'ANDREA**
*Clerk of Court*

(717) 221-392
FAX   (717) 221-395.

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

September 26, 2001

**FILED**
HARRISBURG

OCT 0 1 2001

MARY E. D'ANDREA, CLEF
Per_____
DEPUTY CLERK

RE: Juken Washington Gordon vs. N. Gonzalez, et al.
Civil Action No. 1:CV-01-331 

Dear Ms. Waldron,
     Enclosed please find:
          _____One certified copy of the docket entries
               to be filed as the Certified List in
               Lieu of the Record.

          __x__Actual Record with one certified copy
               and one uncertified copy of docket
               entries.

          _____One certified copy of docket entries to
               be filed as the Certified List in Lieu
               of the ____ Supplemental Record.

          _____Actual_____ Supplemental Record with
               one certified copy and one uncertified
               copy of docket entries.

     Please acknowledge receipt for same on the enclosed duplicate copy of
this letter and return to this office.

                                   Sincerely,
                                   MARY E. D'ANDREA, CLERK

                                   Jill Cardile
                                   Deputy Clerk

                    Dana Moore  9-27-01