OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

Marcia M. Waldron
Clerk

21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Telephone
267-299-4926

pacer.ca3.uscourts.gov

September 27, 2001

NOTICE OF DOCKETING OF APPEAL

FILED HARRISBURG
OCT 03 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

Gordon v. Gonzalez

No(s): 01-cv-00331

(Honorable Sylvia H. Rambo)

An appeal by **Juken Washington Gordon** was filed in the above-captioned case on 9/20/01, and docketed in this Court on 9/27/01, at No. **01-3676**.

Kindly use the Appeals Docket No. **01-3676** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk