## AUTHORIZATION FOR WITHDRAWAL OF FUNDS

CV-01-331

**NOTICE TO PRISONER:** You are directed to complete the following form. Part A of the form must be returned to the Clerk. Part B of the completed form shall be returned to the prison official in charge of the prisoner account.

47
why

**PART A**

*JUDGE'S COPY*

I, Juken W. Gordon                              (Name of Prisoner and Registered
                                                 Number if applicable) 05373-088

authorize the Clerk of the Court to obtain, from the agency having custody over me, information about my institutional account, including balances, deposits, and withdrawals. The Clerk may obtain such information until the fee and any other payments owed the Court are paid. I also authorize the agency having custody over me to withdraw funds from my account and forward payments to the appropriate Clerk of Court in accordance with 28 U.S.C. §1915 (April 26, 1996).

_____ Signature of Prisoner

10/2/01
Date

**FILED**
**HARRISBURG**

OCT 11 2001

MARY E. D'ANDREA, C
Per_____
DEPUTY CLERK

**PART B**

I, Juken W. Gordon                              (Name of Prisoner and Registered
                                                 Number if applicable) 05373-088

authorize the Clerk of the Court to obtain, from the agency having custody over me, information about my institutional account, including balances, deposits, and withdrawals. The Clerk may obtain such information until the fee and any other payments owed the Court are paid. I also authorize the agency having custody over me to withdraw funds from my account and forward payments to the appropriate Clerk of Court in accordance with 28 U.S.C. §1915 (April 26, 1996).

_____ Signature of Prisoner

10/2/01
Date

(Rev. 5/00)

# CERTIFICATION OF PRISON ACCOUNT STATEMENT

**NOTICE TO PRISONER:** You must submit to this Court a certified copy of your prison trust fund account statement (or institutional equivalent) for each institution in which you have been confined for the six-month period immediately preceding the date of this application. 28 U.S.C. §1915(a)(2). If you were housed in more than one institution in the past 6 months, a copy of the certification must be completed by each institution. The following certification from an authorized officer of your institution(s) must accompany the account statement(s):

**NOTICE TO PRISON OFFICIALS:** Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid.

    I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_[signature]_
Authorized Officer of Institution
Inmate Accounts
U.S.P. Allenwood

(Rev. 5/00).

```
                                    ACCOUNT
                                    STATEMENT
                                    DATE 10/05/01
                                    PAGE No. 02


                                    Account # 05373088

        GORDON, JUNKEN W
        IA
```

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000049 | 18:49 | 06-05-01 | SALE / REGULAR | 4.30- | 46.57 |
| 1D7A96 | 20:50 | 06-16-01 | DEPOSIT ITS FUNDS | 10.00- | 36.57 |
| 000055 | 18:55 | 06-21-01 | SALE / REGULAR | 29.95- | 6.62 |
| T12449 | 13:56 | 06-25-01 | MONEY ORDER | 100.00 | 106.62 |
| T12449 | 12:32 | 06-29-01 | MONEY ORDER | 100.00- | 6.62 |
| JUN01P | 8:34 | 07-03-01 | PERFORMANCE PAY | 5.25 | 11.87 |
| 1EA5ED | 17:10 | 07-11-01 | DEPOSIT ITS FUNDS | 6.00- | 5.87 |
| T13259 | 13:51 | 07-12-01 | MONEY ORDER | 50.00 | 55.87 |
| 1EFDDF | 17:09 | 07-19-01 | DEPOSIT ITS FUNDS | 5.00- | 50.87 |
| 1F1065 | 11:02 | 07-21-01 | DEPOSIT ITS FUNDS | 10.00- | 40.87 |
| 000044 | 18:24 | 07-26-01 | SALE / REGULAR | 18.75- | 22.12 |
| 1F4C46 | 16:34 | 07-27-01 | DEPOSIT ITS FUNDS | 10.00- | 12.12 |
| JUL01P | 9:08 | 08-02-01 | PERFORMANCE PAY | 5.25 | 17.37 |
| 1FC33B | 12:09 | 08-05-01 | DEPOSIT ITS FUNDS | 10.00- | 7.37 |
| T14514 | 13:35 | 08-10-01 | MONEY ORDER | 30.00 | 37.37 |
| 000041 | 18:22 | 08-13-01 | SALE / REGULAR | 15.85- | 21.52 |
| 207525 | 20:15 | 08-19-01 | DEPOSIT ITS FUNDS | 10.00- | 11.52 |
| T15001 | 13:26 | 08-22-01 | MONEY ORDER | 40.00 | 51.52 |
| 000029 | 17:51 | 08-23-01 | SALE / REGULAR | 18.15- | 33.37 |
| 20B9D7 | 17:02 | 08-27-01 | DEPOSIT ITS FUNDS | 10.00- | 23.37 |
| AUG01P | 8:42 | 09-04-01 | PERFORMANCE PAY | 5.25 | 28.62 |
| 000063 | 18:20 | 09-05-01 | SALE / REGULAR | 5.95- | 22.67 |
| 214A1E | 11:32 | 09-08-01 | DEPOSIT ITS FUNDS | 10.00- | 12.67 |
| T15895 | 13:37 | 09-13-01 | MONEY ORDER | 80.00 | 92.67 |
| 21BAF4 | 8:26 | 09-15-01 | DEPOSIT ITS FUNDS | 20.00- | 72.67 |
| P-9806 | 10:34 | 09-19-01 | COMMISSARY FORM | 20.00- | 52.67 |
| 000045 | 18:28 | 09-20-01 | SALE / REGULAR | 23.55- | 29.12 |
| 221BAC | 12:10 | 09-23-01 | DEPOSIT ITS FUNDS | 10.00- | 19.12 |

```
                    **** TRANSACTION TOTAL ****    19.12
```

