

**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**

*U.S. Courthouse*
*228 Walnut Street, Rm. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

**MARY E. D'ANDREA**
*Clerk of Court*

(717) 221-39.
FAX (717) 221-39.



RECEIVED OCT 1 2 2001 U.S.C.A. 3rd. CIR.

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106

October 10, 2001

**FILED**
HARRISBURG, PA

NOV 0 6 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RE: Gordon vs. Gonzalez, et al.
Civil Action No. 1:CV-01-331
USCA No. 01-3676

Dear Ms. Waldron,
   Enclosed please find:

_____ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

_____ Actual Record with one certified copy and one uncertified copy of docket entries.

_____ One certified copy of docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.

__x__ Actual _1st_ Supplemental Record with one certified copy and one uncertified copy of docket entries.
   DOCUMENT 46

   Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,
MARY E. D'ANDREA, CLERK

Jill Cardile
Deputy Clerk