OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Harrisburg_ Clerk of District Court
(District)

Date _12-7-01_

_Gordon vs. Gonzalez_
(Caption)

C. of A. No. _01-3676_

_John Washington Gordon_
(Appellant)

_01-CV-331_
(D.C. No.)

Enclosures: _2 Kembo_

RECEIVED DEC 10 2001 PER HARRISBURG, PA / DEPUTY CLERK

_12-7-01_ Certified copy of C. of A. Order by the Court/Clerk.
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s) _____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

_Carolyn Hicks_ (267)-299-_4926_
Deputy Clerk        Telephone Number

Receipt Acknowledge:

_O Chrier_
(Name)

_12/10/01_
(Date)
_STB_

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

O:\FORMS\CASEMGMT\Record Release.wpd

**EPS-491**  December 5, 2001

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 01-3676

Gordon v. Gonzalez
(M.D. Pa. No. 01-cv-00331)

**FILED
HARRISBURG

DEC 10 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK**

To: Clerk

1) Motion for Leave to Proceed In Forma Pauperis

---

The foregoing Motion to proceed in forma pauperis is granted. Appellant is a prisoner and seeks to proceed in forma pauperis on appeal. Appellant is required to pay the full $105.00 fee in installments regardless of the outcome of the appeal. Appellant has completed and filed the required authorization form permitting the appropriate prison officials to assess, collect and forward to the District Court the filing and docketing fees for this appeal pursuant to 28 U.S.C. §§ 1915(b)(1) and (2). The Court hereby directs the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the Middle District of Pennsylvania. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the Middle District of Pennsylvania equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal.

This appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2). The Court also will consider any other appropriate action, such as summary affirmance of the order of the District Court. See Third Circuit Internal Operating Procedures Chapter 10.6. The motion for appointment of counsel will also be considered.

For the Court,

_Marcia M. Waldron_
Clerk

Dated: December 7, 2001
CH/cc: Juken Washington Gordon
       Anne K. Fiorenza, Esq.

A True Copy
_Carolyn_
Deputy Clerk