```
Mon Jan 14 14:03:39 2002

    UNITED STATES DISTRICT COURT
    SCRANTON       , PA

Receipt No.   111 135595
Cashier       pamela

Tender Type  CHECK

Check Number: 09598706

Transaction Type   AR

D0 Code    Div No    Acct
4667         1       0869PL

Amount              $    15.00

US TRESURY AUSTIN,TX RE J. GORDON

PARTIAL APPEAL FEE FOR 01-CV-331



bn

Mon Jan 14 14:03:39 2002

Check No. 0059706
Amount:   15.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury S/abnt 467
```

(50) pm
1/15/02

FILED
HARRISBURG
JAN 1 4 2002
MARY E. D'ANDREA, CLERK
Per _____
     DEPUTY CLERK

01-331
appeal
fee / partial
     ap