1:01CV 331   Appeal

```
Tue Jan 22 14:57:59 2002

UNITED STATES DISTRICT COURT

SCRANTON            , PA

Receipt No.    333 86569
Cashier        rich

Tender Type  CHECK

Check Number: 972789

Transaction Type   AR

DS Code   Div No    Acct
4667      3         0869PL

Amount              $   12.72

JUKEN GORDON     USP ALLENWOOD

PARTIAL APPEAL FILING FEE -- 01-3676
IN CV-01-331
```

---

**DEPARTMENT OF THE TREASURY**

NOTICE TO CHECK RECIPIENT | TREASURY-FINANCIAL MANAGEMENT SERVICE   TFS FORM 3039 (Rev.)

VENDOR NAME: CLERK OF COURTS
VENDOR I.D. NUMBER: 105373088

AGENCY NAME AND BILLING ADDRESS:
DEPT OF JUSTICE
BUREAU OF PRISONS
600 E ST NW ROOM 4029
WASH DC 20530

U.S. TREASURY REG. FINANCIAL CENTER: AUSTIN, TEXAS
CHECK NUMBER: 2221-09727890
CHECK AMOUNT: $*****12.72
CHECK DATE: 01-17-02

AGENCY SCHEDULE NUMBER: 0002S00116
AGENCY TELEPHONE NUMBER: 202-307-3052

PAYMENT IDENTIFICATION DATA:
22010680PLRA DOC NO 01-3676
GORDON,JUNKEN 05373088
USP ALLENWOOD

FOR INFO CALL 202-307-3052

# NON NEGOTIABLE

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES. PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.