1:01CV331

(52)

2/14/02
BAO

Appeal

```
Mon Feb 11 12:07:27 2002

UNITED STATES DISTRICT COURT
SCRANTON       , PA

Receipt No.   333 86895
Cashier       tanya

Tender Type   CHECK

Check Number: 2221 60950873

Transaction Type   AR

DO Code    Div No    Acct
4667       3         0869PL

Amount         $    10.00

USP ALLENWOOD JUNKEN GORDON 05373088
```

PARTIAL APPEAL FILED
SCRANTON
FEB 11 2002
PER _____
DEPUTY

Check No. 2221 60950873
Amount: 10.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667