(53)
2/25/02
sc

Juken Washington Gordon
Reg No. 05373-088 Unit 1A.
Allenwood U.S.P
Post Office Box 3000
White Deer, Pa. 17887

Mary E. D'Andrea. Clerk
United States District Court
228 Walnut Street
Post Office Box 983
Harrisburg, Pa. 17108

FILED
FEB 22 2002
PER _____
HARRISBU___ DEPUTY CLERK

RE: Filing Fee 3rd. Cir. No 01-3676

Dear Ms. D'Andrea:

Please accept this letter in reference to a check I sent to the United States District Court for the Middle District at the Clerk's office on december 31, 2001. Payment towards civil action pending in the third circuit court of appeals.

The amount sent to this court was in the sum of fifteen dollars ($15.00), the origional civil action number is (1:cv 01-00331). can you please forward this payment to the Scranton United States District Court at 235 North Washington Avenue.

Also Please sent me a copy of the receipt, thank you in advance for your time effort and attention in this matter.

Dated: 2-19-02

Very Truly Yours
By _____
Juken Washington Gordon

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF PRISONS

Gordon
vs.,
Gonzalez et al. **Request for Withdrawal of Inmate's Personal Funds**    Voucher No P-0562

Allenwood USP. P.O. Box 3000 White Deer, Pa. 17887    12/31/01
(Name of Institution and Location)    (Date)

**Please charge to my account the sum of** $15.00 Dollars / Cents **... and authorize the same to be paid to:** Clerk U.S. District Court. 228 Walnut Street, P.O. Box 983
(Payee)    (Street Address)

Harrisburg,    Pa.    17887    Filing fee 3rd. Cir. No. 01-3676
(City)    (State)    (Zip)    (Purpose)

[Signature] Juken W. Gordon    05373-088
(Signature of Inmate)    (Register No.)

**The inmate's personal account has been charged in the amount indicated above.**
[Signature]    [Signature]
(Commissary Clerk)    (Approving Official)

**Paid by cash on** _____, 19___
USP LWN

Previous editions not usable    (Payee's Signature)
**INMATES DUPLICATE COPY**

BP-199(45)
October 1979