1:01 CV 331
Appeal

(54)
KM
4/16/02

```
Fri Apr 12 14:22:06 2002

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   333 97657
Cashier       rich

Tender Type   CHECK

Check Number: 61454901

Transaction Type   AR

DO Code   Div No   Acct
4687      3        0089PL

Amount    $        9.05

JUKEN GORDON  USP ALLENWOOD

PARTIAL APPEAL FILING FEE -01-3676
IN CV-01-0331
```

| NOTICE TO CHECK RECIPIENT | TREASURY-FINANCIAL MANAGEMENT SERVICE | | TFS FORM 3039 (Rev.) |
|---|---|---|---|
| VENDOR NAME: CLERK OF COURTS | VENDOR I.D. NUMBER: | I05373088 | |
| AGENCY NAME AND BILLING ADDRESS: DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | U.S. TREASURY REG. FINANCIAL CENTER: AUSTIN, TEXAS | | |
| | CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
| | 2221-61454901 | $******9.05 | 04-08-02 |
| 22011306PLRA DOC NO 01-3676 GORDON, JUNKEN 05373088 USP ALLENWOOD | AGENCY SCHEDULE NUMBER 0002S00405 | | |
| FOR INFO CALL 202-307-3052 | AGENCY TELEPHONE NUMBER 202-307-3052 | | |

**NON NEGOTIABLE**

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES. PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.