# ORIGINAL

Juken Washington Gordon
Reg No. 05373-088
Allenwoon U.S.P.
Post Office Box 3000
White Deer, Pa. 17887


Mary E. D'Andera, Clerk                        May 27, 2002
United States District Court
228 Walnut Street
Post Office Box 983
Harrisburg, Pa. 17108

FILED
HARRISBURG, PA

MAY 30 2002

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

Re: Civil No. 1:cv-01-0331
    Gordon v. Gonzalez, el al.,
    3rd Cir. No. 01-3676

Dear Ms. D'Andrea,

Please accept this letter in reference to this matter, I filed a motion dated July 10, 2001 challenge to the material fact's submitted by the defendants. This case is pending in the third circuit court of appeals, this motion did not reflect on the district court docket sheet. This simple means that the appellate court does not have a complete copy of the records. Please put this motion on file in the district court records, and please send a copy of this motion to the third circuit court of appeals clerk's office. Thank you in advance for your time effort and attention in this matter.

                                    Very Truly Yours

                                    By _Juken Gordon_
                                    Juken Washington Gordon

cc: Filed J.W.Gordon
Marcia M. Waldron, Clerk
United States Court Of Appeals
For The Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, Pa. 19106-1790

_Juken Gordon_  5-28-02
R. Matlack, Case Manager,
Authorized by the Act of July 7,
1955, as amended to administer
oaths (18 USC 4004).