OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA





**MARY E. D'ANDREA**
Clerk of Court

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

May 31, 2002

(717) 221-3920
FAX (717) 221-3959

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

    RE: JUKEN WASHINGTON GORDON V. N. GONZALEZ
        Case Number: 1:CV-01-0331
        USCA Case No: 01-3676    Appeal filed 09/20/01

Dear Ms. Waldron:
    Enclosed please find:

  ___  One certified copy of the docket entries
to be filed as the Certified List in
Lieu of the Record.

  ___  Actual Record with one certified copy
and one uncertified copy of docket
entries.

  ___  One certified copy of docket entries to be filed as the
Certified List in Lieu
of the _____ Supplemental Record

  _X_  Actual____2nd_____ Supplemental Record with
one certified copy and one uncertified
copy of docket entries. (Docs. #56 and #57)

**FILED**
HARRISBURG, PA
JUN 1 0 2002
MARY E. D'ANDREA, CLE
Per _____ Deputy Clerk

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,
MARY E. D'ANDREA, CLERK

*Virginia Gilmore*
Virginia Gilmore
Deputy Clerk

Rec'd on 6-4-02.