```
Mon Jul  1 14:09:38 2002

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   333 88611
Cashier       tanya

Tender Type: CHECK

Check Number: 2221 62266379

Transaction Type  AR

DB Code    Div No    Acct
4667       3         0869PL

Amount            $    14.05

JUNKEN GORDON USP ALLENWOOD
JuKen

PARTIAL APPEAL FEE A01-3676
```

**FILED**
**SCRANTON**

**JUL 01 2002**

PER _____
DEPUTY CLERK

1:01CV0331

TERMED
Appeal
A01-3676

(59)
07/01/02

---

| NOTICE TO CHECK RECIPIENT | TREASURY-FINANCIAL MANAGEMENT SERVICE | TFS FORM 8039 (Rev.) | |
|---|---|---|---|
| **VENDOR NAME:** CLERK OF COURTS | **VENDOR I.D. NUMBER:** I05373088 | | |
| **AGENCY NAME AND BILLING ADDRESS:** DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | **U.S. TREASURY REG. FINANCIAL CENTER:** AUSTIN, TEXAS | | |
| | CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
| | 2221-62266379 | $*****14.05 | 06-27-02 |
| PAYMENT IDENTIFICATION DATA: 22011863PLRA 01-3676 GORDON,JUNKEN 05373088 USP ALLENWOOD | | **AGENCY SCHEDULE NUMBER** 0002S00626 | |
| | | **AGENCY TELEPHONE NUMBER** 202-307-3052 | |
| FOR INFO CALL 202-307-3052 | | | |

# NON NEGOTIABLE

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES.
PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.