

01-3676  10/3/0
01-331
1:01CV0331
TERMED  Appeal

**FILED**
**SCRANTON**

SEP 3 0 2002

Per _____
DEPUTY CLERK

```
Mon Sep 30 15:08:52 2002

UNITED STATES DISTRICT COURT
   SCRANTON    , PA

Receipt No.  333 09653
Cashier      gina

Tender Type  CHECK

Check Number: 12131517

Transaction Type   AR

DØ Code    Div No    Acct
4667         3       0869PL

Amount              $   32.10

US TREASURY

PART FF  01-3676  Gordon
```

| | | | |
|---|---|---|---|
| NOTICE TO CHECK RECIPIENT | TREASURY-FINANCIAL MANAGEMENT SERVICE | | TFS FORM 3039 (Rev.) |
| **VENDOR NAME:** CLERK OF COURTS | **VENDOR I.D. NUMBER:** 105373088 | | |
| **AGENCY NAME AND BILLING ADDRESS:** DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | **U.S. TREASURY REG. FINANCIAL CENTER:** AUSTIN, TEXAS | | |
| | CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
| | 2221-12131517 | $*****32.10 | 09-27-02 |
| **PAYMENT IDENTIFICATION DATA:** 22019466PLRA DOC NO 01-3676 GORDON,JUNKEN  05373088 USP ALLENWOOD  FOR INFO CALL 202-307-3052 | **AGENCY SCHEDULE NUMBER:** 0002S00926 | | |
| | **AGENCY TELEPHONE NUMBER:** 202-307-3052 | | |

0869PL
INV-136761

# NON NEGOTIABLE

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES.
PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.