OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

**MARY E. D'ANDREA**
Clerk of Court

(570) 207-5600  FAX (570) 207-5650

*Divisional Offices*

Harrisburg:  (717) 221-3920
Williamsport: (570) 323-6380

FILED
SCRANTON

JAN 0 6 2003

PER _____
         DEPUTY CLERK

January 6, 2003

Inmate Accounting
USP-Allenwood
PO Box 3000
White Deer, PA 17887

Re: CV 01-0331
   Gordon v Gonzalez, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Juken Gordon 05373-088, indicates that Mr. Gordon is paid in full.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By: *Nancy A. Edmunds*
Nancy A. Edmunds
Financial Specialist