OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT
*for the*
### MIDDLE DISTRICT of PENNSYLVANIA
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

**MARY E. D'ANDREA**
*Clerk of Court*

(570) 207-5600  FAX (570) 207-5650

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

FILED
SCRANTON

JAN 0 6 2003

PER _____ DEPUTY CLERK

January 6, 2003

Inmate Accounting
USP-Allenwood
PO Box 3000
White Deer, PA 17887

Re: CA 01-3676  (M-D 1: 01-331)
Gordon v Gonzalez, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Juken Gordon 05373-088, indicates that Mr. Gordon is paid in full.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By:
Nancy A. Edmunds
Financial Specialist