UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 01-3676

JUKEN WASHINGTON GORDON, Appellant

v.

N. GONZALEZ, et al

(MD of PA - Harrisburg (D. C. No. 01-cv-331)

**Present: SLOVITER and ALITO,** CIRCUIT JUDGES; *OBERDORFER, DISTRICT JUDGE.

1. Letter dated 6/19/02 received from Appellant treated as a Motion to Preserve Evidence and Provide Appellant with a copy of a Surveillance Video Tape.

2. Response by Appellees to Appellant's Motion to Produce Video Tape.

See Court's Order of 1/7/03.

Carolyn Hicks
Case Manager 267-299-4926

Calendared: **12/5/03**

* **Sitting by designation**: Louis F. Oberdorfer, District Judge, U.S.D.C. for the District of Columbia.

_____ **O R D E R** _____

~~The foregoing~~

The foregoing motion has been ruled upon in footnote 1 of the opinion of the court in this matter.

By the Court,

Circuit Judge

Dated: **DEC 17 2003**

H/cc: Juken Washington Gordon
Mark E. Tamburri, Esq.
Anne K. Fiorenza, Esq.
B. Michael Thiel, Esq.
Honorable Sylvia H. Rambo

A TRUE COPY
Carolyn Hicks
DEPUTY CLERK