OFFICE OF THE CLERK

**MARCIA M. WALDRON**  
CLERK

**UNITED STATES COURT OF APPEALS**  
FOR THE THIRD CIRCUIT  
21400 UNITED STATES COURTHOUSE  
601 MARKET STREET  
PHILADELPHIA 19106-1790

TELEPHONE  
215-597-2995

*__Harrisburg__    Clerk of District Court*                         *Date __12/17/03__*
*(District)*

*__Gordon v. Gonzalez, et al__*                                      *C. of A. No.  __01-3676__*
*(Caption)*

*__Juken Washington Gordon__*
*(Appellant)*

*__01-cv-331__*
*(D.C. No.)*

*Enclosures:*

*__12/17/03__          Certified copy of C. of A. Order by the Court -*
*   (Date)            (Appellant's Letter Motion and Response attached).*

*_____   Released (Record)(Supplemental Record - First - Second - Third)*

*_____   Copy of this form to acknowledge receipt and return to C. of A.*

*_____   Record not released at this time until appeal(s) closed at No.(s)_____*

*_____   Please forward Certified List in Lieu of Record to this office.*

*_____   The certified copy of order issued as the mandate on _____*
*             is recalled.*

                                        *__Carolyn Hicks,__   (267)-299-4926*
                                        *Deputy Clerk       Telephone Number*

*Receipt Acknowledge:*

*_____*
*(Name)*

*_____*
*(Date)*

                                                        *Rev. 3/13/00*
                                        *Appeals (Certified List in Lieu of Record)*

R:\2001\3676\ltr121703.wpd