Juken Washington Gordon
#05373-088
USP Allenwood
P.O. Box 3000
White Deer, PA. 17887

**SEND TO MERITS**

June 19, 2002

Bradford A. Baldus, Senior Legal Advisor
To The Clerk's.
United States Court Of Appeals
For The Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA. 19106-1790



RE: Gordon v. Gonzalez
    3rd Cir. No.01-3676

Letter Motion to Preserve Evidence

Dear Mr. Baldus:

Please accept this letter, in referrence to survelance video tape taken on september 9, 2000 at (USP Lewisburg) infrontt of the inmate dining hall and along the institution hall way.

I made a motion in the district court to stop the defendants from distroying the tape, and also motion for production of the tape this tape will prove that the defendants are lieing about the hole incident.

Since the district court did not order discovery in this case, and the defendants are fully aware of this tape, in which the defendants attorney asked the district court to allowed the (SIS) staff's at (USP Lewisburg) to keep custody of the tape in this matter.

I am hereby respectfully asking this honorable court of appeals to order the (SIS) at lewisburg or the defendants attorney's to sent Mr. Gordon a copy's of the tape in question. It would be fair for both to have a copy in their possession for the interest of justice, and to porve my case. Please be kind to put this letter on file.

Thank you for your time and your kind attention in this matter.

Received and Filed
6-24-02
Marcia M. Waldron,
Clerk

Very Truly Yours

By Juken Gordon
   Juken W. Gordon

cc: Filed J.W.Gordon.
U.S.C.O.A. Clerk's Office.

6-19-02