IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | **CIVIL NO. 1:CV-01-0331** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **N. GONZALEZ, Lieutenant,** | : | |
| **FCI Lewisburg; S. PUCKEY;** | : | |
| **B. SHUMAN, SOS Officer;** | : | |
| **J.A. CANDELORA, S.O. Officer;** | : | |
| **G. SHUCK, SOS Officer;** | : | |
| **DR. PEORIA,;** | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

**IT IS HEREBY ORDERED THAT**:

1)  The Clerk of Court is directed to send to the parties a copy of this court's "Pretrial Memorandum" form.

2) The deadline for completion of discovery is May 7, 2004.

3) The deadline for filing motions *in limine*, **and** supporting briefs, is May 21, 2004.  Briefs opposing any motions *in limine* shall be filed by June 1, 2004. Reply briefs shall be filed by June 7, 2004.

4)  This case is placed on the July 2004 trial list.  Jury selection for cases on the July list will begin at 9:30 a.m. on Tuesday, July 6, 2004, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. The trial of the captioned action will commence immediately following the conclusion of all jury selections for the July list.  If counsel who intends to try the case has a conflict, the court must be notified immediately.

5) A pretrial conference will be conducted by the court on Monday, June 14, 2004, at 1:30 p.m. in the chambers of Courtroom No. 3.

6) No later than noon on Monday, June 7, 2004, the parties shall file pretrial memoranda in accordance with the local rules of this court.  Plaintiff shall also file *in camera* with the court an addendum to the pretrial memoranda indicating the name and substance of the testimony of each witness the parties intend to call. Plaintiff is to note that "in camera" refers to the fact that the court will not disclose his witness list and proposed witness testimony.  **Failure to timely file pretrial memoranda or the required addendum may result in sanctions, including dismissal**.

7)  If the parties file trial memoranda, they must be filed five (5) business days before trial.

8)  Whenever any civil action scheduled for jury trial is settled or otherwise disposed of in advance of trial, jurors' costs, including mileage and per diem, shall be assessed equally against the parties unless the Clerk's Office at the place the trial is to be held is notified of the settlement in sufficient time to permit the Clerk to advise the jurors that their attendance will not be necessary.  Notice to such Clerk's Office before 5:00 p.m. on the last business day preceding the day on which the trial of the action is to start shall be adequate for such purpose.


                                                    s/Sylvia H. Rambo
                                                    Sylvia H. Rambo
                                                    United States District Judge

Dated:  January 8, 2004.

**PRETRIAL MEMORANDUM FORMAT**


**UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| | : | |
| v. | : | **CIVIL ACTION NO.** |
| | : | |
| | : | |

**PRETRIAL MEMORANDUM**


Date conference was held by counsel:

    A.  A brief statement as to federal court jurisdiction.

    B.  A summary statement of facts and contentions as to liability.

    C.  A comprehensive statement of undisputed facts as agreed to by counsel at the conference of attorneys required by Local Rule 16.3. No facts should be denied unless opposing counsel expects to present contrary evidence or genuinely challenges the fact on credibility grounds. The parties must reach agreement on uncontested facts even though relevancy is disputed.

    D.  A brief description of damages, including, where applicable:

    (1) Principal injuries sustained:

    (2) Hospitalization and convalescence:

    (3) Present disability:

    (4) Special monetary damages, loss of past earnings, medical expenses, property damages, etc.:

75

(5) Estimated value of pain and suffering, etc.:

(6) Special damage claims:

E.  Names and addresses of witnesses, along with the specialties and qualifications of experts to be called.

F.  Summary of testimony of each expert witness.

G.  Special comment about pleadings and discovery, including depositions and the exchange of medical reports.

H.  A summary of legal issues involved and legal authorities relied upon.

I.  Stipulations desired.

J.  Estimated number of trial days.

K.  Any other matter pertinent to the case to be tried.

L.  Pursuant to Local Rule 16.3 append to this memorandum a prenumbered schedule of exhibits, with brief identification of each, on the clerk's Exhibit Form.

M.  Append any special verdict questions which counsel desires to submit.

N.  Defense counsel must file a statement that the person or committee with settlement authority has been notified of the requirements of and possible sanctions under Local Rule 16.2.

O.  Certificate must be filed as required under Local Rule 30.10 that counsel have met and reviewed depositions and videotapes in an effort to eliminate irrelevancies, side comments, resolved objections, and other matters not necessary for consideration by the trier of fact.

P.  In all trials without a jury, requests for findings of both fact and law shall be submitted with this Memorandum as required under Local Rule 48.2.

**Page___of ____**

**CAPTION**                        <u>**EXHIBIT LIST**</u>

**JUDGE _____**                        **CASE NUMBER:**

| Plaintiff | Defendant | Description of Item | Identified | Moved | Ruling | Witness |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

1

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |