UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

P.O. BOX 868

HARRISBURG, PA. 17108-0868

SYLVIA H. RAMBO
JUDGE

Telephone (717) 221-3960

January 15, 2004

Charles Rubendall, III, Esquire
Keefer, Wood, Allen & Rahal
210 Walnut Street
PO Box 11963
Harrisburg, PA  17108

FILED
HARRISBURG

JAN 15 2004

MARY E. D'ANDREA, CLERK
Per_____ _____
                DEPUTY CLERK

Re:   Gordon v. Gonzalez
      Civil No. 1:CV-01-0331

Dear Mr. Rubendall:

I write to request that you refer the referenced case to a member of the panel formed by the Federal Bar Association to assist *pro se* litigants. At this point in the case, I do not know whether Plaintiff's claim has any merit. I seek to appoint counsel in order that he or she may perform a preliminary investigation into the facts surrounding this matter. After the preliminary investigation, if the volunteer feels that the complaint is unwarranted, I will withdraw the referral to the pro bono panel and terminate the appointment.

Enclosed is a copy of the docket, the recent opinion and orders of the Third Circuit remanding this case to the district court, and Plaintiff's motion for appointment of counsel. Thank you for your attention to this matter.

Very truly yours,

Sylvia H. Rambo
United States District Judge

Enclosures

cc:  Juken Washington Gordon