UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,
        Plaintiff,

Vs

N. GONZALEZ, el al.,
        Defendants.

CIVIL NO. 1:CV-01-0331
(JUDGE RAMBO)

FILED
HARRISBURG, PA

JAN 1 5 2004

MARY E. D'ANDREA, CLERK
Per _____

### DECLARATION BY JUKEN WASHINGTON GORDON IN SUPPORT OF HIS MOTION FOR APPOINTMENT OF COUNSEL

I, Juken Washington Gordon, hereby certify as follow and states the following facts:

1. That I am without sufficient funds or money to obtain, and/or to hired a (**Lawyer**) to represent me in the instant matter, my monthly wages are $5.25 per-month.

2. I am a lay individual without formal training in numerous facts of the law prusuant to federal rules of civil procedure.

3. I am not in the possession and does not have the ability to investigate into critical peices of evidence for the use of cross-examination, and present the case to the best of my ability.

4. I Juken Washington Gordon declare under penalty of perjury prusuant to 28 U.S.C. § 1746 and according to law that the statements herein are true and correct.

5. WHEREFORE, Plaintiff's Juken Washington Gordon, respectfully request that this Honorable Court to grant his motion for appointment of counsel as this court deems just and proper.

                                              Respectfully Submitted

                                          By *Juken Gordon*
                                             Juken Washington Gordon,
                                             Pro-se #05373-088

## Certificate Of Service.

I, Juken Washington Gordon being duly sworn under penalty of perjury and according to law, hereby depose and say:

1. I am the prisoner at USP Allenwood, White, Pennsylvania.

2. On this **14th** day of January 2004 I placed two (2) copies of the attached pleading(s) in an envelope addressed to:

                    Clerk's Office
                    U.S. District Court
                    U.S. Courthouse
                    228 Walnut Street
                    Post Office Box 983
                    Harrisburg, Pennsylvania 17108.

3. I then affixed sufficient postage to cover first-class U.S. Mail delivery, and give the package to prison officials here at USP Allenwood, to placed in the box reserved for inmate Legal Mail on this **14th** day of January 2004.

                                        ss *Juken Gordon*
                                          Juken Washington Gordon
                                          Reg. No. 05373-088
                                          U.S.P. Allenwood
                                          Post Office Box 3000
                                          White Deer, Pa. 17887.

cc: File J.W.Gordon.

