UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 01-3676

JUKEN WASHINGTON GORDON,
Appellant
v.

N. GONZALEZ, Lieutenant - FCI Lewisburg;
S. PUCKEY; B. SHUMAN, SOS Officer;
J.A. CANDELORA, S.O. Officer;
G. SHUCK, SOS Officer;
PEORIA, Dr.; UNITED STATES OF AMERICA

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 01-cv-00331)
District Judge: Hon. Sylvia H. Rambo

Before: SLOVITER, ALITO Circuit Judges and OBERDORFER, District Judge*

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on December 5, 2003.

---

\*   Hon. Louis F. Oberdorfer, United States District Court for the District of Columbia, sitting by designation.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the judgment of the said District Court entered September 14, 2001, is hereby vacated, and the matter remanded to it. Each party to bear its own costs. All of the above in accordance with the opinion of this Court.

ATTEST:

*[signature]*

Acting Clerk

Dated: December 12, 2003

Certified as a true copy and issued in lieu
of a formal mandate on February 2, 2004.

Teste: *[signature: Marcia M. Waldron]*

Clerk, United States Court of Appeals
for the Third Circuit