```
          UNITED STATES DISTRICT COURT
         MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,      :
        Plaintiff             :   Civil No. 1:CV-01-0331
                              :
        v.                    :   (Judge Rambo)
                              :
N. Gonzalez, et al.,          :
        Defendants            :
```

## O R D E R

NOW, this _____ day of _____, 2004, upon consideration of Defendants' motion to reschedule the pretrial conference currently scheduled for June 14, 2004, IT IS HEREBY ORDERED that the motion is granted. The pretrial conference shall be rescheduled for _____, 2004, at _____ __.M.

_____
SYLVIA H. RAMBO
United States District Judge