TAM:GMT:all

 

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | |
| Plaintiff | : | Civil No. 1:CV-01-0331 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| N. Gonzalez, et al., | : | |
| Defendants | : | **ELECTRONICALLY FILED** |

**PRAECIPE FOR SUBSTITUTION OF COUNSEL**

   Please withdraw the appearance of Anne K. Fiorenza, who is no longer with the United States Attorney's Office, and substitute undersigned counsel as counsel for Defendants in the above-listed case.

                   Respectfully submitted,

                   THOMAS A. MARINO
                   United States Attorney

                   s/G. Michael Thiel
                   G. MICHAEL THIEL
                   Assistant U.S. Attorney
                   Atty. I.D. No. PA72926
                   ANITA L. LIGHTNER
                   Paralegal Specialist
                   U.S. Attorney's Office
                   228 Walnut Street
                   Post Office Box 11754
                   Harrisburg, PA 17108-1754
                   Phone:  (570)348-2800
                   Facsimile: (570)348-2816

Dated: February 2, 2004

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | |
| Plaintiff | : | Civil No. 1:CV-01-0331 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| **N. Gonzalez, et al.,** | : | |
| Defendants | : | **ELECTRONICALLY FILED** |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

    That this 2nd day of February 4, 2004, she served a copy of the attached

**PRAECIPE FOR SUBSTITUTION OF COUNSEL**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

Juken Washington Gordon
Reg. No. 05373-088
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

                                            /s Anita L. Lightner
                                            ANITA L. LIGHTNER
                                            Paralegal Specialist