IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**JUKEN WASHINGTON GORDON,**  :  **CIVIL NO. 1:CV-01-0331**
:
**Plaintiff** :
:
v. :
:
**N. GONZALEZ, Lieutenant,** :
**FCI Lewisburg; S. PUCKEY;** :
**B. SHUMAN, SOS Officer;** :
**J.A. CANDELORA, S.O. Officer;** :
**G. SHUCK, SOS Officer;** :
**DR. PEORIA,;** :
**UNITED STATES OF AMERICA,** :
:
**Defendants** :

### O R D E R

**IT IS HEREBY ORDERED THAT**:

1) The government's motion to reschedule the pretrial conference is granted.

2) The pretrial conference is rescheduled from June 14, 2004, to Friday, June 11, 2004, at 1:30 p.m. in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

3) All other deadlines remain unchanged.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge

Dated: February 4, 2004.