UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,
          Plaintiff,

Vs.,

CIVIL NO. 1:CV-01-0331
(JUDGE RAMBO)

N. GONZALEZ, Lieutenant,
FCI Lewisburg; S. PUCKEY
J.A. CANDELORA, S.O. Officer;
G. SHUCK, SOS Officer;
B. SHUMAN, SOS Officer;
DR. PEORIA,;
UNITED STATES OF AMERICA;
          Defendants

FILED
HARRISBURG, PA

FEB 11 2004

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

**PLAINTIFF'S REQUEST FOR DISCOVERY OF DOCUMENTS
PRUSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34.**

    **COMES NOW,** plaintiff pro-se Juken Washington Gordon, and submits his request for producttion of documents and "tape." to the defedants and UNITED STATES OF AMERICA.

    1. Any documents statement or reports submitted by any person, witness or official relative to this matter.

    2. Any document which would show identify of potential witnesses in the instant matter.

    3. Documentation relied upon to support claims and denials.

    4. Copies of all memorandum, reports, **all back x-ray reports and flims results.** All documents request are maintain in the possession of the defendants.

Copy of the **serveillance video tape of september 9, 2000 at lewisburg. Audio tape recording of December 19, 2000** between Dr. Reish and plaintiff meeting and interviewed at USP Allenwood.

5. Copies of all federal institution, <u>Lewisburg</u> electronic, data print-out and logging relating to the instant matter. All request are made prusuant to fedearl rule's of civil procedure 34 and 35(a)(b).

6. All copies of plaintiff <u>**Medical Reports**</u> of the september 9, 2000 **back injuries at USP Lewisburg.** Any materials bearing on the nature and extend of plaintiff injuries suffered.

Respectfully Submitted

By: *Juken Gordon*
Juken Washington Gordon,
Pro-se #05373-088

Dated: **February 6,2004.**

cc: File J.W.Gordon.

## Certificate Of Service.

I, Juken Washington Gordon, being duly sworn under the penalty of perjury and according to law, hereby depose and say:

1. I am the prisoner at USP Allenwood, White Deer, Pennsylvania.

2. On this 6th day of February 2004 I placed two (2) copies of the pleading(s) in an envelope addressed to:

>    Clerk's Office
>    U.S. District Court
>    228 Walnut Street
>    Post Office Box 983
>    Harrisburg, Pennsylvania 17108.

>    And

>    G. Michael Theil, Esq.
>    U.S. Attorneys Office
>    228 Walnut Street, 2nd Floor
>    Post Office Box 11754
>    Harrisburg, Pennsylvania 17108.

3. I then affixed sufficient postage to cover first-class U.S. Mail delivery, and then give the package to prison officials here at USP Allenwood, to placed in the mail box reserved for inmate Legal Mail, on this 6th day of February 2004.

>    ss Juken Gordon
>    Juken Washington Gordon, Pro-se
>    Reg. No. 05373-088
>    Allenwood U.S.P.
>    Post Office Box 3000
>    White Deer, Pennsylvania 17887.

Sworn before me on this 6th day of February 2004.

Chris A. Whitmer
Ch. A. Wh—  2-5-04
_____, Case Manager
Authorized by the Act of July 7, 1955, as amended to administer oaths (18 USC 4004).

_____
Notary Public

From: Juken Washington Gordon #05373-088
Allenwood U.S.P.
Post Office Box 3000
White Deer, Pennsylvania 17887

Legal Mail

MAILED FROM
U.S. PENITENTIARY

FILED
HARRISBURG, PA
FEB 11 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

To: Clerk's Office
U.S. District Court
228 Walnut Street
Post Office Box 983
Harrisburg, Pennsylvania 17108

17108+0983


