

Middle District of
Pennsylvania Chapter

*President*
J. Michael Wiley
Executive Plaza
330 Pine Street
Williamsport, PA 17701
570.321.0735
570.321.0785 (fax)
jmwileyesq@aol.com

*President-Elect*
Joseph G. Ferguson
Rosenn, Jenkins & Greenwald, LLP
120 Wyoming Avenue
Scranton, PA 18503
570.341.5600
570.341.9883 (fax)
jferguson@rjglaw.com

*Vice President and CLE Chair*
Bridget E. Montgomery
Eckert, Seamans, Cherin & Mellott, LLC
213 Market Street
P.O. Box 1248
Harrisburg, PA 17108
717.237.6054
717.237.6019 (fax)
bxm@escm.com

*Secretary*
J. David Smith
McCormick Law Firm
835 West Fourth Street
Williamsport, PA 17701
570.326.5131
570.326.5529 (fax)
jsmith@mcclaw.com

*Treasurer*
Malcolm MacGregor
Foley, McLane, Foley,
McDonald & MacGregor
600 Linden Street
P.O. Box 1108
Scranton, PA 18501
570.342.8194
570.342.4658 (fax)

*Immediate Past President
and National Delegate*
David R. Fine
Kirkpatrick & Lockhart LLP
240 North Third Street
Harrisburg, PA 17101
717.231.5820
717.231.4501 (fax)
dfine@kl.com

February 27, 2004

Hon. Sylvia H. Rambo
United States District Court
Federal Building, 8th Floor
228 Walnut Street
Harrisburg, PA 17108

FILED
HARRISBURG
MAR 01 2004
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Re:  Gordon v. Gonzalez, et al.
     No. 1:CV-01-0331

Dear Judge Rambo:

As you will observe from the enclosed letter, David Glassman at Lewisburg Prison Project has agreed to enter his appearance provisionally on behalf of Mr. Gordon. I anticipate that the Clerk will be receiving a filing in this regard within the next several days.

Thank you for allowing our Chapter to serve the Court through our *pro bono* program.

Respectfully yours,

Charles W. Rubendall II

CWRII/sg
Enclosure
cc:  David L. Glassman, Esquire (w/o encl.)
     Joseph G. Ferguson, FBA Chapter President
        (w/encl.)

*Pro Bono Chair*
Charles W. Rubendall II
Keefer, Wood, Allen & Rahal, LLP
210 Walnut Street
P.O. Box 11963
Harrisburg, PA 17108
717.255.8010
717.255.8003 (fax)
crubendall@keeferwood.com

*Young Lawyers Chair*
Anthony S. Potter
Powell, Trachtman, Logan, Carrle,
Bowman & Lombardo P.C.
114 North Second Street
Harrisburg, PA 17101
717.238.9300
717.238.9325 (fax)
apotter@powelltrachtman.com

*Membership Chair*
Lori K. Serratelli
Serratelli, Schiffman,
Brown & Calhoon, P.C.
2080 Linglestown Road
Harrisburg, PA 17110
717.540.9170
717.540.5481 (fax)
lserratelli@ssbc-law.com

# LEWISBURG PRISON PROJECT

P.O. Box 128
LEWISBURG, PA 17837-0128

Phone (570)-523-1104
Fax (570)-523-3944

February 25, 2003

Charles W. Rubendall II
Keefer Wood Allen & Rahal, LLP
P.O. Box 11963
Harrisburg, PA 17108-1963



RECEIVED
FEB 27 2004
CWR II

RE: *Gordon v. Gonzalez, et al.*
No. 1:CV-01-0331

Dear Chip:

    I am willing to accept a provisional appointment as counsel for plaintiff Juken W. Gordon in the above-referenced matter although I have not met with Mr. Gordon yet. So far, I have reviewed the complaint, medical records, BOP administrative remedy responses, and defendant declarations already filed of record in this matter. I intend to meet with Mr. Gordon next month and also to request the file of his court-appointed appellate attorney in the near future. As I understand, the Court will entertain a motion for leave to withdraw my appearance if my investigation leads me to believe that the complaint lacks merit to proceed to trial.

Sincerely,

David L. Glassman
Staff Attorney