IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUKEN W. GORDON, | : | |
| Plaintiff, | : | No. 1: CV 01-0331 |
| v. | : | (Judge Rambo) |
| N. GONZALEZ, *et al.,* | : | Electronically Filed |
| Defendants. | : | |

PRAECIPE - ENTRY OF PROVISIONAL APPEARANCE

⎯⎯⎯Kindly enter my provisional appearance as counsel for plaintiff Juken W. Gordon.  This appearance is being made in order for counsel to perform a preliminary investigation into the facts surrounding this matter, in accordance with a request by the Court to the Federal Bar Association chairman of the *Pro Bono* volunteer panel.

                      Respectfully Submitted,
                      s/David L. Glassman, Staff Attorney
                      Lewisburg Prison Project, Inc.
                      P.O. Box 128
                      Lewisburg, PA 17837
                      Phone: (570)523-1104
                      Fax:    (570)523-3944
                      Email: david_glassman@hotmail.com
                      PA ID #51200
                      Attorney for Plaintiff Juken W. Gordon

Date: March 4, 2004

CERTIFICATE OF SERVICE

_____I certify that I served today the foregoing "Praecipe - Entry of Provisional Appearance" upon the following individuals and in the following manner:

VIA ECF EMAIL NOTICE
_____Anne K. Fiorenza, Assistant U.S. Attorney
U.S. Attorney's Office
Harrisburg, PA
Email: Anne.Fiorenza@usdoj.gov

and

VIA U.S. FIRST-CLASS MAIL
_____Juken W. Gordon, #05373-088
U.S.P. - Allenwood
P.O. Box 3000
White Deer, PA 17887

and

VIA U.S. FIRST-CLASS MAIL
_____Charles W. Rubendall, II, Esq.
Chair, FBA *Pro Bono* Committee
Keefer, Wood, Allen & Rahal, LLP
P.O. Box 11963
Harrisburg, PA 17108

s/David L. Glassman, Staff Attorney
Lewisburg Prison Project, Inc.
P.O. Box 128
Lewisburg, PA 17837

Date: March 4, 2004