TAM:MJB:all

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUKEN WASHINGTON GORDON, | : | Civil No. 1:CV-01-0331 |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| N. Gonzalez, et al., | : | |
| Defendants | : | **ELECTRONICALLY FILED** |

### PRAECIPE TO WITHDRAW APPEARANCE OF COUNSEL
### AND ENTRY OF APPEARANCE

Please withdraw my appearance as Counsel of Record for Defendants in the above-captioned case.

    Respectfully submitted,

    THOMAS A. MARINO
    United States Attorney

    /s G. Michael Thiel
    G. MICHAEL THIEL
    Assistant U.S. Attorney
    Attorney ID No. 72926
    ANITA L. LIGHTNER
    Paralegal Specialist
    U.S. Attorney's Office
    228 Walnut Street, 2nd Floor
    P.O. Box 11754
    Harrisburg, PA 17108-1754
    Phone: (717)221-4482
    Facsimile: (717)221-4587

Dated: March 31, 2004

TAM:MJB:all

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | Civil No. 1:CV-01-0331 |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| **N. Gonzalez, et al.,** | : | |
| Defendants | : | **ELECTRONICALLY FILED** |

### ENTRY OF APPEARANCE

Please enter my appearance as Counsel of Record for Defendants in the captioned case.

                                      Respectfully submitted

                                      THOMAS A. MARINO
                                      United States Attorney

                                      /s Michael J. Butler
                                      MICHAEL J. BUTLER
                                      Assistant U.S. Attorney
                                      Atty. ID No. 81799
                                      ANITA L. LIGHTNER
                                      Paralegal Specialist
                                      228 Walnut Street
                                      Harrisburg, PA 11754
                                      Phone (717) 221-4482
                                      Fax: (717) 221-4587

Date: March 31, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | Civil No. 1:CV-01-0331 |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| N. Gonzalez, et al., | : | |
| Defendants | : | **ELECTRONICALLY FILED** |

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania, and is a person of such age and discretion as to be competent to serve papers.

That on March 31, 2004, she served copies of the attached:

**PRAECIPE TO WITHDRAW APPEARANCE
AND ENTRY OF APPEARANCE OF NEW COUNSEL**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

David L. Glassman, Staff Attorney
Lewisburg Prison Project, Inc.
P.O. Box 128
Lewisburg, PA 17837

/s Anita L. Lightner
ANITA L. LIGHTNER
Paralegal Specialist