TAM:MJB:all

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUKEN WASHINGTON GORDON, | : | CIVIL ACTION NO. 1:CV-01-0331 |
| Plaintiff | : | |
| | : | |
| v. | : | (Rambo, J.) |
| | : | |
| N. Gonzalez, et al., | : | |
| Defendants | : | Filed Electronically |

**DEFENDANTS' MOTION FOR LEAVE TO DEPOSE
PLAINTIFF PURSUANT TO FED. R. CIV. P. 30(a)(2)**

Defendants N. Gonzalez, S. Puckey, B. Shuman, J.A. Candelora, G. Shuck, M. Peoria, and the United States, by and through their counsel, move the Court for leave to take Plaintiff's deposition pursuant to Fed. R. Civ. P. 30(a)(2), as the Plaintiff is confined in prison.  A brief in support of this motion has been filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that the office of Plaintiff's provisional counsel was contacted to seek concurrence with this motion. Provisional counsel for Plaintiff concurs with this motion.

    Respectfully submitted,

    THOMAS A. MARINO
    United States Attorney

    <u>/s Michael J. Butler</u>
    MICHAEL J. BUTLER
    Assistant U.S. Attorney
    PA Attorney I.D. No. 81799
    ANITA L. LIGHTNER
    Paralegal Specialist
    U.S. Attorney's Office
    228 Walnut Street, 2nd Floor
    Harrisburg, PA 17108-1754
    Phone: 717-221-4482
    Fax: 717-221-2246

Dated: March 31, 2004

```
              UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,      :   CIVIL ACTION NO. 1:CV-01-0331
          Plaintiff           :
                              :
          v.                  :   (Rambo, J.)
                              :
N. Gonzalez, et al.,          :
          Defendants          :   Filed Electronically
```

### CERTIFICATE OF SERVICE BY MAIL

     The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.  That on March 31, 2004, she served the attached

### DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF PURSUANT TO FED. R. CIV. P. 30(a)(2)

by placing said copies in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

David L. Glassman, Staff Attorney
Lewisburg Prison Project, Inc.
P.O. Box 128
Lewisburg, PA 17837


                                         /s Anita L. Lightner
                                         ANITA L. LIGHTNER
                                         Paralegal Specialist