UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | CIVIL ACTION NO. 1:CV-01-0331 |
| Plaintiff | : | |
| | : | |
| v. | : | (Rambo, J.) |
| | : | |
| **N. Gonzalez, et al.,** | : | |
| Defendants | : | Filed Electronically |

### ORDER

NOW, this _____ day of _____, 2004, upon consideration of Defendants' Motion for Leave to Depose Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2), **IT IS HEREBY ORDERED** that the motion is granted.  Defendants, by their counsel, may take the deposition of plaintiff, Juken Washington Gordon, at a place and time suitable to the Bureau of Prisons.

_____
SYLVIA H. RAMBO
United States District Judge