TAM:MJB:all

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | **CIVIL ACTION NO. 1:CV-01-0331** |
| Plaintiff | : | |
| | : | |
| v. | : | (Rambo, J.) |
| | : | |
| **N. Gonzalez**, <u>et al.</u>, | : | |
| Defendants | : | **Filed Electronically** |

### CERTIFICATE OF CONCURRENCE

The undersigned certifies that on March 30, 2004, Plaintiff's provisional counsel was contacted to seek his concurrence, pursuant to M.D. Pa. Local Rule 7.1, with Defendants' Motion for Leave to Depose Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2). Plaintiff's provisional counsel, David L. Glassman, concurs with this motion.

                                            Respectfully submitted,

                                            THOMAS A. MARINO
                                            United States Attorney

                                            <u>/s Michael J. Butler</u>
                                            MICHAEL J. BUTLER
                                            Assistant U.S. Attorney
                                            PA Attorney I.D. No. 81799
                                            ANITA L. LIGHTNER
                                            Paralegal Specialist
                                            U.S. Attorney's Office
                                            228 Walnut Street, 2nd Floor
                                            Harrisburg, PA 17108-1754
                                            Phone: 717-221-4482
                                            Fax: 717-221-2246

Dated: March 31, 2004

```
                    UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,         :   CIVIL ACTION NO. 1:CV-01-0331
          Plaintiff              :
                                 :
          v.                     :   (Rambo, J.)
                                 :
N. Gonzalez, et al.,             :
          Defendants             :   Filed Electronically
```

### CERTIFICATE OF SERVICE BY MAIL

   The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

   That on March 31, 2004, she served a copy of the attached

### CERTIFICATE OF CONCURRENCE

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

David L. Glassman, Staff Attorney
Lewisburg Prison Project, Inc.
P.O. Box 128
Lewisburg, PA 17837

/s Anita L. Lightner
ANITA L. LIGHTNER
Paralegal Specialist