```
              UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,       :   CIVIL ACTION NO. 1:CV-01-0331
        Plaintiff              :
                               :
        v.                     :   (Rambo, J.)
                               :
N. Gonzalez, et al.,           :
        Defendants             :   Filed Electronically
```

## ORDER

NOW, this 1st day of April, 2004, upon consideration of Defendants' Motion for Leave to Depose Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2), **IT IS HEREBY ORDERED** that the motion is granted. Defendants, by their counsel, may take the deposition of plaintiff, Juken Washington Gordon, at a place and time suitable to the Bureau of Prisons.

```
                              /s/ Sylvia H. Rambo
                              SYLVIA H. RAMBO
                              United States District Judge
```