IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | **CIVIL NO. 1:CV-01-0331** |
| **Plaintiff** | : | |
| v. | : | |
| **N. GONZALEZ, Lieutenant, FCI Lewisburg; S. PUCKEY; B. SHUMAN, SOS Officer; J.A. CANDELORA, S.O. Officer; G. SHUCK, SOS Officer; DR. PEORIA,; UNITED STATES OF AMERICA,** | : | |
| **Defendants** | : | |

## O R D E R

**IT IS HEREBY ORDERED THAT** the pretrial conference is rescheduled from June 11, 2004, to Thursday, June 10, 2004, at 1:30 p.m. All other provisions of the case management order remain in place.

                                      s/Sylvia H. Rambo
                                      Sylvia H. Rambo
                                      United States District Judge

Dated: May 17, 2004.