TAM:MJB:all

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON**, | : | |
| Plaintiff | : | Civil No. 1:CV-01-0331 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| **N. Gonzalez**, et al., | : | |
| Defendants | : | **ELECTRONICALLY FILED** |

### PRAECIPE FOR SUBSTITUTION OF COUNSEL

Please withdraw the appearance of the Anne K. Fiorenza, former Assistant U.S. Attorney; G. Michael Thiel, Assistant U.S. Attorney; and Jennifer Clark, Assistant U.S. Attorney, all of whom are currently listed on the Court's docket as currently representing Defendants, and substitute undersigned counsel, Michael J. Butler, Assistant U.S. Attorney, as sole counsel for Defendants in the above-listed case.

                                            Respectfully submitted,

                                            THOMAS A. MARINO
                                            United States Attorney

                                            /s Michael J. Butler
                                            MICHAEL J. BUTLER
                                            Assistant U.S. Attorney
                                            Attorney I.D. No. 81799
                                            ANITA L. LIGHTNER
                                            Paralegal Specialist
                                            U.S. Attorney's Office
                                            228 Walnut Street, 2nd Floor
                                            Harrisburg, PA 17108-1754
                                            Phone: 717-221-4482
                                            Fax: 717-221-2246

Dated: May 21, 2004

```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | |
| Plaintiff | : | Civil No. 1:CV-01-0331 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| **N. Gonzalez, et al.,** | : | |
| Defendants | : | **ELECTRONICALLY FILED** |

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

    That this 21st day of May, 2004, she served a copy of the attached

### PRAECIPE FOR SUBSTITUTION OF COUNSEL

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

David L. Glassman
Staff Attorney
Lewisburg Prison Project, Inc.
P.O. Box 128
Lewisburg, PA 17837


                                                    /s Anita L. Lightner
                                                  ANITA L. LIGHTNER
                                                  Paralegal Specialist