IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUKEN W. GORDON, | : | |
| Plaintiff, | : | No. 1: CV 01-0331 |
| v. | : | (Judge Rambo) |
| N. GONZALEZ, *et al.,* | : | Electronically Filed |
| Defendants. | : | |

## ORDER

_____AND NOW, this ___ day of June, 2004, upon consideration of Plaintiff's Motion for Trial Continuance and noting no objection from the Defendants, the Court grants the Motion. The Court continues this case to its September 2004 Trial List.

                                                          s/Sylvia H. Rambo
_____United States District Judge