IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN W. GORDON,                    :

          Plaintiff,        :        No. 1: CV 01-0331

    v.                              :        (Judge Rambo)

N. GONZALEZ, *et al.,*              :        Electronically Filed

          Defendants.       :

## CERTIFICATE OF CONCURRENCE

_____I certify that I spoke today by telephone with Assistant United States

Attorney Michael J. Butler and that he concurs with Plaintiff's Motion for Trial

Continuance.

                        Respectfully Submitted,
                        s/David L. Glassman, Staff Attorney
                        Lewisburg Prison Project, Inc.
                        P.O. Box 128
                        Lewisburg, PA 17837
                        Phone: (570)523-1104
                        Fax:   (570)523-3944
                        Email: david_glassman@hotmail.com
                        PA ID #51200
                        Attorney for Plaintiff Juken W. Gordon

Date: June 1, 2004