IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUKEN WASHINGTON GORDON,** : | **CIVIL NO. 1:CV-01-0331** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **N. GONZALEZ, Lieutenant,** : | |
| **FCI Lewisburg; S. PUCKEY;** : | |
| **B. SHUMAN, SOS Officer;** : | |
| **J.A. CANDELORA, S.O. Officer;** : | |
| **G. SHUCK, SOS Officer;** : | |
| **DR. PEORIA,;** : | |
| **UNITED STATES OF AMERICA,** : | |
| **Defendants** : | |

## O R D E R

Upon consideration of Plaintiff's motion for continuance, and noting the concurrence of counsel for Defendants, **IT IS HEREBY ORDERED THAT**:

1) The deadline for completion of discovery for the limited purpose outlined in Plaintiff's motion, is extended to July 30, 2004.

2) The deadline for filing motions *in limine*, **and** supporting briefs, is August 20, 2004. Briefs opposing any motions *in limine* shall be filed by August 31, 2004. Reply briefs shall be filed by September 7, 2004.

3) This case is removed from the July 2004 trial list and is placed on the October 2004 trial list. The court notes that this case is listed **nonjury**. The parties are attached for trial on Tuesday, October 12, 2004. Trial will commence immediately following the completion of jury selections scheduled in other cases on that date in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. If counsel who intends to try the case has a conflict, the court must be notified immediately.

4) The pretrial conference is rescheduled from June 10, 2004, to September 17, 2004, at 11:00 a.m. in the chambers of Courtroom No. 3.

5) No later than noon on Monday, September 10, 2004, the parties shall file pretrial memoranda in accordance with the local rules of this court.

6) If the parties file trial memoranda, they must be filed five (5) business days before trial.

                         s/Sylvia H. Rambo
                         Sylvia H. Rambo
                         United States District Judge

Dated: June 2, 2004.