IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUKEN W. GORDON, | : | |
| Plaintiff, | : | No. 1: CV 01-0331 |
| v. | : | (Judge Rambo) |
| N. GONZALEZ, *et al.,* | : | Electronically Filed |
| Defendants. | : | |

ORDER

_____Upon consideration of Plaintiff's motion for an enlargement of time to conduct discovery, and noting the concurrence of counsel for Defendants, **IT IS HEREBY ORDERED THAT** the deadline for completion of discovery for the limited purpose outlined in Plaintiff's motion, is extended to August 27, 2004.

                                                    s/Sylvia H. Rambo
_____United States District Judge

Dated: _____, 2004

Case 1:01-cv-00331-SHR    Document 87-2    Filed 07/29/2004    Page 2 of 2