IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUKEN W. GORDON, | : | |
| Plaintiff, | : | No. 1: CV 01-0331 |
| v. | : | (Judge Rambo) |
| N. GONZALEZ, *et al.,* | : | Electronically Filed |
| Defendants. | : | |

CERTIFICATE OF CONCURRENCE

_____I certify that Anita Lightner, Paralegal Specialist, left a telephone message on my answering machine to indicate that the defendants concur with Plaintiff's Motion for Enlargement of Time to Conduct Discovery.

        Respectfully Submitted,
        s/David L. Glassman, Staff Attorney
        Lewisburg Prison Project, Inc.
        P.O. Box 128
        Lewisburg, PA 17837
        Phone: (570)523-1104
        Fax:   (570)523-3944
        Email: david_glassman@hotmail.com
        PA ID #51200
        Attorney for Plaintiff Juken W. Gordon

Date: July 29, 2004