IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUKEN WASHINGTON GORDON,** : | **CIVIL NO. 1:CV-01-0331** |
| **Plaintiff** : | |
| v. : | |
| **N. GONZALEZ, Lieutenant,** : | |
| **FCI Lewisburg; S. PUCKEY;** : | |
| **B. SHUMAN, SOS Officer;** : | |
| **J.A. CANDELORA, S.O. Officer;** : | |
| **G. SHUCK, SOS Officer;** : | |
| **DR. PEORIA,;** : | |
| **UNITED STATES OF AMERICA,** : | |
| **Defendants** : | |

### O R D E R

Upon consideration of Plaintiff's motion for continuance (Doc. 87), and noting the concurrence of counsel for Defendants, **IT IS HEREBY ORDERED THAT**:

1) The deadline for completion of discovery for the limited purpose outlined in Plaintiff's motion, is extended to August 27, 2004.

2) The deadline for filing motions *in limine*, **and** supporting briefs, is September 17, 2004.  Briefs opposing any motions *in limine* shall be filed by September 27, 2004.  Reply briefs shall be filed by October 4, 2004.

3)  This case is removed from the October 2004 trial list and is placed on the November 2004 trial list.  The court notes that this case is listed **nonjury**.  The parties are attached for trial on Monday, November 1, 2004.  Trial will commence immediately following the completion of jury selections scheduled in other cases on that date in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut

Streets, Harrisburg, Pennsylvania. If counsel who intends to try the case has a conflict, the court must be notified immediately.

   4) The pretrial conference is rescheduled from September 17, 2004, to October 15, 2004, at 2:00 p.m. in the chambers of Courtroom No. 3.

   5) No later than noon on Friday, October 8, 2004, the parties shall file pretrial memoranda in accordance with the local rules of this court.  6) If the parties file trial memoranda, they must be filed five (5) business days before trial.

                s/Sylvia H. Rambo
                Sylvia H. Rambo
                United States District Judge

Dated: July 29, 2004.