IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUKEN W. GORDON, | : | |
| Plaintiff, | : | No. 1: CV 01-0331 |
| v. | : | (Judge Rambo) |
| N. GONZALEZ, *et al.*, | : | Electronically Filed |
| Defendants. | : | |

ORDER

  Upon consideration of Plaintiff's motion for continuance and noting the concurrence of counsel for Defendants, **IT IS HEREBY ORDERED THAT:**

  1) The deadline for completion of discovery for the limited purpose outlined in Plaintiff's motion, is extended to November 30, 2004.

  2) The deadline for filing motions *in limine,* and supporting briefs, is December 21, 2004.  Briefs opposing any motions *in limine* shall be filed by December 31, 2004.  Reply briefs shall be filed by January 7, 2005.

  3) This case is removed from the November 2004 trial list and is placed on the February 2005 trial list.  The parties are attached for trial on Monday, February 7, 2005.  Trial will commence immediately following the completion of jury selections scheduled in other cases on that date in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.  If

counsel who intends to try the case has a conflict, the court must be notified immediately.

    4)    The pretrial conference is rescheduled from October 15, 2004 to January ___, 2005, at 2:00 p.m. in the chambers of Courtroom No. 3.

    5)    No later than noon on Friday, January ___, 2005, the parties shall file pretrial memoranda in accordance with local rules of this court.

    6)    If the parties file trial memoranda, they must be filed five (5) business days before trial.

                                        s/Sylvia H. Rambo
_____ Sylvia H. Rambo
_____ United States District Judge

Dated:_____, 2004