IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUKEN W. GORDON, | : | |
| Plaintiff, | : | No. 1: CV 01-0331 |
| v. | : | (Judge Rambo) |
| N. GONZALEZ, *et al.,* | : | Electronically Filed |
| Defendants. | : | |

CERTIFICATE OF CONCURRENCE

_____I certify that Michael J. Butler, Assistant U.S. Attorney, telephoned me yesterday to propose the filing of this motion.

                                                Respectfully Submitted,
                                                s/David L. Glassman, Staff Attorney
                                                Lewisburg Prison Project, Inc.
                                                P.O. Box 128
                                                Lewisburg, PA 17837
                                                Phone: (570)523-1104
                                                Fax:    (570)523-3944
                                                Email: david_glassman@hotmail.com
                                                PA ID #51200
                                                Attorney for Plaintiff Juken W. Gordon

Date: August 24, 2004