UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,
    Plaintiff,

Vs.,                        CIVIL NO. 1:CV-01-0331
                              (JUDGE RAMBO)

N. GONZALEZ, EL AL.,
    Defendants,

FILED
HARRISBURG
AUG 2 5 2004
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

BRIEF IN SUPPORT OF MOTION TO SUBPOENA MR. HAROLD S. PARNES, M.D. AND MS. SONDRA J. PFEFFER, M.D. AS PLAINTIFF OWN EXPERT WITNESSES, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45 AND LOCAL RULE 83.10.4.

    COMES NOW, Plaintiff pro-se Juken Washington Gordon, respectfully request and asks this honorable court to subpoena and/or order the persons name abvoe to appear promptly in person as plaintiff own expert witnesses to this civil action matter pending before this honorable court.

    1. Reasons for these expert witnesses is to give testimony as to any pre-existence <u>compression fractures</u> or <u>disc injuries</u> sustained during the plaintiff 1997 car accident. <u>MRI's flims</u> was taken and examined by these two (2) expert radiologist doctors. Their testimony will prove that I had no "compression fractures let alone any disc injuries" from 1997 car accident.

    2. These two (2) radiologist expert witnesses testimony will clear-up the (discrepancy) about the existent of the plaintiff <u>compression fractures</u> and <u>disc injuries</u>. Where the defendants used physical excessive force to caused injuryed to the plaintiff back on September 9, 2000 in the lieutenant office at USP Lewisburg Penitentiary.

3. Mr. Harold S. Parnes, M.D. Board Certified Diagnostic Radiology Certificate of added qualification in Neuroradiology Senior Member of the American Society of Neuroradiology. His business office locate at 1525 Voorhier Avenue, Brooklyn, N.Y. 11235.

4. Ms. Sondra J. Pfeffer, M.D. Diplomate in Radiology. Her business office locate at Empire Stat Med Review, P.C. 19 West 34th Street, Suite 423 New York, N.Y. 10001-8199.

5. Attach to this motion are two (2) MRI's examination's medical reports conducted 1997 by <u>Mr. Harold S. Parnes, M.D.</u> and in 1998 by <u>Ms. Sondra J. Pfeffer, M.D.</u> plaintiff intend to rely on these medical reports as his expert evidence at trial. Plaintiff received the MRI examination report's of <u>Ms. Sondra J. Pfeffer, M.D.</u> after he filed his complaint. David L. Glassman, Esq. received Mr. Harold S. Parnes, M.D. MRI examination report's on July 2, 2004.

6. Plaintiff also intend to rely on his 1997 (Primecare Medical Report's) from West Virginia as evidence at trial. South Central Regional Jail, 1001 Centre Way Charleston, WV 25309. These medical document's was obtained by Mr. David L. Glassman, Esq. on July 16, 2004. The West Virginia medical records will prove that I made no complaints about back pain, not one day over six (6) months I was housed there during 1997.

WHEREFORE, for all the foregoing reasons stated above plaintiff Juken W. Gordon respectfully request this honorable court to grant his motion to subpoena his expert witnesses to give testimony at trial about plaintiff existent condition, or order a deposition to be taken of <u>Dr. Parnes</u>, M.D. and <u>Dr. Pfeffer, M.D.</u> and that their deposition admitted into evidence at trial.

Respectfully Submitted

By *[signature]*
Juken Washington-Gordon
Reg. No. 05373-088

Dated: August <u>17th</u>, 2004.

1.



