IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | **CIVIL NO. 1:CV-1-0331** |
| **Plaintiff** | : | **(Judge Rambo)** |
| v. | : | |
| **N. GONZALEZ, ET AL.,** | : | |
| **Defendants** | : | |

## O R D E R

Background of this case is as follows. On March 4, 2004, David Glassman entered an appearance as counsel on behalf of the Plaintiff. Said counsel is still counsel of record. On August 25, 2004, two motions were filed by Plaintiff *pro se*. Because Plaintiff is still represented by counsel the court will accept only motions filed by counsel of record.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1) The Clerk of Court shall send to Plaintiff's counsel of record copies of the "Motion to Subpoena" (filed August 25, 2004 by the Plaintiff), the "Motion to Order that the Plaintiff get an MRI" (filed August 25, 2004 by the Plaintiff), and the briefs in support of said motions.

2) The aforesaid documents (doc. of record nos. 92, 93, 94 & 95) are stricken from the record and will not be considered by the court.

                                                    s/Sylvia H. Rambo
                                                    Sylvia H. Rambo
                                                    United States District Judge Dated:

August 25, 2004.