IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUKEN W. GORDON, | : | |
| Plaintiff, | : | No. 1: CV 01-0331 |
| v. | : | (Judge Rambo) |
| N. GONZALEZ, *et al.*, | : | Electronically Filed |
| Defendants. | : | |

PLAINTIFF'S MOTION FOR TRIAL BY JURY

Plaintiff Juken W. Gordon, through David L. Glassman, his attorney, requests a jury trial pursuant to the Seventh Amendment to the United States Constitution and Rules 38 and 39 of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiff Juken W. Gordon requests that the Court modify its trial listing of this matter from non-jury to jury.

Respectfully Submitted,
s/David L. Glassman, Staff Attorney
Lewisburg Prison Project, Inc.
P.O. Box 128
Lewisburg, PA 17837
Phone: (570)523-1104
Fax:    (570)523-3944
Email: david_glassman@hotmail.com
PA ID #51200
Attorney for Plaintiff Juken W. Gordon

Date: September 2, 2004

CERTIFICATE OF SERVICE

_____I certify that I served today the foregoing "Plaintiff's Motion for Trial by Jury" upon the following individual and in the following manner:

<u>VIA ECF EMAIL NOTICE</u>
_____Michael J. Butler, Assistant U.S. Attorney
U.S. Attorney's Office
Harrisburg, PA
Email: Michael.J.Butler@usdoj.gov


s/<u>David L. Glassman</u>, Staff Attorney
Lewisburg Prison Project, Inc.
P.O. Box 128
Lewisburg, PA 17837


Date: September 2, 2004