IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUKEN W. GORDON, | : | |
| Plaintiff, | : | No. 1: CV 01-0331 |
| v. | : | (Judge Rambo) |
| N. GONZALEZ, *et al.,* | : | Electronically Filed |
| Defendants. | : | |

## ORDER

    Upon consideration of Plaintiff's Motion for Jury Trial, the Court grants the motion. The Court has re-listed this matter as a jury trial for commencement during its November Trial Term.

                                                    s/Sylvia H. Rambo
_____Sylvia H. Rambo
_____United States District Judge

Dated:_____, 2004