IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUKEN W. GORDON, | : | |
| Plaintiff, | : | No. 1: CV 01-0331 |
| v. | : | (Judge Rambo) |
| N. GONZALEZ, *et al.,* | : | Electronically Filed |
| Defendants. | : | |

CERTIFICATE OF NON-CONCURRENCE

     I certify that Anita Lightner, Paralegal Specialist, telephoned me on July 1, 2004. At that time, she informed me that she had spoken with Michael J. Butler, Assistant U.S. Attorney. Ms. Lightner informed me that Mr. Butler does not concur with this motion.

                                         Respectfully Submitted,
                                         s/<u>David L. Glassman</u>, Staff Attorney
                                         Lewisburg Prison Project, Inc.
                                         P.O. Box 128
                                         Lewisburg, PA 17837
                                         Phone: (570)523-1104
                                         Fax:   (570)523-3944
                                         Email: david_glassman@hotmail.com
                                         PA ID #51200
                                         Attorney for Plaintiff Juken W. Gordon

Date: September 2, 2004