TAM:MJB:all

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUKEN WASHINGTON GORDON, | : | CIVIL ACTION NO. 1:CV-01-0331 |
|     Plaintiff, | : | |
| | : | |
|     v. | : | (Rambo, J.) |
| | : | |
| N. GONZALEZ, et al., | : | |
|     Defendants. | : | Filed Electronically |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR TRIAL BY JURY**

Defendants N. Gonzalez, S. Puckey, B. Shuman, J.A. Candelora, and G. Shuck, respectfully submit this brief response to Plaintiff's Motion for Jury Trial.

On July 1, 2004, counsel for Plaintiff Juken Washington Gordon sought Defendants' concurrence in a motion for a jury trial because Gordon thought this Court would not be fair based on its previous rulings. Defendants disagree with the basis of that motion.

However, Defendants do not oppose Plaintiff's motion for a jury trial, itself, based on legal argument.

                                        Respectfully submitted,

                                        THOMAS A. MARINO
                                        United States Attorney

Dated: September 15, 2004      /s Michael J. Butler
                                        Michael J. Butler
                                        Assistant U.S. Attorney
                                        PA Attorney I.D. No. 81799
                                        Anita L. Lightner
                                        Paralegal Specialist
                                        U.S. Attorney's Office
                                        228 Walnut Street, 2nd Floor
                                        Harrisburg, PA 17108-1754
                                        Phone: 717-221-4482
                                        Fax: 717-221-2246

```
              UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | **CIVIL ACTION NO. 1:CV-01-0331** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **(Rambo, J.)** |
| | : | |
| **N. Gonzalez, et al.,** | : | |
| **Defendants.** | : | **Filed Electronically** |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on September 15, 2004, she served the attached

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR TRIAL BY JURY**

by placing said copies in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

David L. Glassman, Staff Attorney
Lewisburg Prison Project, Inc.
P.O. Box 128
Lewisburg, PA 17837

/s Anita L. Lightner
Anita L. Lightner
Paralegal Specialist