IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN W. GORDON,** | : | **CIVIL NO. 1: CV 01-0331** |
| **Plaintiff,** | : | **(Judge Rambo)** |
| v. | : | |
| **N. GONZALEZ,** *et al.*, | : | |
| **Defendants.** | : | |

## **O R D E R**

Upon consideration of Plaintiff's Motion for Jury Trial, but not for all of the reasons stated therein, **IT IS HEREBY ORDERED THAT** the court grants the motion. The court has re-listed this matter as a jury trial for commencement during its November trial term.

                                                  s/Sylvia H. Rambo
                                                  Sylvia H. Rambo
                                                  United States District Judge

Dated:  September 16, 2004.