TAM:MJB:all

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | CIVIL ACTION NO. 1:CV-01-0331 |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | (Rambo, J.) |
| | : | |
| **N. GONZALEZ, et al.,** | : | |
| **Defendants.** | : | Filed Electronically |

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE**
**TESTIMONY OF STANLEY ASKIN, M.D., ESQUIRE**

Defendants N. Gonzalez, S. Puckey, B. Shuman, J.A. Candelora, G. Shuck, and M. Peoria, by and through their counsel, hereby move to exclude the testimony of Stanley Askin, M.D., Esquire for the reasons stated in the accompanying brief.

Counsel certifies that Plaintiff's counsel was contacted to seek concurrence with this motion. Counsel for Plaintiff does not concurs with this motion.

                                              Respectfully submitted,

                                              THOMAS A. MARINO
                                              United States Attorney

Dated: September 17, 2004        /s Michael J. Butler
                                              Michael J. Butler
                                              Assistant U.S. Attorney
                                              PA Attorney I.D. No. 81799
                                              Anita L. Lightner
                                              Paralegal Specialist
                                              U.S. Attorney's Office
                                              228 Walnut Street, 2nd Floor
                                              Harrisburg, PA 17108-1754
                                              Phone: 717-221-4482
                                              Fax: 717-221-2246

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | CIVIL ACTION NO. 1:CV-01-0331 |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | (Rambo, J.) |
| | : | |
| **N. Gonzalez, et al.,** | : | |
| **Defendants.** | : | **Filed Electronically** |

## CERTIFICATE OF SERVICE BY MAIL

   The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on March 30, 2004, she served the attached

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
TESTIMONY OF STANLEY ASKIN, M.D., ESQUIRE**

by placing said copies in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

David L. Glassman, Staff Attorney
Lewisburg Prison Project, Inc.
P.O. Box 128
Lewisburg, PA 17837

                                    /s Anita L. Lightner
                                    Anita L. Lightner
                                    Paralegal Specialist