TAM:MJB:all

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | **CIVIL ACTION NO. 1:CV-01-0331** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | (Rambo, J.) |
| | : | |
| **N. Gonzalez, et al.,** | : | |
| **Defendants.** | : | **Filed Electronically** |

## CERTIFICATE OF CONCURRENCE

The undersigned certifies that on September 16, 2004, Plaintiff's counsel, David Glassman, was contacted to seek his concurrence, pursuant to M.D. Pa. Local Rule 7.1, with Defendants' Motion In Limine to Exclude Testimony of Stanley Askin, M.D., Esquire. Mr. Glassman stated he has no intent on calling Dr. Askin so he does concur with this motion.

                                                Respectfully submitted,

                                                THOMAS A. MARINO
                                                United States Attorney

Dated: September 17, 2004      /s Michael J. Butler
                                                Michael J. Butler
                                                Assistant U.S. Attorney
                                                PA Attorney I.D. No. 81799
                                                Anita L. Lightner
                                                Paralegal Specialist
                                                U.S. Attorney's Office
                                                228 Walnut Street, 2nd Floor
                                                Harrisburg, PA 17108-1754
                                                Phone: 717-221-4482
                                                Fax: 717-221-2246