```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,      :  CIVIL ACTION NO. 1:CV-01-0331
        Plaintiff,            :
                              :
        v.                    :  (Rambo, J.)
                              :
N. GONZALEZ, et al.,          :
        Defendants.           :
```

## ORDER

NOW, this _____ day of _____, 2004, upon consideration of Defendants' Motion In Limine to Exclude Testimony of Stanley Askin, M.D., Esquire, it is HEREBY ORDERED that said motion is GRANTED.  Dr. Askin will not be allowed to testify at trial.

```
                              _____
                              SYLVIA H. RAMBO
                              United States District Judge
```