TAM:MJB:all

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | **CIVIL ACTION NO. 1:CV-01-0331** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | (Rambo, J.) |
| | : | |
| **N. Gonzalez, et al.,** | : | |
| **Defendants.** | : | **Filed Electronically** |

**CERTIFICATE OF NON-CONCURRENCE**

The undersigned certifies that on September 16, 2004, Plaintiff's counsel, David Glassman, was contacted to seek his concurrence, pursuant to M.D. Pa. Local Rule 7.1, with Defendants' Motion In Limine to Exclude Evidence of "Surveillance" Videotape. Mr. Glassman does not concur with this motion.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney

Dated: September 17, 2004

/s Michael J. Butler
Michael J. Butler
Assistant U.S. Attorney
PA Attorney I.D. No. 81799
Anita L. Lightner
Paralegal Specialist
U.S. Attorney's Office
228 Walnut Street, 2nd Floor
Harrisburg, PA 17108-1754
Phone: 717-221-4482
Fax: 717-221-2246