```
                    UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,        :  CIVIL ACTION NO. 1:CV-01-0331
         Plaintiff,             :
                                :
         v.                     :  (Rambo, J.)
                                :
N. GONZALEZ, et al.,            :
         Defendants.            :
```

## ORDER

NOW, this _____ day of _____, 2004, upon consideration of Defendants' Motion In Limine to Exclude Evidence of "Surveillance" Videotape is GRANTED. Plaintiff Juken Washington Gordon may not allude to or attempt to introduce evidence of a videotape, other than the videotape provided to him on April 5, 2004. Thus, Mr. Gordon may not introduce the testimony of Anne K. Fiorena, Esquire and Lori C. Cunningham, Esquire.

```
                              _____
                              SYLVIA H. RAMBO
                              United States District Judge
```