IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | **CIVIL NO. 1:CV-01-0331** |
| **Plaintiff** | : | |
| v. | : | |
| **N. GONZALEZ, Lieutenant, FCI Lewisburg; S. PUCKEY; B. SHUMAN, SOS Officer; J.A. CANDELORA, S.O. Officer; G. SHUCK, SOS Officer; DR. PEORIA,; UNITED STATES OF AMERICA,** | : | |
| **Defendants** | : | |

## O R D E R

**IT IS HEREBY ORDERED THAT** the October 15, 2004, pretrial conference in the captioned case is rescheduled from 2:00 p.m. to **10:00 a.m.**

                                                 s/Sylvia H. Rambo
                                                 Sylvia H. Rambo
                                                 United States District Judge

Dated: September 23, 2004.