UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUKEN W. GORDON, | : | Civil Action No. 1:CV-01-0331 |
| Plaintiff, | : | |
| v. | : | (Rambo, J.) |
| | : | |
| N. GONZALEZ, *et al.*, | : | Filed Electronically |
| Defendants. | : | |

## ORDER

AND NOW, upon consideration of the "Motion by Counsel for Plaintiff for Leave to Withdraw" and noting the concurrence of opposing counsel, the Court GRANTS the motion. The Court grants leave to David L. Glassman, Staff Attorney for The Lewisburg Prison Project, to withdraw his appearance as counsel for plaintiff Juken Washington Gordon for the reasons stated in the Motion.

Furthermore, the Court hereby withdraws its referral to the *pro bono* panel and terminates the appointment of counsel pursuant to Local Rule 83.34.5.

s/_____
Sylvia H. Rambo
United States District Judge

Date: _____, 2004