UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUKEN W. GORDON, | : | Civil Action No. 1:CV-01-0331 |
| Plaintiff, | : | |
| v. | : | (Rambo, J.) |
| | : | |
| N. GONZALEZ, *et al.*, | : | Filed Electronically |
| Defendants. | : | |

<u>CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE</u>

I certify that I have sought the concurrence of defense counsel concerning the Motion by Counsel for Plaintiff for Leave to Withdraw. On September 14, 2004, defense counsel concurred in this Motion. A true and correct copy of his concurrence is attached hereto.

On September 22, 2004, I wrote to plaintiff Juken Gordon to notify him of my intent to file this Motion. Mr. Gordon should be deemed not to concur since he has not responded yet to that letter.

                                                                       LEWISBURG PRISON PROJECT

BY:   <u>s/David L. Glassman</u>, Staff Attorney
         P.O. Box 128
         Lewisburg, PA 17837
         Phone:  (570)523-1104
         Fax:     (570)523-3944
         Email:  david_glassman@hotmail.com
         PA Bar 51200
         Attorney for Plaintiff Juken W. Gordon

Date: September 24, 2004

## CERTIFICATE OF SERVICE

I certify that I served today the foregoing "Certificate of Concurrence/Non-concurrence" in the following manner upon the following persons:

**SENT VIA ECF NOTICE TO**:
Michael J. Butler
Assistant U.S. Attorney
Michael.J.Butler@usdoj.gov

**SENT VIA FIRST-CLASS U.S. MAIL TO:**
Juken W. Gordon, #05373-088
U.S.P. – Allenwood
P.O. Box 3000
White Deer, PA  17887

and

Charles Rubendall, III, Esq.
FBA Pro Bono Chair
Keefer, Wood, Allen & Rahal
P.O. Box 11963
Harrisburg, PA 17108

                                        s/David L. Glassman, Staff Attorney
                                        Attorney for Plaintiff Juken Gordon

Date:  September 24, 2004