

**U.S. Department of Justice**

*Thomas A. Marino*
United States Attorney
Middle District of Pennsylvania

---

*William J. Nealon Federal Building*
*Suite 311*
*235 N. Washington Avenue*
*P.O. Box 309*
*Scranton, PA  18501-0309*
*(570) 348-2800*
*FAX (570) 348-2816/348-2830*

*Harrisburg Federal Building and*
*Courthouse, Suite 220*
*228 Walnut Street*
*P.O. Box 11754*
*Harrisburg, PA  17108-1754*
*(717) 221-4482*
*FAX (717) 221-4582/221-2246*

*Herman T. Schneebeli Federal Building*
*Suite 316*
*240 West Third Street*
*Williamsport, PA  17701-6465*
*(570) 326-1935*
*FAX (570) 326-7916*

Please respond to: _____ Harrisburg, PA

September 14, 2004

David L. Glassman, Esquire
Lewisburg Prison Project
P.O. Box 128
Lewisburg, PA 17837-0128

    Re:   Gordon v. Gonzalez, M.D. Pa. 1:CV-01-0331 (Rambo, J)

Dear David:

Thank you for your September 13, 2004 letter.

We will concur in your motion to withdraw as counsel.

Please note that we will be filing motions in limine in this case. First, we will move to exclude the testimony of Stanley Askin, M.D., Esquire because we do not know what is his opinion and second we will move to exclude testimony of Anne Fiorenza, Esquire and Lori Cunningham, Esquire as irrelevant. We will call you this week to seek your concurrence/non-concurrence.

If you have any questions, please call me.

Sincerely,

THOMAS A. MARINO
United States Attorney

Michael J. Butler
Assistant United States Attorney