IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | **CIVIL NO. 1:CV-1-0331** |
| **Plaintiff** | : | **(Judge Rambo)** |
| v. | : | |
| **N. GONZALEZ, ET AL.,** | : | |
| **Defendants** | : | |

# O R D E R

Before the court is a motion of appointed counsel for Plaintiff for leave to withdraw in which opposing counsel concurs. Upon consideration thereof, **IT IS HEREBY ORDERED THAT**:

1) Leave of court is granted to David L. Glassman, Staff Attorney for The Lewisburg Prison Project, to withdraw his appearance as counsel for Plaintiff Juken Washington Gordon for the reason stated in the motion.

2) This court withdraws its referral to the *pro bono* panel of the Federal Bar Association and terminates the appointment of counsel pursuant to Middle District Local Rule 83.34.5.

3) Plaintiff is deemed to be proceeding *pro se* and thereby must assume the prosecution of this matter. As such, Plaintiff is reminded that it is his responsibility to file no later than noon on October 8, 2004, a pretrial memoranda in accordance with the local rules of this court addressing the issue remaining in this case. Attached thereto, Plaintiff shall also file *in camera* with the court an addendum to the pretrial memoranda indicating the name and substance of the testimony of each

witness the parties intend to call. Plaintiff is to note that "*in camera*" refers to the fact that the court will not disclose his witness list and proposed witness testimony. **Failure to timely file pretrial memoranda or the required addendum may result in sanctions, including dismissal**.

      4) Because Plaintiff is proceeding *pro se*, the October 15, 2004 pretrial conference is canceled.

      5) This case remains on the November 2004 trial list with jury selection scheduled for 9:30 a.m. on Monday, November 1, 2004.

      6) All other provisions of previous case management orders remain in full force and effect.

      s/Sylvia H. Rambo  
      Sylvia H. Rambo  
      United States District Judge

Dated: September 29, 2004.