IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,          :        CIVIL NO. 1:CV-1-0331
                                  :        (Judge Rambo)
                Plaintiff         :
                                  :
        v.                        :
                                  :
                                  :        FILED
                                  :        HARRISBURG
N. GONZALEZ, ET AL.,              :
                                  :        SEP 3 0 2004
                Defendants        :
                                           MARY E. D'ANDREA, CLERK
                                           Per_____
                                                   DEPUTY CLERK

                WRIT OF HABEAS CORPUS
                AD TESTIFICANDUM

TO:     THE WARDEN OF THE UNITED STATES PENITENTIARY
        AT ALLENWOOD, WHITE DEER, PENNSYLVANIA
        and THE UNITED STATES MARSHAL FOR
        THE MIDDLE DISTRICT OF PENNSYLVANIA

        You or one of your authorized deputies are hereby commanded to produce

the person of **JUKEN WASHINGTON GORDON, No. 05373-088**, from the United States

Penitentiary at Allenwood in White Deer, Pennsylvania, for the purpose of testifying at trial

in the captioned action before the undersigned at 9:30 a.m. on Monday, November 1,

2004, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets,

Harrisburg, Pennsylvania.

        The prisoner shall be produced in court wearing street clothes, not in prison

garb.  At the conclusion of the proceedings, the prisoner shall be returned to the institution

where he is currently incarcerated.

                                        SYLVIA H. RAMBO
                                        United States District Judge

Dated: September   30 , 2004.