UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,
        Plaintiff,

-Vs-                        CIVIL ACTION NO. 1:CV-01-0331
                                   (JUDGE RAMBO)

N. GONZALEZ, EL AL.,
        Defendants,
_____/

FILED
HARRISBURG, PA
OCT 0 7 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

MOTION TO RECONSIDER ORDER RENDERED
ON SEPTEMBER 29, 2004, BY THIS COURT

    COMES NOW, Juken W. Gordon, plaintiff pro-se respectfully request this honorable court to reconsider its order rendered on september 29, 2004, for the following reasons:

    1. Plaintiff has filed a response motion along with exhibits in support of the plaintiff motion on the 28 and 29 of September 2004 which the plaintiff believe the court has not review at the time of making its order.

    2. The plaintiff do not believe that his attorney-client relationship has broken down to which it was irreparable. Counsel and plaintiff do have different opinions on the extent of the plaintiff injuries. The very same issue the Third Circuit Court remand the case on. To know the "extent of the plaintiff injuries". Since the defendants abandon their theory that the plaintiff's suffered <u>compression fractures</u> form the 1997 car accident. Counsel wrote to informed the plaintiff in letter.

1.

3. Plaintiff requested for attorney Glassman to file a motion on the plaintiff behalf to get an MRI examination on his back to fully assess the plaintiff injuries. Counsel, out right stated in his letter dated September 22, 2004 that " I will file no such motion". What a plaintiff can do when his attorney's conducted himself in this manner. This court should deems plaintiff request was reasonable to asked his attorney to file such motion, in seeking the truth about the extent of plaintiff injuries.

4. Plaintiff asks this court to reinstate its referal to the Pro-Bono panel of the Federal Bar Association, to continues to appoint counsel for indigent litigant plaintiff pursuant to Middle District Local Rule 83.34.3 and Federal Statue 28 U.S.C. § 1915 (e)(1). Plaintiff further, asks this court to appoint his appellate attorney Mr. Mark L. Tamburri, Esq. because he is familiar with the facts of this case.

WHEREFORE, for the reasons stated above the plaintiff Juken W. Gordon asks this honorable court to reconsider its order of September 29, 2004 and grant the appointment of plaintiff appellate attorney to conduct the trial, because the plaintiff have no experience of trying civil matter.

Respectfully Submitted

By _Juken Gordon_
Juken Washington Gordon, Pro-se

Date: October 3, 2004

CERTIFICATE OF SERVICE.

I Juken W. Gordon, being duly sworn under the penalty of perjury 28 U.S.C. § 1746 and according to law, depose and say:

1. I am the prisoner at USP ALlenwood, White Deer, Pennsylvania.

2. On this <u>3rd</u> day of October 2004 I placed one (1) copy of the <u>Motion To Reconsider Order Rendered On September 29, 2004 By This Court</u> in an envelpoe addressed to:

>Clerk's Office
>U.S. District Court
>228 Walnut Street
>Post Office Box 983
>Harrisburg, Pennsylvania 17108

>And

>Michael J. Butler, Esq.
>U.S. Attorney's Office
>228 Walnut Street, 2nd Floor
>Post Office Box 11754
>Harrisburg, Pennsylvania 17108

3. I then affixed sufficien postage to cover first-class U.S. Mail delivery, and then give the package to prison officials here at USP Allenwood, to place in mail box reserved for inmate legal mail, on this <u>3rd</u> day of October 2004.

ss _Juken Gordo_
Juken Washington Gordon, Pro-se
Reg. No. 05373-088
Allenwood U.S.P.
Post Office Box 3000
White Deer, Pa. 17887



From: Juken W. Gordon #05373-088
Allenwood U.S.P.
Post Office Box 3000
White Deer, Pennsylvania 17887

To: The Clerk's Office
U.S. District Court
228 Walnut Street
Post Office Box 983
Harrisburg, Pennsylvania 17108

Legal Mail.