TAM:MJB:all

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | CIVIL ACTION NO. 1:CV-01-0331 |
| **Plaintiff,** | : | |
| | : | |
| v. | : | (Rambo, J.) |
| | : | |
| **N. GONZALEZ, et al.,** | : | |
| **Defendants.** | : | **Filed Electronically** |

**SPECIAL VERDICT QUESTIONS**

<u>TO THE JURY</u>:

Based upon the preponderance of the evidence, please answer the following questions:

1. Did Stacey Puckey maliciously and sadistically use force against Juken Washington Gordon with the intent to cause him harm?

    \_\_\_\_ Yes

    \_\_\_\_ No

(If you answered "Yes," go to Question 2; otherwise, go to Question 4).

2. Indicate the amount of compensation, if any, that Juken Washington Gordon is entitled to receive from Stacey Puckey to compensate him for any actual injuries he received.

_____

(Go to Question 3).

3.  If you answered "Yes" to Question 1, do you find that Stacey Puckey's conduct should be punished?  If so, please indicate the amount you believe should be awarded in punitive damages.  (Enter a zero amount if your response to this question is "No.")

_____

(Go to Question 4).

4.  Did Nelson Gonzalez maliciously and sadistically use force against Juken Washington Gordon with the intent to cause him harm?

____ Yes

____ No

(If you answered "Yes," go to Question 5; otherwise, go to Question 7).

5.  Indicate the amount of compensation, if any, that Juken Gordon Washington is entitled to receive from Nelson Gonzalez to compensate him for any actual injuries he received.

_____

(Go to Question 6).

6.  If you answered "Yes" to Question 4, do you find that Nelson Gonzalez's conduct should be punished?  If so, please indicate the amount you believe should be awarded in punitive

damages.  (Enter a zero amount if your response to this question is "No.")

_____

(Go to Question 7).

7. Did Bart Shuman maliciously and sadistically use force against Juken Washington Gordon with the intent to cause him harm?

____ Yes

____ No

(If you answered "Yes," go to Question 8; otherwise, go to Question 10).

8. Indicate the amount of compensation, if any, that Juken Washington Gordon is entitled to receive from Bart Shuman to compensate him for any actual injuries he received.

_____

(Go to Question 9).

9. If you answered "Yes" to Question 7, do you find that Bart Shuman's conduct should be punished?  If so, please indicate the amount you believe should be awarded in punitive damages. (Enter a zero amount if your response to this question is "No.")

_____

(Go to Question 10)

10. Did Joe Candelora maliciously and sadistically use force against Juken Washington Gordon with the intent to cause him harm?

____ Yes

____ No

(If you answered "Yes," go to Question 11; otherwise, go to Question 13).

11. Indicate the amount of compensation, if any, that Juken Washington Gordon is entitled to receive from Joe Candelora to compensate him for any actual injuries he received.

_____

(Go to Question 12).

12. If you answered "Yes" to Question 10, do you find that Joe Candelora's conduct should be punished? If so, please indicate the amount you believe should be awarded in punitive damages. (Enter a zero amount if your response to this question is "No.")

_____

13. Did Greg Shuck maliciously and sadistically use force against Juken Washington Gordon with the intent to cause him harm?

____ Yes

____ No

(If you answered "Yes," go to Question 15; otherwise, return to the courtroom).

14. Indicate the amount of compensation, if any, that Juken Washington Gordon is entitled to receive from Greg Shuck to compensate him for any actual injuries he received.

_____

(Go to Question 15).

15. If you answered "Yes" to Question 13, do you find that Greg Shuck's conduct should be punished? If so, please indicate the amount you believe should be awarded in punitive damages. (Enter a zero amount if your response to this question is "No.")

_____

Have foreman sign here:  _____

RETURN TO THE COURTROOM