**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUKEN W. GORDON, | : | |
| Plaintiff, | : | No. 1: CV 01-0331 |
| v. | : | (Judge Rambo) |
| N. GONZALEZ, *et al.*, | : | |
| Defendants. | : | |

**FILED
HARRISBURG

OCT 0 8 2004

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK**

<u>PLAINTIFF'S PETITION FOR A WRIT OF
*HABEAS CORPUS AD TESTIFICANDUM*</u>

Plaintiff Juken Washington Gordon, *pro se*, hereby requests the District Court to direct the Federal Bureau of Prisons, Warden at U.S.P. - Allenwood, to provide transportation for Juken Washington Gordon, Registration #05373-088, from U.S.P. - Allenwood to the Harrisburg Federal Courthouse for jury trial commencing Monday, November 1, 2004 to facilitate the participation of plaintiff at trial.

The plaintiff also requests that the Court direct the Warden at U.S.P. - Allenwood to provide return transportation for the plaintiff from the Harrisburg Federal Courthouse to U.S.P. - Allenwood following the conclusion of the trial.

The plaintiff also requests the Court to direct Warden Dominick DeRose of the Dauphin County Prison, 501 Mall Road, Harrisburg, PA to house the plaintiff overnight from November 1 through November 2, 2004 if trial continues into a second day and if deemed necessary by the Court or the Federal Bureau of Prisons.

Furthermore, the plaintiff requests the Court to direct prison officials to transport the legal documents and notes of the plaintiff with him to the Harrisburg Federal Courthouse.

WHEREFORE, plaintiff Juken W. Gordon requests that the Court direct the wardens of U.S.P. - Allenwood and Dauphin County Prison to make the necessary arrangements to assure the presence of the plaintiff at trial in this matter.

Respectfully Submitted,

*Juken Gordon*
Juken Washington Gordon
Registration No. 05373-088
U.S.P. - Allenwood
P.O. Box 3000
White Deer, PA 17887

Date: October 5, 2004

## CERTIFICATE OF SERVICE

I certify that I served today the foregoing "Plaintiff's Petition for a Writ of *Habeas Corpus Ad Testificandum*" upon the following individual and in the following manner:

<u>VIA FIRST-CLASS MAIL:</u>
Michael J. Butler, Assistant U.S. Attorney
U.S. Attorney's Office - Civil Division
P.O. Box 11754
Harrisburg, PA 17108-1754

*[signature]*
Juken Washington Gordon, Plaintiff

Date: October 6, 2004

*[signature]* W. McNulty, CASE MANAGER
AU... BY THE ACT OF JULY 7,
19.. AMENDED TO ADMINISTER
OATHS (18 USC 4004).