IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN W. GORDON, :

       Plaintiff, : No. 1: CV 01-0331

v. : (Judge Rambo)

N. GONZALEZ, *et al.*, :

       Defendants. :

## ORDER

AND NOW, upon consideration of the Plaintiff's Petition for a Writ of *Habeas Corpus Ad Testificandum,* the court GRANTS the petition.

The court hereby directs the Federal Bureau of Prisons, Warden at U.S.P. - Allenwood, to provide transportation for Juken Washington Gordon, Registration #05373-088, from U.S.P. - Allenwood to the Harrisburg Federal Courthouse for jury trial commencing Monday, November 1, 2004 to facilitate the participation of plaintiff at trial.

The Court directs the Warden at U.S.P. - Allenwood to provide return transportation for the plaintiff from the Harrisburg Federal Courthouse to U.S.P. - Allenwood following the conclusion of the trial.

The Court directs Warden Dominick DeRose of the Dauphin County Prison, 501 Mall Road, Harrisburg, PA to house the plaintiff overnight from November 1 through November 2, 2004 if trial continues into a second day and if deemed necessary by the Court or the Federal Bureau of Prisons.

Finally, the Court directs prison officials to transport the legal documents and notes of the plaintiff with him to the Harrisburg Federal Courthouse for his usage at trial.

BY THE COURT:

_____
Sylvia H. Rambo, U.S. District Judge

Date: October __, 2004