IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUKEN W. GORDON,** | **CIVIL NO. 1: CV 01-0331** |
| Plaintiff, | (Judge Rambo) |
| v. | |
| **N. GONZALEZ,** *et al.*, | |
| Defendants. | |

## O R D E R

Before the court is Plaintiff's "Motion in Response to Motion Filed by Mr. David L. Glassman to Withdraw as Counsel. Plaintiff Request for his Appellate Attorney be Appointed Pursuant to 28 U.S.C. §1915 (e)(1)" (Doc. 113), and Plaintiff's "Motion to Reconsider Order Rendered on September 29, 2004, by this Court" (Doc. 117).

The court has granted Plaintiff's counsel permission to withdraw from the case at hand and has withdrawn its referral to the *pro bono* panel of the Federal Bar Association, per its September 29, 2004 order. (Doc 112.) Plaintiff is advised that he is not constitutionally entitled to an attorney in a civil case. Thus if Plaintiff cannot obtain counsel, Plaintiff will be deemed to be proceeding *pro se* and thereby must assume the prosecution of this matter.

**IT IS HEREBY ORDERED THAT** Plaintiff's request that the court appoint his appellate counsel is **DENIED**.

                                              s/Sylvia H. Rambo
                                              Sylvia H. Rambo
                                              United States District Judge

Dated: October 13, 2004.