IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUKEN WASHINGTON GORDON,** : | **CIVIL NO. 1:CV-01-0331** |
| **Plaintiff** : | |
| v. : | |
| **N. GONZALEZ, Lieutenant,** : | |
| **FCI Lewisburg; S. PUCKEY;** : | |
| **B. SHUMAN, SOS Officer;** : | |
| **J.A. CANDELORA, S.O. Officer;** : | |
| **G. SHUCK, SOS Officer;** : | |
| **DR. PEORIA,;** : | |
| **UNITED STATES OF AMERICA,** : | |
| **Defendants** : | |

## O R D E R

On October 7, 2004, Plaintiff filed his witness list *in camera*. It is unclear if Plaintiff is seeking to have these individuals subpoenaed through the efforts of the court or if he has already subpoenaed them. If Plaintiff is seeking to have the witnesses subpoenaed through the efforts of the court, it will be necessary for Plaintiff to submit, *in camera*, a proffer as to the testimony of each witnesses listed. The court will not subpoena witnesses whose testimony is either hearsay, irrelevant, or otherwise inadmissible.

Accordingly, **IT IS HEREBY ORDERED THAT** no later than October 19, 2004, Plaintiff shall submit to the court, *in camera*, a proffer as to the testimony of each witnesses he seeks to subpoena.

                                                            s/Sylvia H. Rambo
                                                            Sylvia H. Rambo
                                                          United States District Judge

Dated: October 13, 2004.