IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUKEN W. GORDON,** | **CIVIL NO. 1: CV 01-0331** |
| **Plaintiff,** | **(Judge Rambo)** |
| v. | |
| **N. GONZALEZ,** *et al.*, | |
| **Defendants.** | |

## O R D E R

The court issues this order to clarify the trial schedule in the captioned matter. **IT IS HEREBY ORDERED THAT** the following schedule will be followed in the trial of the captioned matter.

**Monday, November 1, 2004**:

9:30 a.m. to 12:30 p.m. -   Jury selection and trial.

12:30 p.m. to 2:15 p.m. -   Lunch break.

2:15 p.m. to 4:30 p.m. -   Trial continues.

**Tuesday, November 2, 2004**:

9:30 a.m. to 12:30 p.m. -   Trial continues

12:30 p.m. to 1:30 p.m. -   Lunch break

1:30 p.m. to 4:30 p.m. -   Trial/jury deliberations

                                                            s/Sylvia H. Rambo
                                                          Sylvia H. Rambo
                                                          United States District Judge

Dated: October 19, 2004.