

# LEWISBURG   PRISON   PROJECT

P.O. Box 128
Lewisburg PA  17837

Ph: 570.523.1104 Fax: 570.523.3944
Email: prisonproject@dejazzd.com

Organized in 1973

October 1, 2004

Juken Gordon, #05373-088
U.S.P. Allenwood
P.O. Box 3000
White Deer, PA  17887

Dear Mr. Gordon:

You likely received by now the order of Judge Rambo which granted my motion for leave to withdraw as your attorney.  I regret that our attorney-client relationship did not work out to your satisfaction.

On September 27, Mr. Butler and I met at my office due to our uncertainty over how the court would rule on my motion.  He handed me the enclosed Government Exhibits which he intends to offer into evidence at your trial along with the enclosed BOP medical records.  Butler also refused to make a settlement offer.

As you know, the court wants you to file your pretrial memorandum by October 8.  I already had begun working on one for you.  I now have completed it in case you want to use it.

Consequently, I am enclosing three copies for you:  one for you, one to serve Mr. Butler, and one to file.  Remember to sign and date them where your signature is requested.  Feel free to make changes before you mail them.

Exhibit "A" is the exhibit list table preferred in the Local Rules.  I am enclosing some blank lists for you in case you want to add more exhibits or make your own list from the beginning.

Exhibit "B" is a proposed Statement of Undisputed Facts.  Mr. Butler agreed to most of the first two pages of that Statement when he met with me.  I added the last sentence to the second page after he left.  I got that time from the medical records.  I also added a third page based upon the BOP medical records.  Remember, this is a Statement only of "undisputed" facts.  It cannot contain "disputed" facts.

*Exhibit A*

You will have to attach your own list of witnesses to the one which you file with the Court *in camera*.  I think you only need to list yourself as a witness but I believe you disagree with me.

Good luck to you.

Sincerely,

David L. Glassman
Staff Attorney

enclosures

Juken Washington Gordon
Reg. No. 05373-088
Allenwood U.S.P.
Post Office Box 3000
White Deer, Pennsylvania 17887

Michael J. Butler, Esq.
Assistant U.S. Attorney I.D.No.81799
U.S. Attorney's Office
228 Walnut Street, 2nd Floor
Harrisburg, Pennsylvania 17108-1754                    March 25, 2004

Re: Gordon v. Gonzalez, el al.,
Civil No. 1: cv-01-0331

Dear Mr. Butler, Attorney for the defendants:

   Please accept this letter, this case is a good candidate for settlement
without a trial for my personal injuries I suffered. Residual compression facture
with a disc that is deteriorating in that level and a disc bulge. Caused by the
defendants. See Dr. Reish Report's.

   1. The defendants used physical excessive force against me to caused injuries
and sever excruciating pain, in my back on September 9, 2000 at USP Lewisburg Peni-
tentiary. Simply because I request permission to enter the mess hall to eat his lunch
meal. Thereafter, I received medical treatments as a result of my injuries.

   2. The injuries, the defendants inflicted upon me are indivisible. Furthermore,
I felt "no pain" in my back prior to September 9, 2000, the beating and jumping on my
back by the defendants are a direct result of the caused of my back pain and discom-
fort am experiencing right to this date.

   3. The defendants are each jointly liable for their conduct, for violated my
Eighth Amendment Constitutional Right's.

   4. Pain and suffering have no market price, and are not capable of being
exactly and accurately determined. But in the interest of justice, I respectfully
request a settlement of $575,000.00 dollars in damages for my personal injuries.

   5. I, Juken Washington Gordon, declares under penalty of perjury prusuant
to 28 U.S.C. § 1746, that the statement's herein are true and correct. Once again
thank you in advance for your time in this matter.


                        Respectfully Yours,

                    By Juken Gordon
                       Juken Washington Gordon
                       S.S.#: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




                                              Exhibit A