ORIGINAL

UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,
        Plaintiff,

Vs.,

CIVIL ACTION NO.1:CV-01-0331
(JUDGE RAMBO)

N. GONZALEZ, EL AL.,
        Defendants,
_____/

FILED
HARRISBURG, PA
OCT 19 2004
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

BRIEF IN SUPPORT OF MOTION TO REINSTATE MOTION (Doc. No. 92-94)

    COMES NOW, Plaintiff pro-se Juken W. Gordon respectfully request and asks this honorable court to make an order that the plaintiff taken an get a MRI's <u>prognostic</u> complete comprehensive back examination by a radiologist back expert. For this civil action pending before this court. Plaintiff request motion to reinstate motion (Doc. No. 92-94).

    To fully assess the complete injuries to the plaintiff back, cause by the defendants use of excessive physical force on September 9, 2000.

    Plaintiff was diagnosed with compression fractures with a deteriorating disc in that level. By Dr. Reish, an outside orthopaedic back specialist reveal an x-rays, on December 19, 2000.

Respectfully Submitted
By _Juken Gordon_
Juken Washington Gordon, Pro-se

October 18, 2004

1.



From: Juken Washington Gordon #05373-088
Allenwood U.S.P.
Post Office Box 3000
White Deer, Pennsylvania 17887

To: Clerk's Office
U.S. District Court
228 Walnut Street
Post Office Box 983
Harrisburg, Pennsylvania 17108

Legal Mail.