**ORIGINAL**

UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
OCT 22 2004
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

JUKEN WASHINGTON GORDON,
        Plaintiff,

Vs.,

CIVIL ACTION NO.1:CV-01-0331
(JUDGE RAMBO)

N. GONZALEZ, ET AL.,
        Defendants,
_____/

## NOTICE OF INTERLOCATORY APPEAL.

I, Juken Washington Gordon, Plaintiff acting por-se hereby appeal this court decision **orders** rendered in this action proceedings on October 13, 2004.

Plaintiff hereby respectfully given notice of his interlocatory appeal to this honorable court.

                        Respectfully Submitted
                        By _Juken Gordon_
                          Juken Washington Gordon, Pro-se

Date: October 19, 2004.

cc: File U.S.C.O.A.
    Third Circuit

## CERTIFICATE OF SERVICE

Pursuant to the principle of <u>Houston v. Lack,</u> 487 U.S. 266, 276, (1988).

I, Juken Washington Gordon, being duly sworn under penalties of perjury 28 U.S.C. § 1746 and according to law, hereby depose and say:

1. I am the prisoner at USP Allenwood, White Deer, Pennsylvania.

2. On this <u>19th</u> day of October 2004 I placed one (1) copy of the <u>Notice of Interlocatory Appeal</u>, in an envelope addressed to:

> Clerk's Office
> U.S. District Court
> 228 Walnut Street
> Post Office Box 983
> Harrisburg, Pennsylvania 17108
>
> And
>
> Michael J. Butler, Esq.
> U.S. Attorney's Office
> Suite 220 Federal Building
> 228 Walnut Street
> Harrisburg, Pennsylvania 17108

3. I the affixed sufficient postage to cover first-class U.S. Mail delivery, and then give the package to prison officials here at USP Allenwood, to place in mail box reserved for inmate's legal mail, on this <u>19th</u> day of October 2004.

ss _/s/ Juken Gordon_
Juken Washington Gordon, Pro-se
Reg. No. 05373-088
Allenwood U.S.P.
Post Office Box 3000
White Deer, Pennsylvania 17887

From: Juekn W. Gordon#05373-088
Allenwood U.S.P.
Post Office Box 3000
White Deer, Pennsylvania 17887

MAILED FROM
U.S PENTENTIARY

To: Clerk's Office
U.S.District Court
228 Walnut Street
Post Office Box 983
Harrisburg, Pennsylvania 17108

Legal Mail.