IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUKEN W. GORDON,** | **CIVIL NO. 1: CV 01-0331** |
| **Plaintiff,** | **(Judge Rambo)** |
| v. | |
| **N. GONZALEZ,** *et al.*, | |
| **Defendants.** | |

# O R D E R

      Before this court is Plaintiff's Motion to reinstate his motion that this court order Plaintiff receive a prognostic comprehensive back examination. (*See* Doc. 92-94.) The court is not aware of any requirement it has to provide Plaintiff with an expert to enable Plaintiff to pursue his action. Additionally, this court is not aware of any requirement it has to direct Defendants to provide Plaintiff with an expert. **IT IS HEREBY ORDERED** Plaintiff's motion is **DENIED**.

                                                                      s/Sylvia H. Rambo
                                                                       Sylvia H. Rambo
                                                                      United States District Judge

Dated: October 22, 2004.