\140
10/25/04
APA

UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF PENNSYLVANIA


JUKEN WASHINGTON GORDON,
                    Plaintiff,


        Vs.,                                    CIVIL ACTION NO.1:CV-01-0331
                                                (JUDGE RAMBO)



N. GONZALEZ, ET AL.,
                    Defendants,
_____/

FILED
HARRISBURG, PA
OCT 2 5 2004
MARY E. D'ANDREA
Per _____ , CLERK

BRIEF IN SUPPORT OF MOTION FOR STAY OR
CONTINUANCE OF THE TRIAL DATE UNTIL THE
THIRD CIRCUIT RULE ON THE PLAINTIFF'S
INTERLOCUTORY APPEAL.

    COMES NOW, Juken Washington Gordon, plaintiff acting pro-se

and respectfully asks this honorable court to stay or continuance of

the trial date until the Third Circuit Court of Appeals rule on the

the plaintiff's interlocutory appeal.

    1.  On October 7, 2004 the defendants filed their pretrial

memorandum (Doc. 118) the defendants seeks to preclude certain evidence

at trial.

    2.  On October 18, the plaintiff filed an objection to the

defendants pretrial memorandum. On October 19, 2004 plaintiff filed

his interlocurory appeal, due to the facts that the plaintiff did not

received the court orders until October 18, 2004  at mail call 4:00 p.m.

    3.  On October 13, 2004 this court grant's the defendants motion

to preclude the following evidence. (a) Any evidence related to dis-

missal claims, including plaintiff's allegation that he received negli-

gent medical care.

                            (1)



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

## CERTIFICARE OF SERVICE

I, Juken Washington Gordon being duly sworn under penalties of perjury 28 U.S.C. § 1746 and according to law, hereby depose and say:

1. I am the prisoner at USP Allenwood, White Deer, Pennsylvania.

2. On this 21st day of October 2004 I placed one (1) copy of the **Brief In Support Of Motion For Stay Or Continuance Of The Trial Date Until The Third Circuit Rule On The Plaintiff Interlocutory Appeal**, in an envelope addressed to:

> Clerk's Office
> U.S. District Court
> 228 Walnut Street
> Post Office Box 983
> Harrisburg, Pennsylvania 17108

> And

> Michael J. Butler, Esq.
> U.S. Attorney's Office
> Suite 220, Federal Building
> 228 Walnut Street
> Harrisburg, Pennsylvania 17108

3. I then affixed sufficient postage to cover first-class U.S. Mail delivery, and then give the package to prison officials here at USP Allenwood, to place in mail box reserved for inmate's legal mail, on this 21st day of October 2004.

ss _Juken Gordon_
Juken Washington Gordon, Pro-se
Reg. No. 05373-088
Allenwood U.S.P.
Post Office Box 3000
White Deer, Pennsylvania 17887

_[signature]_, CASE MANAGER
AUTHORIZED BY THE ACT OF JULY 7,
195_ AS AMENDED TO ADMINISTER
OATHS (18 USC 4004).

(3)



From: Juken W. Gordon#05373-088
Allenwood U.S.P.
Post Office Box 3000
White Deer, Pennsylvania 17887

MAILED FROM
U.S. PENITENTIARY

CERTIFIED MAIL™

7003 3110 0006 1304 3480

To: The Clerk's Office
U.S. District Court
228 Walnut Street
Post Office Box 983
Harrisburg, Pennsylvania 17108

Legal Mail.