TAM:MJB:all

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUKEN WASHINGTON GORDON, | : | CIVIL ACTION NO. 1:CV-01-0331 |
| Plaintiff, | : | |
| | : | |
| v. | : | (Rambo, J.) |
| | : | |
| N. GONZALEZ, et al., | : | |
| Defendants. | : | Filed Electronically |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
DEFENDANTS' ANSWER *NUNC PRO TUNC*__**

NOW COME Defendants, by and through undersigned counsel who move the Court for leave to file their Answer nunc pro tunc. A brief in support of this motion has been filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that he has not sought Plaintiff's

concurrence with this motion because Plaintiff is an inmate proceeding <u>pro</u> <u>se</u>.

                                        Respectfully submitted,

                                        THOMAS A. MARINO
                                        United States Attorney

Dated: <u>October 25, 2004</u>       <u>/s Michael J. Butler</u>
                                        Michael J. Butler
                                        Assistant U.S. Attorney
                                        PA Attorney I.D. No. 81799
                                        Anita L. Lightner
                                        Paralegal Specialist
                                        U.S. Attorney's Office
                                        228 Walnut Street, 2nd Floor
                                        Harrisburg, PA 17108-1754
                                        Phone: 717-221-4482
                                        Fax: 717-221-2246

```
                    UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN WASHINGTON GORDON,      :   CIVIL ACTION NO. 1:CV-01-0331
         Plaintiff,           :
                              :
     v.                       :   (Rambo, J.)
                              :
N. Gonzalez, et al.,          :
         Defendants.          :   Filed Electronically
```

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.  That on October 25, 2004, she served the attached

**DEFENDANTS' MOTION  FOR LEAVE TO FILE
DEFENDANTS' ANSWER *NUNC PRO TUNC***

by placing said copies in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Juken Washington Gordon
Reg No. 0573-088
USP Allenwood
P.O. Box 3000
White Deer, PA 17887


                              /s Anita L. Lightner
                              Anita L. Lightner
                              Paralegal Specialist