UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | CIVIL ACTION NO. 1:CV-01-0331 |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | (Rambo, J.) |
| | : | |
| **N. GONZALEZ, et al.,** | : | |
| **Defendants.** | : | |

**O R D E R**

NOW, this _____ day of _____, 2004, upon consideration of Defendants' Motion for Leave to File Defendant's Answer nunc pro tunc, IT IS HEREBY ORDERED THAT the motion is granted. Defendant's Answer nunc pro tunc is accepted as if timely filed. The clerk is directed to docket Defendant's Answer, which is attached hereto.

_____
SYLVIA H. RAMBO
United States District Judge