## Gordon v. Gonzalez et al.,
## No. 1:CV-01-0331 (M.D. Pa.)
## Judge Rambo

## DEFENDANTS' LIST OF EXHIBITS

| Exh. # | Description of Exhibit | Identified | Witness | Ruling |
|---|---|---|---|---|
| 1 | Gordon's Federal Complaint (1:CV-01-0331) | | | |
| 2 | S. Puckey Incident Report dated 09/09/00 | | | |
| 3 | Injury Assessment of Lt. Gonzalez dated 09/09/00 (sprained knee) | | | |
| 4 | Lt. Gonzalez Incident Memo dated 09/09/09 | | | |
| 5 | G. Shuck, S.O.S. Incident Memo dated 09/09/00 | | | |
| 6 | B. Shuman, S.O.S. Incident Memo dated 09/09/00 | | | |
| 7 | J.A. Candelora, S.O. Incident Memo dated 09/09/00 | | | |
| 8 | Inmate Rights At Discipline Hearing dated 09/09/00 | | | |
| 9 | Disciplinary Hearing Officer Report dated 09/26/00 | | | |

| Exh. # | Description of Exhibit | Identified | Witness | Ruling |
|---|---|---|---|---|
| 10 | Police Accident Report dated 02/17/97 | | | |
| 11 | Medical Records of Gordon from Joseph A. Raia, M.D. presented on 02/24/97 | | | |
| 12 | Omega Diagnostic Imaging Records of Gordon's C Spine and L Spine dated 02/24/97, 03/4/97, and 03/20/97 | | | |
| 13 | State Farm Insurance Health Insurance Claim Form for Cervical Pillow and Thermophore | | | |
| 14 | New York State No-Fault Insurance Assignment of Benefits dated 02/17/97 | | | |
| 15 | Medical Records of Gordon from Joseph A. Raia dated 03/23/97 (referral for emotional distress) | | | |
| 16 | Medical Records of Gordon from Joseph A. Raia dated 03/31/97 (prescription for back brace) | | | |
| 17 | Medical Records of Gordon from Joseph A. Raia dated 04/10/97 (report of nerve condition) | | | |
| 18 | Back Brace Fitting Sheet for Gordon dated 04/12/97 | | | |

| Exh. # | Description of Exhibit | Identified | Witness | Ruling |
|---|---|---|---|---|
| 19 | Record of Receipt of Back Brace dated 04/17/97 | | | |
| 20 | Medical Records of Gordon dated July 15, 1997 from Barry Potter, Ph.D., A.B.F.P. (Phychological Assessment Report) | | | |
| 21 | New York Motor Vehicle No-Fault Insurance Law Verification of Gordon's Treatment dated 09/22/97 | | | |
| 22 | Denial of Claim for Health Benefits dated 09/22/97 | | | |
| 23 | Gordon Acupuncturist Record dated 03/05/97 | | | |
| 24 | BOP Medical Records of Gordon dated 11/3/97 (physical exam and notation of back pain). | | | |
| 25 | BOP (Ft. Dix.) Medical Records of Gordon dated 11/12/97 (physical exam and notation of back pain) | | | |
| 26 | BOP Medical Records of Gordon dated 02/24/99 (physical exam and notation of back pain and brace) | | | |
| 27 | Inmate Injury Assessment Form dated 09/09/09 | | | |

| Exh. # | Description of Exhibit | Identified | Witness | Ruling |
|---|---|---|---|---|
| 28 | BOP Medical Records of Gordon dated 09/09/00 (physical exam after incident) | | | |
| 29 | William G. Reish, M.D. Records of Gordon dated 12/19/00 (two copies because of problems with copy) | | | |
| 30 | Gordon's Deposition Transcript dated 05/03/04 | | | |
| 31 | Letter from David Glassman to counsel for Defendant regarding Dr. Reish dated 09/09/04 | | | |
| 32 | Videotape of Gordon after Incident | | | |