## Gordon v. Gonzalez et al.,
## No. 1:CV-01-0331 (M.D. Pa.)
## Judge Rambo

## PLAINTIFF'S LIST OF EXHIBITS

| Exh. # | Description of Exhibit | Identified | Ruling | Witness |
|---|---|---|---|---|
| A | Omega MRI findings 3/4/00 | 11/1/04 | No Jury | Juken Washington Gordon |
| B | MRI findings 3/20/00 | 11/1/04 | No Jury | Juken Washington Gordon |
| D | Report/Notes of Vicarthur Factura | 11/1/04 | Admit | Vicarthur Factura |
| E | Report/Notes of Martin Newton | 11/1/04 | Admit | Martin Newton |
| P | Report/Notes of Jody Bennett-Meehan | 11/1/04 | Admit | Jody Bennett-Meehan |
| Q | Unidentified source document | 11/1/04 | No Jury | Nelson Gonzalez |
| R | Declaration of Candelora | 11/2/04 | Admit | Joseph Candelora |
| S | Declaration of Gonzalez | 11/2/04 | Admit | Nelson Gonzalez |
| T | Declaration of Puckey | 11/2/04 | Admit | Stacey Puckey |
| U | Declaration of Shuck | 11/2/04 | Admit | Gregory Shuck |