11/3/2004

We feel that we have a hung jury, and that further deliberations will be fruitless.

*Duane W Weitman*

1:01-CV-331

① Can we have a copy of the entire deposition of ~~all~~ parties listed below?

Juken Washington Gordon
Bart Shuman

② Can we view the videotape in the courtroom in the presence of the court again?

③ Can they read back H. N. Gonzalez's testimony when ?'d by plaintiff?

④ Can they read back Stacey Puckey's testimony when ?'d by plaintiff?

*[signature]*   11-03-04

*[illegible handwritten notes]*