IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUKEN W. GORDON,** : | **CIVIL NO. 1: CV 01-0331** |
| **Plaintiff,** : | |
| : | **(Judge Rambo)** |
| v. : | |
| **N. GONZALEZ,** *et al.*, : | |
| **Defendants.** : | |

## O R D E R

On November 3, 2004, this court declared a mistrial in the captioned matter after the jury became deadlocked. Accordingly, the matter will be rescheduled for jury selection and trial. **IT IS THEREFORE ORDERED THAT** trial will commence with the drawing of a jury on Wednesday, December 1, 2004, at 9:30 a.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. The trial shall be completed, with the exception of jury deliberations, no later than 3:00 p.m. on Thursday, December 2, 2004.

                                           s/Sylvia H. Rambo
                                           Sylvia H. Rambo
                                           United States District Judge

Dated: November 4, 2004.