IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | **CIVIL ACTION NO. 1:CV-01-0331** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **N. GONZALEZ,** *et al.*, | : | |
| **Defendants** | : | |

## O R D E R

**IT IS HEREBY ORDERED THAT** the court will conduct a pretrial conference in the captioned action on Wednesday, December 1, 2004, at 8:45 a.m. in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Plaintiff and counsel for Defendants shall be present.

          s/Sylvia H. Rambo
          Sylvia H. Rambo
          United States District Judge

Dated: November 4, 2004.