IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUKEN WASHINGTON GORDON,**<br>　　　　**Plaintiff** | **CIVIL ACTION NO. 1:CV-01-0331** |
| v. | |
| **N. GONZALEZ,** *et al.*,<br>　　　　**Defendants** | |

### WRIT OF HABEAS CORPUS
### AD TESTIFICANDUM

TO:　THE WARDEN OF THE UNITED STATES PENITENTIARY
　　　AT ALLENWOOD, WHITE DEER, PENNSYLVANIA
　　　and THE UNITED STATES MARSHAL FOR
　　　THE MIDDLE DISTRICT OF PENNSYLVANIA

　　　You or one of your authorized deputies are hereby commanded to produce the person of **Juken Washington Gordon, Reg. No. 05373-088**, from the United States Penitentiary at Allenwood in White Deer, Pennsylvania, for the purpose of participating in a pretrial conference and testifying at trial in the captioned action before the undersigned at 8:45 a.m. on Wednesday, December 1, 2004, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

　　　The prisoner shall be produced in court wearing street clothes, not in prison garb. At the conclusion of the proceedings, the prisoner shall be returned to the institution where he is currently incarcerated.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Sylvia H. Rambo
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SYLVIA H. RAMBO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: November 8, 2004.