Juken W. Gordon
Inmate # 66,010
Dauphin County Prison
501 Mall Road
Harrisburg, Pa. 17111

**FILED**
HARRISBURG, PA
NOV 16 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Office of The Clerk's
United States District
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

November 14, 2004

Re: The forms To file a Criminal Complaint

Dear Clerk's:

Please accept this letter, I am respectfully requesting the appropriate forms to file a Criminal Complaint. Also Please remember to send all legal documents to me at the above address for Civil Case No. 1:01-CV-00331 because I am Presently housed at the Dauphin County Prison.

Once again thank you in advance for your time effort and attention in this important matter.

Respectfully Submitted
By Juken W. Gordon,
#66,010

cc: File
Also Please Provide me with the
F.B.I. address.

NAME: Tyheen Gordon
D.C.P.# 66,010
501 MALL ROAD
HARRISBURG, PA. 17711

Legal Mail.

TO: Office of The Clerk's
United States District Court
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

17108$0983



