Judge Rambo         <u>Gordon v. Gonzalez et al.</u>,         1:CV-01-0331 (M.D. Pa.)

## PLAINTIFF'S LIST OF EXHIBITS

| Exh. # | Description of Exhibit | Identified | Ruling | Witness |
|---|---|---|---|---|
| | | | | |
| | | | | |
| C | Inmate Assessment Injury Report | 12/1/04 | Admit | Mark Peoria |
| D | Report/Notes of Vicarthur Factura | 12/1/04 | Admit | Vicarthur Factura |
| P | Report/Notes of Jody Bennett-Meehan | 12/1/04 | Admit | Jody Bennett-Meehan |
| | | | | |
| 1 | USP Allenwood Medication Profile | 12/1/04 | Admit | Jody Bennett-Meehan |
| 2 | USP Allenwood orthopedic consultant memo. | 12/1/04 | | Jody Bennett-Meehan |
| 3 | USP Allenwood memo. | 12/1/04 | | Jody Bennett-Meehan |
| 4 | USP Allenwood memo. | 12/1/04 | | Jody Bennett-Meehan |
| 5 | USP Lewisburg Medical Form prepared by Pharmacist (pgs 6-10 only) | 12/2/04 | Admit w/redaction | Mark Peoria |

ORIGINAL EXHIBITS WITH PLAINTIFF. JURY DELIBERATED WITH PHOTOCOPIES