UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Clerk's Office, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea,
Clerk

717-221-3920

IN RE: Juken Gordon Washington v. Nelson Gonzalez, et al
Case #1: 01-CV-0331

TO COUNSEL:

Your **original** exhibits from the trial held 12/01/04 through 12/02/04 are being returned to you in compliance with Middle District of Pennsylvania Local Rule 79.4.

It is your responsibility to keep these exhibits through the appeal period and make arrangements for transport should that be necessary.

Very truly yours,

Mary E. D'Andrea, Clerk

Mark J. Armbruster
Deputy Clerk

### RECEIPT

Receipt is hereby acknowledged for the exhibits introduced by <u>Michael Butler, Esq.</u>
(Defendants)

In the above-captioned matter.

12/01/04
(Date)

_____
(Signature)