AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

## JUDGMENT IN A CIVIL CASE

Juken Washington Gordon

      Plaintiff

           V.

N. Gonzalez; S. Puckey; B. Shuman;
J.A. Candelora; G. Shuck; Peoria; USA

      Defendants

Case No: 1:01-CV-0331

Judge Sylvia H. Rambo

X    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the jury verdict rendered on December 2, 2004, judgment be and is hereby entered in favor of the Defendants, N. Gonzalez, S. Puckey, B. Shuman, J.A. Candelora, G. Shuck, Peoria and USA, and against the Plaintiff, Juken Washington Gordon, on the issue of plaintiff's 8th amendment rights.

**Date:** December 3, 2004

**Mary E. D'Andrea, Clerk of Court**

/s/ Mark J. Armbruster
**(By)** Mark J. Armbruster, Deputy Clerk