OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

RECEIVED
DEC 09 2004
MARY E. D'ANDREA, CLERK

HARRISBURG PA
PM 08 NOV 2004

A ☐ INSUFFICIENT ADDRESS    ☐ OTHER
C ☒ ATTEMPTED NOT KNOWN
  ☐ NO SUCH NUMBER/ STREET
S ☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

**RTS** RETURN TO SENDER

17108/0383

Case No: 1:01-cv-00331-SHR    Document No: 158, User: ct, 1 Copy Printed: Nov, 8, 2004  11:58 AM

Juken Washington Gordon
USP-ALLENWOOD
05373-088
P.O. Box 3000
White Deer, PA 17887

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,**<br>**Plaintiff** | : | **CIVIL ACTION NO. 1:CV-01-0331** |
| v. | : | |
| **N. GONZALEZ,** *et al.,*<br>**Defendants** | : | |

**WRIT OF HABEAS CORPUS**
**AD TESTIFICANDUM**

TO:   **THE WARDEN OF THE UNITED STATES PENITENTIARY**
**AT ALLENWOOD, WHITE DEER, PENNSYLVANIA**
**and THE UNITED STATES MARSHAL FOR**
**THE MIDDLE DISTRICT OF PENNSYLVANIA**

You or one of your authorized deputies are hereby commanded to produce the person of **Juken Washington Gordon, Reg. No. 05373-088,** from the United States Penitentiary at Allenwood in White Deer, Pennsylvania, for the purpose of participating in a pretrial conference and testifying at trial in the captioned action before the undersigned at 8:45 a.m. on Wednesday, December 1, 2004, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

The prisoner shall be produced in court wearing street clothes, not in prison garb. At the conclusion of the proceedings, the prisoner shall be returned to the institution where he is currently incarcerated.

SYLVIA H. RAMBO
United States District Judge

Dated: November 8, 2004.