






Case No: 1:01-cv-00331-SHR   Document No: 157, User: pw, 1 Copy Printed: Nov, 4, 2004 02:36 PM

Juken Washington Gordon
USP-ALLENWOOD
05373-088
P.O. Box 3000
White Deer, PA 17887

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | **CIVIL ACTION NO. 1:CV-01-0331** |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **N. GONZALEZ**, *et al.*, | : | |
| **Defendants** | : | |

## O R D E R

**IT IS HEREBY ORDERED THAT** the court will conduct a pretrial conference in the captioned action on Wednesday, December 1, 2004, at 8:45 a.m. in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Plaintiff and counsel for Defendants shall be present.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge

Dated: November 4, 2004.