






OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

RECEIVED
DEC 09 2004
MARY E. D'ANDREA, CLERK

RTS — RETURN TO SENDER

A — INSUFFICIENT ADDRESS
— ATTEMPTED NOT KNOWN
— NO SUCH NUMBER/ STREET
— NOT DELIVERABLE AS ADDRESSED
— UNABLE TO FORWARD
☐ OTHER

17108/0383

Case No: 1:01-cv-00331-SHR    Document No: 157, User: pw, 1 Copy Printed: Nov, 4, 2004 02:36 PM

Juken Washington Gordon
USP-ALLENWOOD
05373-088
P.O. Box 3000
White Deer, PA 17887

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | **CIVIL ACTION NO. 1:CV-01-0331** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **N. GONZALEZ,** *et al.*, | : | |
| **Defendants** | : | |

## O R D E R

**IT IS HEREBY ORDERED THAT** the court will conduct a pretrial conference in the captioned action on Wednesday, December 1, 2004, at 8:45 a.m. in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Plaintiff and counsel for Defendants shall be present.

                                                                    s/Sylvia H. Rambo
                                                                    Sylvia H. Rambo
                                                                    United States District Judge

Dated: November 4, 2004.