

Case No: 1:01-cv-00331-SHR   Document No: 170, User: ma, 1 Copy Printed: Dec, 3, 2004 10:11 AM

Juken Washington Gordon  
Dauphin County Prison  
05373-088  
501 Mall Road  
Harrisburg, PA 17111

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

## JUDGMENT IN A CIVIL CASE

Juken Washington Gordon

Plaintiff

V.

N. Gonzalez; S. Puckey; B. Shuman;
J.A. Candelora; G. Shuck; Peoria; USA

Defendants

Case No: 1:01-CV-0331

Judge Sylvia H. Rambo

**X**  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the jury verdict rendered on December 2, 2004, judgment be and is hereby entered in favor of the Defendants, N. Gonzalez, S. Puckey, B. Shuman, J.A. Candelora, G. Shuck, Peoria and USA, and against the Plaintiff, Juken Washington Gordon, on the issue of plaintiff's 8th amendment rights.

Date: December 3, 2004

Mary E. D'Andrea, Clerk of Court

/s/ Mark J. Armbruster
(By) Mark J. Armbruster, Deputy Clerk