ORIGINAL

UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

DEC 5 2004

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

JUKEN WASHINGTON GORDON,
                    Plaintiff,

          Vs.,                          CIVIL ACTION NO.1:CV-01-00331
                                        (JUDGE RAMBO)

N. GONZALEZ, ET AL.,
                    Defendants,
_____

### NOTICE OF APPEAL.

     I Juken Washington Gordon, plaintiff acting pro-se herein,

hereby appeals to the United States Court of Appeals for the Third

Circuit from the final judgement entered in this action on December

2, 2004.

                              Respectfully Submitted

                         By _____
                              Juken W. Gordon, Plaintiff
                              Reg. No. 05373-088
                              Allenwood U.S.P.
                              P.O. Box 3000
                              White Deer, Pa. 17887

Date: December 12, 2004.

cc: File U.S.C.O.A.
      Third Circuit

1





NAME  Julien W. Gordon#05373-088
Allenwood U.S.P.
Post Office Box 3000
White Deer, Pennsylvania 17887

To: Clerk's Office
U.S. District Court
228 Walnut Street
Post Office Box 983
Harrisburg, Pa. 17108



Legal Mail.