

**Juken Washington Gordon**
05373-088
Dauphin County Prison
#66,010
501 Mall Road
Harrisburg, PA 17111

Case No: 1:01-cv-00331-SHR   Document No: 157, User: pw, 1 Copy Printed: Nov, 4, 2004 02:36 PM

Juken Washington Gordon
USP-ALLENWOOD
05373-088
P.O. Box 3000
White Deer, PA 17887

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUKEN WASHINGTON GORDON,** | : | CIVIL ACTION NO. 1:CV-01-0331 |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **N. GONZALEZ, *et al.*,** | : | |
| **Defendants** | : | |

## O R D E R

**IT IS HEREBY ORDERED THAT** the court will conduct a pretrial conference in the captioned action on Wednesday, December 1, 2004, at 8:45 a.m. in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Plaintiff and counsel for Defendants shall be present.

                                                                         s/Sylvia H. Rambo
                                                                         Sylvia H. Rambo
                                                                         United States District Judge

Dated: November 4, 2004.

Case No: 1:01-cv-00331-SHR    Document No: 156, User: pw, 1 Copy Printed: Nov, 4, 2004 12:35 PM

Juken Washington Gordon
USP-ALLENWOOD
05373-088
P.O. Box 3000
White Deer, PA 17887

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUKEN W. GORDON,** | **CIVIL NO. 1: CV 01-0331** |
| Plaintiff, | (Judge Rambo) |
| v. | |
| **N. GONZALEZ,** *et al.*, | |
| Defendants. | |

## O R D E R

On November 3, 2004, this court declared a mistrial in the captioned matter after the jury became deadlocked. Accordingly, the matter will be rescheduled for jury selection and trial. **IT IS THEREFORE ORDERED THAT** trial will commence with the drawing of a jury on Wednesday, December 1, 2004, at 9:30 a.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. The trial shall be completed, with the exception of jury deliberations, no later than 3:00 p.m. on Thursday, December 2, 2004.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge

Dated: November 4, 2004.