OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

TELEPHONE
215-597-2995

Middle - Harrisburg   Clerk of District Court
(District)

Date   December 23, 2004

Gordon v. Gonzalez
(Caption)

C. of A. No. 04-4088

Juken Washington Gordon
(Appellant)

01-cv-00331
(D.C. No.)

Enclosures:

December 23, 2004_____Certified copy of C. of A. Order by the Clerk
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

Lynn Lopez   (267)-299-4922
Deputy Clerk   Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)
(Certified List in Lieu of Record)         Rev. 3/13/00         Appeals

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 04-4088

Gordon

vs.

Gonzalez, et al.

Juken Washington Gordon, Appellant

(Middle District of Pennsylvania Civil No. 01-cv-00331)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

Marcia M. Waldron,
Clerk

For the Court,

Clerk

Date: December 23, 2004

cc:  Mr. Juken Washington Gordon
     Michael J. Butler, Esq.