OFFICE OF THE CLERK

MARCIA M. WALDRON  
CLERK

UNITED STATES COURT OF APPEALS  
FOR THE THIRD CIRCUIT  
21400 UNITED STATES COURTHOUSE  
601 MARKET STREET  
PHILADELPHIA, PA 19106-1790

TELEPHONE  
215-597-2995

_Middle-Harrisburg_   Clerk of District Court  
 (District)

Date __January 20, 2005__

_Gordon v. Gonzalez_____  
 (Caption)

C. of A. No. __04-4623__

_Juken Washington Gordon_____  
 (Appellant)

_01-cv-00331_____  
 (D.C. No.)

Enclosures:

_January 20, 2005_____ Certified copy of C. of A. Order by the Clerk  
 (Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

_Lynn Lopez_____   (267)-299-_4922___  
Deputy Clerk       Telephone Number

Receipt Acknowledge:

_____  
 (Name)

_____  
 (Date)  
(Certified List in Lieu of Record)

Rev. 3/13/00

Appeals

FPS-127                                                      January 10, 2005

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>04-4623</u>

Gordon v. Gonzalez
(M.D. of PA (Harrisburg) No. 01-cv-00331)

To: Clerk

    1)    Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>

---

    The foregoing motion to proceed <u>in forma pauperis</u> is granted. Appellant is a prisoner and seeks to proceed <u>in forma pauperis</u> on appeal. Appellant is required to pay the full $255.00 fee in installments regardless of the outcome of the appeal. Appellant has completed and filed the required authorization form permitting the appropriate prison officials to assess, collect and forward to the District Court the filing and docketing fees for this appeal pursuant to 28 U.S.C. §§ 1915(b)(1) and (2). The Court hereby directs the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the Middle District of Pennsylvania. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the Middle District of Pennsylvania equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal.

    The appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2). The Court also will consider any other appropriate action, such as affirmance of the order of the District Court. <u>See</u> Third Circuit Internal Operating Procedure 10.6.

A True Copy:

*Marcia M. Waldron* (signature)

Marcia M. Waldron,
Clerk

For the Court,

/s/Marcia M. Waldron
Clerk

Dated:    January 20, 2005
LML/cc:  Mr. Juken Washington Gordon
            Michael J. Butler, Esq.