ORIGINAL

FILED
HARRISBURG, PA

JAN 31 2005

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

Juken W. Gordon
#05373-088
F.C.I. Ray Brook
P.O. Box 9007
Ray Brook, N.Y. 12977

Sylvia H. Rambo
United States District Court
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

January 24, 2005

Re: Case No. 1:01-CV-00331

Dear Judge Rambo:

I am writing this letter in concern about a Clothing Package that was sent to your chamber just before my civil trial which was held on November 1, 2004. This Package of clothing was sent to me to wear at the civil trial, However, I did not receive this Package.

This Package was sent by my family from Brooklyn N.Y. by Angela Copeland. Could you Please inform me if this Package ever came into your chamber or Clerk's office. I am respectfully request and asks that the Package return to my family at 4 Rose Street, Brooklyn, N.Y. 11236. Once again Thank You in advance for your time effort and attention in this matter.

Respectfully yours
By
Juken W. Gordon





Name: Tuken W. Gordon
Register Number: 05312-088
Federal Correctional Institution Ray Brook
P.O. Box 9006
Ray Brook, New York 12977

To Sylvia H. Rambo, Judge
United States District Court
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

Legal Mail