**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF PENNSYLVANIA

P.O. BOX 868

HARRISBURG, PA. 17108-0868

SYLVIA H. RAMBO
JUDGE

Telephone (717) 221-3960
Facsimile (717) 221-3968

January 31, 2005

Mr. Juken Washington Gordon
Reg. No. 05373-088
FCI Ray Brook
PO Box 9007
Ray Brook, NY 12977

FILED
HARRISBURG

FEB 0 1 2005

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Re:   Civil No. CV-01-331

Dear Mr. Gordon:

I am in receipt of your letter dated January 24, 2005, in which you inquire about a package of clothing that was purportedly sent to my office shortly before November 1, 2004. Please be advised that no such package was received by this office. In addition, I have checked with the Clerk of Court's Office and the United States Marshals Service, also located in this building, and neither office has a record or recollection of receiving a clothing package addressed to you.

The United States Marshals report that they have some unclaimed clothing in their office. If you can send a description of the articles of clothing sent by your family (object, size and color), and if your descriptions match the unclaimed clothing, they can be returned to your family.

Sincerely,

Sylvia H. Rambo
United States District Judge