```
Juken Washington Gordon
Reg. No. 05373-088
F.C.I. Ray Brook
Post Office Box 9007
Ray Brook, N.Y. 12977
```

FILED
HARRISBURG, PA

MAR 14 2005

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Mary E. D'Andrea, Clerk
United States District Court
228 Walnut Street
Post Office Box 983
Harrisburg, Pennsylvania 17108

March, 10, 2005

    Re: <u>Gordon v. Gonzalez, et al.,</u>
        (Civil Action No. 01-cv-00331)

Dear, Ms. D'Andrea:

    Please accept this letter, I am a federal prisoner here at F.C.I. Ray Brook. I am hereby respectfully requesting the following document's from this court file in the above case number.

    1. Copy of the October 13, 2004 order's.

    2. Copy of the filal judgement of the jury's verdic order's or the final order's, dated December 2, 2004.

    I am in the process of filing my appeal in the third circuit court of appeals, and in need of these documents to properly file my appeal. Once again thank you in advance for your time effort and attention in this very important matter.

                      Very Truly Yours,

                      By _____
                          Juken W. Gordon

    Subscribed and sworn to before me a notary public as a true document bearing under the full penalty of perjury on this 10th, day of March 2005.

                MICHELLE GONYEA
            Notary Public, State of New York
                No. 01GO6071700
              Qualified in Franklin County
         My Commission Expires March 25, 20 06

_____
                Notary Public

Name: Juken Washington Gordon
Register Number: 05373-088
Federal Correctional Institution Ray Brook
P.O. Box 9006
Ray Brook, New York 12977

Legal Mail.

To Ms. Mary E. D'Andrea, Clerk
United States District Court
228 Walnut Street
Post Office Box 983
Harrisburg, Pennsylvania 17108



