

```
                        Juken Washington Gordon
                        Reg. No. 05373-088
                        F.C.I. Ray Brook
                        Post Office Box 9007            FILED
                        Ray Brook, N.Y. 12977        HARRISBURG, PA

                                                       MAR 15 2005

Office Of The Clerk's                              MARY E. D'ANDREA, CLERK
United States District Court                       Per _____
228 Walnut Street                                          Deputy Clerk
Post Office Box 983
Harrisburg, Pennsylvania 17108                     March 7, 2005
```

Re: **Gordon v. Gonzalez, et al.,**
    **(M.D. Pa. Civ. No. 01-cv-00331)**

Dear Clerk's:

Please accept this letter, I am a federal prisoner here at F.C.I. Ray Brook, N.Y. In November of 2004 I represented myself in this court in which the first trial end up in a mistrial. I then returned in December 1,2, of 2004 to represent myself again, in which the jury's vote for the defendants, I then filed my notice of appeal in this court.

Today I received from the court of appeals a briefing and scheduling order directing me to file my brief and appendix on or before 4/11/05; so I am hereby respectfully requesting the complete copy trial transcripts from both trial, November 1,2, 2004, and December 1,2, 2004 in civil case number 01-cv-00331.

Thank you in advance for your time effort and attention in this important matter.

                                        Very Truly Yours,

                                        By _____
                                           Juken Washington Gordon


    Subscribed and sworn to before me a notary public as a true document bearing under the full penalty of perjury on this 8th day of March 2005.

                        MICHELLE GONYEA
                    Notary Public, State of New York
                        No. 01GO6071700
                    Qualified in Franklin County
                    My Commission Expires March 25, 20 06

_____
            Notary Public




Name: **Juken Washington Gordon**
Register Number: **05373-088**
Federal Correctional Institution Ray Brook
P.O. Box 9007
Ray Brook, New York 12977

7004 0550 0000 1691 5690

CERTIFIED MAIL

To: Office Of The Clerk's
United States District Court
228 Walnut Street
Post Office Box 983
Harrisburg, Pennsylvania 17108

Legal Mail.