

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
*Clerk of Court*

(717) 221-3920
FAX (717) 221-3959

March 15, 2005

Juken Washington Gordon
Reg No 05373-088
FCI Ray Brook
PO Box 9007
Ray Brook, NY 12977

Dear Mr. Gordon:

The Court is in receipt of your letter dated March 7, 2005 requesting copies of your trial transcript however, you will need to contact the court reporter who handled your case directly. Also, there is a fee for this. The fee is based on the amount of pages and the court reporter will require the payment up front. Should you need to contact the reporter, the contact information is as follows:

Wendy Yinger
US District Courthouse
228 Walnut Street, 10th Fl
Harrisburg, PA 17108
717-440-1535

aaa