```
Mon Apr 18 11:40:03 2005

UNITED STATES DISTRICT COURT
     SCRANTON      , PA

Receipt No.   111 143140
Cashier          camille

M.O. Number:  08326173638

DB Code    Div No
 4667        1

Sub Acct Type Tender      Amount
1:510000  C    3          150.00
2:086900  C    3          105.00

Total Amount      $       255.00

236  ANGELA COPELAND 4 ROSE ST. BLYN, 11

     FILING FEE FOR APPEAL IN 01-CV-331
FOR JUREN GORDON

bn
```

4 Rose Street
Brooklyn, NY 11236
April 14, 2005

Mary E. D'Andrea, Clerk
United States District Court
228 Walnut Street
P.O. Box 983
Harrisburg, Pennsylvania

Dear Ms. D'Andrea:

I hereby send a money order in the amount of $255 to pay for the pending appeal in civil case # 01-CV-00331 on behalf of Julen W. Gordon.

I am kindly requesting that a copy of the receipt send to Mr. Gordon # 05373-088 at:

F.C.I Ray Brook
P.O. Box 9007
Ray Brook, NY 12977

Thanks in advance.

Yours truly,
Angela L Copeland