UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Office of the Clerk, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea                                                                                       717-221-3920
    Clerk


April 20, 2005

Juken Washington Gordon
Reg. No. 05373-088
FCI Ray Brook
P.O. Box 9007
Ray Brook, N.Y. 12977

RE. Trial Transcripts; 01-CV-0331

Mr. Gordon,

In a letter from you, to the court, dated March 7, 2005, you requested a total cost to acquire a copy of the transcripts from your jury trials held in November and December of 2004. After speaking to the court reporter assigned to those trials, a total price of $1,350.00 would be required from you prior to those transcripts being mailed. Should you decide to purchase those transcripts, please forward payment with your letter of request to the above listed address.

Thanks You.

/s/ Mark Armbruster

Deputy Clerk