OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT of PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
Internet address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

*Divisional Offices*
Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

May 3, 2005

FILED
SCRANTON
MAY - 3 2005
PER _____
DEPUTY CLERK

Both Civil & Appeal cases are pd in full

Inmate Accounts
FCI Ray Brook
PO Box 300
Ray Brook, NY 12977

Re: CV 01-0331/CA 04-4623
Gordon v Gonzalez, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Juken Gordon 05373-088, indicate that filing fees are paid in full.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By:
Nancy A. Edmunds
Financial Administrator