15-01

**ORIGINAL**

Juken Washington Gordon
Reg. No. 05373-088
F.C.I. Ray Brook
Post Office Box 9007
Ray Brook, N.Y. 12977

**FILED**
HARRISBURG, PA

MAY 23 2005

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Mary E. D'Andrea, Clerk
United States District Court
228 Walnut Street
Post Office Box 983
Harrisburg, Pennsylvania 17108

May 16, 2005

Re: <u>Gordon v. Gonzalez, et al.,
Civil Action No.1:01-cv-00331</u>    J. Rambo

Dear Ms. D'Andrea:

   Please accept this letter, this letter is a follow-up letter to my recent letter dated april 26, 2005 requesting a copy of the receipt payment of two (2) hundred and fifty five (55) dollars which was paided in full to this court by (**Mrs. Angela Copeland**) on my behalf on april 14, 2005 for my appeal case <u>No. 04-4823. See a copy of letter attached dated april 26, 2005.</u>

   I am also requesting and asks this court to froward a copy of same receipt along with proof of the court stamp to:

   Mr. Donald Dumas, Counselor
   F.C.I. Ray Brook
   Post Office Box 300
   Ray Brook, N.Y. 12977

   Once again thank you in advance for your time effort and attention in this important matter.

                          Very Truly Yours

                          By Juken Gordon
                             Juken W. Gordon

cc: Judge Rambo

Certified Receipt No. 7005 0390 0001 3948 7112



Name: Juken W. Gordon
Register Number: 06313-088
Federal Correctional Institution Ray Brook
P.O. Box 9007   NIA-B
Ray Brook, New York 12977

To: Ms. Mary E. D'Andrea, Clerk
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

Legal Mail