IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUKEN W. GORDON, :
:
    Plaintiff :
:
vs. : CIVIL ACTION NO. 1:CV-01-0331
: (CHIEF JUDGE VANASKIE)
N. GONZALEZ, et al., :
:
    Defendants :

## O R D E R

NOW, THIS 18th DAY OF OCTOBER, 2005, IT IS HEREBY ORDERED THAT:

1. The Request for Pro Bono Reimbursement of Attorney David L. Glassman, Lewisburg Prison Project, Inc. is **GRANTED**.

2. The Clerk of Court is directed to issue payment from this Court's Pro Bono Fund in the amount of $399.16 to the Lewisburg Prison Project.

                                                      Thomas I. Vanaskie, Chief Judge
                                                      Middle District of Pennsylvania

O:\VANASKIE\DAVIES\ORDERS\CIVIL\01-331rd.wpd