UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 04-4623

Gordon v. Gonzalez

**O R D E R**

    Rukesh Korde, Esq. is hereby appointed as counsel for Appellant without compensation pursuant to 28 U.S.C. 1915(e)(1). Mr. Korde shall have a period of 60 days from the date of this order to review the record. Prior to the expiration of that 60 day period, counsel shall advise the Clerk whether additional documents are necessary. If counsel does not need additional documents, the Clerk will issue a briefing schedule immediately after the 60 day review period ends. Counsel shall file the entry of appearance form within 14 days of the date of this order.



**A True Copy:**

Marcia M. Waldron, Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: November 29, 2005
LML/cc: Mr. Juken Gordon Washington
         Michael J. Butler, Esq.
         Rukesh Korde, Esq.