UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 22, 2006
A-69

No. 04-4623

Juken Washington Gordon,
                Appellant

v.

N. Gonzalez, et al.

(M.D. of Pa No. 01-cv-00331)

Present:      FISHER, Circuit Judge

1. Motion by Appellant for Transcripts at Government Expense of the minute entries dated December 1, 2004 and December 2, 2004;

2. Response by Appellees in Opposition to Appellant's Motion for Transcripts at Government Expense.

                                            /s/Lynn M. Lopez
                                            Case Manager (267)299-4922

O R D E R

**The foregoing motion is granted.**

                                    **By the Court,**

                                    **/s/ D. Michael Fisher**    A True Copy:
                                    **Circuit Judge**

                                                                          Marcia M. Waldron, Clerk

**Dated:**       **March 1, 2006**
**LML/cc:**    **Rukesh A. Korde, Esq.**
               **Michael J. Butler, Esq.**
               **Wendy A. Yinger, Court Reporter**