IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 04-4623

JUKEN WASHINGTON GORDON,
Appellant
v.

N. GONZALEZ, Lieutenant - FCI Lewisburg;
S. PUCKEY, SOS Officer; B. SHUMAN, SOS Officer;
J.A. CANDELORA, S.O. Officer; G. SHUCK,
SOS Officer; Dr. POERIA; USA

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
District Court No.: 01-cv-331
District Judge: The Honorable Sylvia H. Rambo
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
April 10, 2007

Before: SMITH, NYGAARD, and HANSEN,[*] *Circuit Judges*

_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted on April 10, 2007. On consideration thereof, it is now ORDERED and ADJUDGED that the District Court's

---

[*]The Honorable David R. Hansen, Senior Circuit Judge for the United States Court of Appeals for the Eighth Circuit, sitting by designation.

December 3, 2004 judgment be and the same hereby is AFFIRMED.  All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated:  April 30, 2007