| ------ENDING------ | AVAILABLE | ENCUMBRANCE | OUTSTANDING | SPECIAL | ACCOUNT |
|---|---|---|---|---|---|
| | BALANCE | BALANCE | BALANCE | BALANCE | BALANCE |

```
                                              ACCOUNT
                                              STATEMENT
                                              DATE 10/05/01
                                              PAGE No.01


                                      Account # 05373088

      GORDON, JUNKEN W
      IA
```

| BEGINNING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | .00 | .00 | .00 | .00 | .00 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| DL0062 | 16:41 | 11-09-00 | FUNDS TRANSFERRED IN | 30.92 | 30.92 |
| T02547 | 15:42 | 11-27-00 | MONEY ORDER | 200.00 | 230.92 |
| 000033 | 19:39 | 11-28-00 | SALE / REGULAR | 27.80- | 203.12 |
| 000034 | 19:40 | 11-28-00 | SALE / REGULAR | 3.30 | 206.42 |
| 000024 | 19:24 | 12-04-00 | SALE / REGULAR | 28.05- | 178.37 |
| P-0402 | 9:26 | 12-06-00 | COMMISSARY FORM | 30.00- | 148.37 |
| P-0402 | 11:17 | 12-06-00 | COMMISSARY FORM | 30.00 | 178.37 |
| P-0397 | 14:14 | 12-11-00 | COMMISSARY FORM | 30.00- | 148.37 |
| 000069 | 21:10 | 12-14-00 | SALE / REGULAR | 28.65- | 119.72 |
| 000052 | 20:12 | 01-03-01 | SALE / REGULAR | 15.75- | 103.97 |
| DEC01P | 10:11 | 01-04-01 | PERFORMANCE PAY | 5.25 | 109.22 |
| 000020 | 18:43 | 01-19-01 | SALE / REGULAR | 6.80- | 102.42 |
| 000029 | 19:07 | 01-30-01 | SALE / REGULAR | 20.20- | 82.22 |
| JAN01P | 10:56 | 02-05-01 | PERFORMANCE PAY | 5.25 | 87.47 |
| 000051 | 19:58 | 02-15-01 | SALE / REGULAR | 14.00- | 73.47 |
| P-0944 | 10:35 | 02-23-01 | COMMISSARY FORM | 2.00- | 71.47 |
| 000033 | 19:15 | 02-27-01 | SALE / REGULAR | 14.00- | 57.47 |
| FEB01P | 13:17 | 03-02-01 | PERFORMANCE PAY | 5.25 | 62.72 |
| P-1102 | 10:17 | 03-14-01 | COMMISSARY FORM | 3.00- | 59.72 |
| 197272 | 18:41 | 03-20-01 | DEPOSIT ITS FUNDS | 20.00- | 39.72 |
| 000062 | 19:16 | 03-21-01 | SALE / REGULAR | 11.90- | 27.82 |
| MAR01P | 17:51 | 04-04-01 | PERFORMANCE PAY | 5.25 | 33.07 |
| 1A25B2 | 17:32 | 04-06-01 | DEPOSIT ITS FUNDS | 10.00- | 23.07 |
| 000034 | 18:30 | 04-10-01 | SALE / REGULAR | 12.35- | 10.72 |
| 000029 | 17:58 | 04-16-01 | SALE / REGULAR | 9.50- | 1.22 |
| T09857 | 13:34 | 04-25-01 | DOMESTIC CHECK | 45.00 | 46.22 |
| APR01P | 9:55 | 05-02-01 | PERFORMANCE PAY | 5.25 | 51.47 |
| P-1400 | 13:08 | 05-02-01 | COMMISSARY FORM | 3.00- | 48.47 |
| 000063 | 18:16 | 05-02-01 | SALE / REGULAR | 2.70- | 45.77 |
| T10192 | 14:10 | 05-03-01 | DOMESTIC CHECK | 125.00 | 170.77 |
| P-1460 | 10:46 | 05-10-01 | COMMISSARY FORM | 20.00- | 150.77 |
| 1BDEA6 | 16:58 | 05-11-01 | DEPOSIT ITS FUNDS | 5.00- | 145.77 |
| 000041 | 18:25 | 05-14-01 | SALE / REGULAR | 18.40- | 127.37 |
| 1C329C | 18:25 | 05-18-01 | DEPOSIT ITS FUNDS | 7.00- | 120.37 |
| 1C37B7 | 10:01 | 05-19-01 | DEPOSIT ITS FUNDS | 20.00- | 100.37 |
| 1C4241 | 10:07 | 05-20-01 | DEPOSIT ITS FUNDS | 10.00- | 90.37 |
| P-1545 | 8:35 | 05-23-01 | COMMISSARY FORM | 35.00- | 55.37 |
| 000040 | 18:21 | 05-24-01 | SALE / REGULAR | 24.75- | 30.62 |
| 1C7A3D | 11:16 | 05-27-01 | DEPOSIT ITS FUNDS | 10.00- | 20.62 |
| T11281 | 12:09 | 05-30-01 | DOMESTIC CHECK | 25.00 | 45.62 |
| MAY01P | 7:47 | 06-04-01 | PERFORMANCE PAY | 5.25 | 50.87 |