**EMPIRE STAT MED REVIEW, P.C.**

19 West 34th Street, Suite 423, New York, NY 10001-8199
(212) 947-6767 • (516) 933-8831 • (914) 332-4288
Offices: Manhattan, Queens, Brooklyn, Staten Island, Nassau, Suffolk,
Westchester, Rockland, Dutchess, Orange & Sullivan Counties
1451 West Cypress Creek Road, Ft. Lauderdale, FL 33309 • (954) 928-2884

SPECIALTIES
▲ Orthopedics ▲ Neurology ▲ Chiropractic ▲ Dentistry ▲ General Surgery ▲ Hematology ▲ Industrial Medicine ▲ Internal Medicine
▲ Oncology ▲ Radiology ▲ Otolaryngology ▲ Ophthalmology ▲ Plastic Reconstructive Surgery ▲ Cardiology ▲ Psychiatry
▲ Rehabilitation & Physical Medicine ▲ Pulmonology ▲ Urology ▲ Dermatology ▲ Vascular Surgery

July 31, 1998

GEICO
P.O. Box 177
Woodbury, NY   11797

Attn:   Bob Winthrop

RE :   Guken Gordon
D/A:   2/17/97
F/N:   009664340 0101 012
INS:   David Hanuman
REF:   140341

Dear Mr. Winthrop:

At your request, I have reviewed the cervical and lumbar MRI studies performed on the above-named person.

Both examinations were conducted by Omega Diagnostic Imaging, Brooklyn, New York.

I: CERVICAL MRI:

Examination date is 3/4/97, 2 weeks following trauma.

Imaging sequences performed include T1 sagittal, T2 gradient sagittal, and T1 axial.

Normal cervical lordosis is maintained.  No fractures, malalignments, or contusions of the cervical vertebrae are noted.

There are no cervical disc herniations or pathologic disc bulges.

Exhibit (1)

RE: Guken Gordon
July 31, 1998
Page 2
                                                                Dr. Pfeffer


The cervical spinal cord is of normal diameter and signal intensity. There are no cord contusions or intrinsic cord lesions.

Normal facet joint alignment is maintained. There is no neuroforaminal or exiting cervical nerve root encroachment.

The paraspinal soft tissues are unremarkable.

## II: LUMBAR MRI:

Examination date is 3/20/97, just over 4 weeks following trauma.

Imaging sequences performed are T1 sagittal, T2 gradient sagittal, and T1 axial.

Normal lumbar lordosis is maintained. No fractures, subluxations, or contusions of the lumbar vertebrae are demonstrated.

There are no lumbar disc herniations or pathologic disc bulges.

A normal conus medullaris is visualized. There is no spinal stenosis or intraspinal neoplasm.

Normal facet joint alignment is maintained. There is no neuroforaminal or exiting lumbar nerve root encroachment.

The paraspinal soft tissues are intact.

SUMMARY: These are normal cervical and lumbar MRI examinations. No disc injuries are confirmed.

"I, Sondra J. Pfeffer, M.D., a physician authorized by law to practice in the state of New York, am not a party to the above entitled action, and hereby affirm that the foregoing statement is true, under the penalty of perjury.

Dated, thirty-first day of July, 1998."

Sincerely yours,

Sondra J. Pfeffer, M.D.
Diplomate in Radiology
SP/b

Exhibit (1)



# OMEGA DIAGNOSTIC IMAGING, P.C.
## STATE OF THE ART OPEN AND NOISELESS MRI

**HAROLD S. PARNES, M.D.**
**BOARD CERTIFIED**
Diagnostic Radiology
Senior Member of the American Society of Neuroradiology
Certificate of Added Qualification in Neuroradiology

TEL: 718-332-1999
FAX: 718-332-3236

**PATIENT: JUKEN GORDON**

MARCH 4, 1997

**REFERRING PHYSICIAN: DR. RAIA**

### MRI OF THE CERVICAL SPINE:

An MRI of the cervical spine was performed on an open MRI unit.

Multiple sagittal relatively T1 and gradient echo images were obtained through the cervical spine as well as axial relatively T1 weighted images through the disc spaces.

Straightening as well as reversal of the normal curvature of the cervical spine was noted on the sagittal images.

The visualized signal intensity within the marrow spaces was normal on the various pulse sequences.

The craniovertebral junction was unremarkable.

Posterior bulging discs were identified at the C3-4, C4-5, and C5-6 levels.

The visualized neural elements were intact.

The paraspinal soft tissues and fascial planes were intact.

### IMPRESSION:
1. Straightening as well as reversal of the normal curvature of the cervical spine was noted on the sagittal images.
2. Posterior bulging discs were identified at the C3-4, C4-5, and C5-6 levels. Clinical correlation is suggested.

Thank you for the courtesy of this referral.

Harold S. Parnes, M.D.
Board Certified Diagnostic Radiology
Certificate of Added Qualification in Neuroradiology
Senior Member of the American Society of Neuroradiology

BROOKLYN MEDICAL SERVICES • 1515 VOORHIES AVENUE • BROOKLYN, NY 11235

# OMEGA DIAGNOSTIC IMAGING, P.C.
### STATE OF THE ART OPEN AND NOISELESS MRI

**HAROLD S. PARNES, M.D.**
BOARD CERTIFIED
Diagnostic Radiology
Senior Member of the American Society of Neuroradiology
Certificate of Added Qualification in Neuroradiology

TEL: 718-332-1999
FAX: 718-332-3236

**PATIENT: JUKEN GORDON**

**REFERRING PHYSICIAN: DR. RAIA**

MARCH 20, 1997

**MRI OF THE LUMBAR SPINE:**

An MRI of the lumbar spine was performed on an open MRI unit.

Multiple sagittal relatively T1 and gradient echo images were obtained through the lumbar spine as well as axial relatively T1 weighted images through the disc spaces.

Straightening of the normal curvature of the lumbar spine was noted on the sagittal images.

The visualized signal intensity within the marrow spaces was normal on the various pulse sequences.

The conus medullaris was unremarkable.

Posterior bulging discs were identified at the L2-3, L3-4, L4-5 and L5-S1 levels.

The paraspinal soft tissues and fascial planes were unremarkable.

**IMPRESSION:**
1. Straightening of the normal curvature of the lumbar spine was seen on the sagittal images.
2. Posterior bulging discs as noted at the L2-3, L3-4, L4-5 and L5-S1 levels. Clinical correlation is suggested.

Thank you for the courtesy of this referral.

Harold S. Parnes, M.D.
Board Certified Diagnostic Radiology
Certificate of Added Qualification in Neuroradiology
Senior Member of the American Society of Neuroradiology

BROOKLYN MEDICAL SERVICES • 1513 VOORHIES AVENUE • BROOKLYN, NY 11235

## CERTIFICATE OF SERVICE.

I, Juken Washington Gordon, being duly sworn under the penalty of perjury pursuant to 28 U.S.C. 1746, and according to law, hereby depose and say:

1. I am the prisoner at USP Allenwood, White Deer, Pennsylvania.

2. On this 17th, day of August 2004 I placed two (2) copies of the pleading(s) in an envelope addressed to:

> Clerk's Office
> U.S. District Court
> 228 Walnut Street
> Post Office Box 983
> Harrisburg, Pennsylvania 17108
>
> And
>
> Michael J. Butler, Esq
> U.S. Attorneys Office
> 228 Walnut Street, 2nd Floor
> Post Office Box 11754
> Harrisburg, Pennsylvania 17108

3. I then affixed sufficient postage to cover first-class U.S. Mail delivery, and then give the package to prison officials here at USP Allenwood, to placed in mail box reserved for inmate legal mail, on this 17th, day of August 2004.

ss _Juken Gordon_
Juken Washington Gordon,
Pro-se Reg. No. 05373-088
Allenwood U.S.P.
Post Office Box 3000
White Deer, Pa. 17887

Sworn before me on this 17 day of August 2004.

CASE MANAGER
A... BY THE ACT OF JULY 7,
1... ...DED TO ADMINISTER
OATHS (18 USC 4004).

_____
Notary Public

2.